UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
TIMOTHY D. LAURENT,                                           )
                                                              )
                              Plaintiff,                      )
                                                              )
              v.                                              )        Civil Action No. 05-1291   (PLF)
                                                              )
PRICEWATERHOUSECOOPERS LLP,                                   )
      et al.                                                  )
                                                              )
                              Defendants.                     )
_____)


                                              ORDER

          On June 28, 2005, plaintiff filed a complaint in this Court asserting claims under,

*inter alia*, the Employee Retirement Income Security Act.  The caption of the complaint does not

include the full residence address of plaintiff Timothy D. Laurent, as required by Local Civil

Rule 5.1(e)(1).  Accordingly, it is hereby

          ORDERED that plaintiff shall, on or before July 14, 2005, file an amended

complaint that includes in the caption the full residence address of plaintiff Timothy D. Laurent.

          SO ORDERED.


                                             /s/_____
                                             PAUL L. FRIEDMAN
                                             United States District Judge

DATE: June 30, 2005