≈AO 440 (Rev. 8-01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District Court for the _____ District of _____ Columbia

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

PricewaterhouseCoopers LLP
1177 Avenue of the Americas
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                       JUN 2 8 2005
CLERK                                             DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/5/2005 |
| NAME OF SERVER (PRINT) Izi Mendez | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    Headquarters, PricewaterhouseCoopers LLP, 300 Madison Avenue New York, New York, via Shelley Alleyre, Legal Department, at approximately 15:30 hours.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     7/6/2005       _[signature]_
              Date           Signature of Server

              170 Broadway, NY, NY 10038, #904
              Address of Server

ESTHER KYONG MIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MI4812903
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES AUG. 31, 200_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia _____

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER 1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

PricewaterhouseCoopers LLP Board of Partners and Principals
1177 Avenue of the Americas
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 28 2005

CLERK                                          DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/5/2005 |
| NAME OF SERVER *(PRINT)* Izi Mendez | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Headquarters, PricewaterhouseCoopers LLP, 300 Madison Avenue New York, New York, via Shelley Alleyre, Legal Department, at approximately 15:30 hours.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/6/2005___      *(signature)*
              Date              Signature of Server

170 Broadway, NY, NY 10038, #904
*Address of Server*

ESTHER KYONG MIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MI4812603
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES AUG. 31, 2006

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

PricewaterhouseCoopers LLP, et al.,

CASE NUMBER  1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

The Retirement Benefit Accumulation Plan for Employees of
PricewaterhouseCoopers LLP
c/o National Benefits Administration,
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 28 2005
CLERK                                          DATE

_/s/ Maureen Niggins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/5/05  11:45. |
| NAME OF SERVER (PRINT) Deloske Eckerson | TITLE Certified Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
  3109 West Dr. Martin Luther King Blvd
  Tampa, FL 33607-6215

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Corporate Service upon Sandi Gerinski as Senior Associate

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/5/05
         Date              Signature of Server

         16801 Landings Pointe Lane #108
         Address of Server

         Tampa, FL, 33624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Columbia

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

The Savings Plan for Employees and Partners of
PricewaterhouseCoopers LLP
c/o National Benefits Administration,
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUN 28 2005
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/5/05   11:45a |
| NAME OF SERVER (PRINT) Delesta Eckerson | TITLE Certified Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service upon Sandi Germski as Senior Associate

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/5/05     _____
                  Date               Signature of Server

                      16801 Landings Point Lane #108
                              Address of Server
                      Tampa, FL 33624

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the  District of  Columbia

TIMOTHY D. LAURENT, on behalf of himself and all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

The Savings Plan for Employees of PricewaterhouseCoopers LLP
c/o National Benefits Administration,
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 28 2005

CLERK                              DATE

(By) DEPUTY CLERK

◇AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/5/05  11:45a |
| NAME OF SERVER *(PRINT)* | TITLE  Certified Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   3109 West Dr. Martin Luther King Blvd
   Tampa, FL 33607-6215

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Corporate Service upon Sandi Grenski as Senior Associate

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/5/05       _____
              Date         Signature of Server

16801 Landings Point Lane #108
Address of Server

Tampa, FL 33624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District Court for the _____ District of _____ Columbia

TIMOTHY D. LAURENT, on behalf of himself and all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

The Administrative Committee of the Retirement Benefit Accumulation
Plan for Employees of PricewaterhouseCoopers LLP
c/o National Benefits Administration,
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 28 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/5/05   11:45a |
| NAME OF SERVER (PRINT)  Delaske Eckerson | TITLE  Certified Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
   3109 West Dr. Martin Luther King Blvd
   Tampa, FL 33607-6215

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service upon Sandi Gerenski as Senior Associate

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/5/05
              Date           Signature of Server

              16801 Landings Pointe Lane #108
              Address of Server
              Tampa, FL 33624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District Court for the _____    District of _____ Columbia

TIMOTHY D. LAURENT, on behalf of himself and
all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

The Administrative Committee of the Savings Plan for Employees and
Partners of PricewaterhouseCoopers LLP
c/o National Benefits Administration,
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN 2 8 2005
CLERK                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[(1)] | DATE 7/5/05  11:45a | |
| NAME OF SERVER (PRINT) | TITLE  Certified Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  3109 West Dr. Martin Luther King Blvd
  Tampa, FL 33607-6215

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service upon Sandi Gemski as Senior Associate

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/5/05
                Date                 Signature of Server

16801 Landings Pointe Lane #108
Address of Server

Tampa, FL  33624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District Court for the _____ District of _____ Columbia

TIMOTHY D. LAURENT, on behalf of himself and all others similarly situated

V.

PricewaterhouseCoopers LLP, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:05CV01291

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 06/28/2005

TO: (Name and address of Defendant)

The Administrative Committee of the Savings Plan for Employees of
PricewaterhouseCoopers LLP
c/o National Benefits Administration,
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eli Gottesdiener
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 243-1000

an answer to the complaint which is served on you with this summons, within ____20 (twenty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUN 2 8 2005
CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/5/05  11:45a |
| NAME OF SERVER (PRINT) | TITLE Certified Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
3109 West Dr. Martin Luther King Blvd
Tampa, FL 33607-6215

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service upon Sandi Gerenski as Senior Associate

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/5/05
Date        Signature of Server

16801 Landings Pointe Lane #108
Address of Server

Tampa, FL  33624

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.