Civil Action No. 05-1291 (PLF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1291 (PLF) |
| ) | |
| vs. ) | Judge Paul L. Friedman |
| ) | |
| PRICEWATERHOUSECOOPERS LLP, ) | |
| 300 Madison Avenue ) | |
| New York, New York 10017. ) | |
| ) | |
| PRICEWATERHOUSECOOPERS LLP BOARD ) | |
| OF PARTNERS AND PRINCIPALS, ) | |
| 300 Madison Avenue ) | |
| New York, New York 10017 ) | |
| ) | |
| THE RETIREMENT BENEFIT ) | |
| PLAN FOR EMPLOYEES OF ) | |
| PRICEWATERHOUSECOOPERS LLP, ) | |
| c/o National Benefits Administration ) | |
| 3109 West Dr. Martin Luther King Blvd. ) | |
| Tampa, Florida 33607 ) | |
| ) | |
| THE SAVINGS PLAN FOR EMPLOYEES ) | |
| AND PARTNERS OF ) | |
| PRICEWATERHOUSECOOPERS LLP, ) | |
| c/o National Benefits Administration ) | |
| 3109 West Dr. Martin Luther King Blvd. ) | |
| Tampa, Florida 33607 ) | |
| ) | |
| THE SAVINGS PLAN FOR EMPLOYEES ) | |
| OF PRICEWATERHOUSECOOPERS LLP, ) | |
| c/o National Benefits Administration ) | |
| 3109 West Dr. Martin Luther King Blvd. ) | |
| Tampa, Florida 33607 ) | |
| ) | |
| THE ADMINISTRATIVE COMMITTEE ) | |
| TO THE RETIREMENT BENEFIT ) | |
| ACCUMULATION PLAN FOR EMPLOYEES ) | |
| OF PRICEWATERHOUSECOOPERS LLP, ) | |
| c/o National Benefits Administration ) | |
| 3109 West Dr. Martin Luther King Blvd. ) | |
| Tampa, Florida 33607 ) | |

Civil Action No. 05-1291 (PLF)

| | |
|---|---|
| THE ADMINISTRATIVE COMMITTEE TO THE SAVINGS PLAN FOR EMPLOYEES AND PARTNERS OF PRICEWATERHOUSECOOPERS LLP, c/o National Benefits Administration 3109 West Dr. Martin Luther King Blvd. Tampa, Florida 33607 | ) ) ) ) ) ) ) ) |
| THE ADMINISTRATIVE COMMITTEE TO THE SAVINGS PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, c/o National Benefits Administration 3109 West Dr. Martin Luther King Blvd. Tampa, Florida 33607 | ) ) ) ) ) ) ) |
| LAWRENCE H. ANDERSON, | ) ) |
| JOHN J. BARRY, | |
| WILLIAM L. BAX, | ) ) |
| MICHAEL J. BOBERSCHMIDT, | ) ) |
| W. KEITH BOOTH, | ) ) |
| DAVID J. BREEN, | ) ) |
| WILLARD W. BRITTAIN, | ) ) |
| JAY D. BRODISH, | ) ) |
| J. FRANK BROWN, | ) ) |
| THOMAS CHAMBERLAIN, | ) ) |
| PHILIP J. CLEMENTS, | ) ) |
| IRA COHEN, | ) ) |
| MARSHA R. COHEN, | ) ) |
| MICHAEL S. COLLINS, | ) ) |
| BRIAN L. CORNELL, | ) ) |
| JAMES E. DALEY, | ) |

2

Civil Action No. 05-1291 (PLF)

| | |
|---|---|
| G. WILLIAM DAUPHINAIS, | ) |
| | ) |
| JONATHAN J. DAVIES, | ) |
| | ) |
| SHERRY T. DAVIS, | ) |
| | ) |
| BARRY L. DE MARTINI, | ) |
| | ) |
| SAMUEL A. DIPIAZZA, | ) |
| | ) |
| ROBERT B. DUBNER, | ) |
| | ) |
| JOHN R. DUNLEAVY, | ) |
| | ) |
| J. CHRISTOPHER EVERETT, | ) |
| | ) |
| IRS D. GOLDFEIN, | ) |
| | ) |
| ROBERT H. HERZ, | ) |
| | ) |
| ROGER C. HINDMAN, | ) |
| | ) |
| STEPHEN D. HIGGINS, | ) |
| | ) |
| CRAIG M. JACOBSEN, | ) |
| | ) |
| EUGENE S. KATZ, | ) |
| | ) |
| SCOTT W. KAUFMAN, | ) |
| | ) |
| RICHARD P. KEARNS, | ) |
| | ) |
| PETER KELLY, | ) |
| | ) |
| RICHARD R. KILGUST, | ) |
| | ) |
| WENDY L. KORNREICH, | ) |
| | ) |
| JAMES P. KOVACS, | ) |
| | ) |
| FREDERIC L. LAUGHLIN, | ) |
| | ) |
| D. LEON LEONHARDT, | ) |
| | ) |
| KEITH D. LEVINGSTON, | ) |

3

Civil Action No. 05-1291 (PLF)

| | |
|---|---|
| DENNIS J. LUBOZYNSKI, | ) |
| RONALD T. MAHEU, | ) |
| PHILIP A. MANNINO, | ) |
| ANTHONY F. MARTIN, | ) |
| JAMES L. MCDONALD, | ) |
| DONALD A. MCGOVERN, JR., | ) |
| JAMES P. MCNALLY | ) |
| NICHOLAS G. MOORE, | ) |
| ROBERT C. MORRIS, JR. | ) |
| DENNIS M. NALLY, | ) |
| DONALD T. NICOLAISEN, | ) |
| ELDON OLSON, | ) |
| SHAUN F. O'MALLEY, | ) |
| MATTHEW O'ROURKE, | ) |
| GARY PELL, | ) |
| LAWRENCE F. PORTNOY, | ) |
| WALTER G. RICCIARDI, | ) |
| LOUISE A. ROOT, | ) |
| ERIC C. RULIFFSON, | ) |
| DENIS J. SALAMONE, | ) |
| ROBERT M. SARSANY, | ) |
| FRANK V. SCALIA, | ) |
| JAMES J. SCHIRO, | ) |

4

Civil Action No. 05-1291 (PLF)

| | |
|---|---|
| CHRISTINE G. SNYDER, | ) |
| GARRETT L. STAUFFER, | ) |
| GEORGE G. STRONG, JR., | ) |
| PAUL J. SULLIVAN, | ) |
| ROBERT P. SULLIVAN, | ) |
| ANN M. THORNBURG, | ) |
| RANDELL S. VALLEN, | ) |
| FRANCIS J. VAN KIRK, | ) |
| PEGGY M. VAUGHN, | ) |
| GARY W. VAN WAGNEN, | ) |
| GERALD M. WARD, | ) |
| ROBERT K. WATERS, | ) |
| BRETT D. YACKER, | ) |
| GEORGE J. YOST III, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, David E. Mendelson hereby requests that Robert J. Kopecky, Douglas G. Smith, and Jason W. Callen of the firm of Kirkland & Ellis, LLP, located at 200 E. Randolph Drive, Chicago, IL, be admitted to this Court *pro hac vice* for the purpose of representing defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers

5

Civil Action No. 05-1291 (PLF)

LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP.

I am in good standing of the Bar of this Court. The Declarations of Robert J. Kopecky, Douglas G. Smith, and Jason W. Callen, attached as Exhibits A, B, and C, respectively, are incorporated by reference, and are submitted in support of this Motion. On July 20, 2005, counsel for the above-mentioned defendants contacted counsel for Plaintiff concerning this motion. Plaintiff does not oppose this motion.

Wherefore, defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP respectfully request that the Court grant this Motion.

Respectfully submitted,

KIRKLAND & ELLIS

BY /S/ DAVID E. MENDELSON

Civil Action No. 05-1291 (PLF)

        KIRKLAND & ELLIS LLP
        655 Fifteenth Street, N.W.
        Washington, D.C. 20005-5793
        (202) 879-5000 (phone)
        (202) 879-5200 (fax)
        dmendelson@kirkland.com

        Attorney for Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP

Dated: July 21, 2005

Civil Action No. 05-1291 (PLF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT, On behalf of himself and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> PRICEWATERHOUSECOOPERS LLP, et al, <br><br> Defendants | Civil Action No. 05-1291 (PLF) <br><br> Judge Paul L. Friedman |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2005, I electronically filed the UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* and PROPOSED ORDER with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. Eli Gottesdiener
Gottesdiener Law Firm
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
eli@gottesdienerlaw.com
**Attorney for Plaintiffs**

And I hereby certify that on July 20, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

BY /S/ David E. Mendelson
DAVID E. MENDELSON (471863)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000 (phone)
(202) 879-5200 (fax)
dmendelson@kirkland.com

Attorney for Defendants
PricewaterhouseCoopers LLP,
PricewaterhouseCoopers LLP Board of
Partners and Principals, the Retirement

14

Civil Action No. 05-1291 (PLF)

Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP

15