Civil Action No. 05-1291 (PLF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>        Defendants | Civil Action No. 05-1291 (PLF)<br><br>Judge Paul L. Friedman |

### DECLARATION OF ROBERT J. KOPECKY

Robert J. Kopecky hereby states as true subject to penalty of perjury:

1.    I am a member in good standing of the Illinois Bar, and have been admitted to practice in the State of Illinois, the United States Supreme Court, the Illinois Supreme Court, the Northern District of Illinois, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the Eastern District of Michigan, the Southern District of Illinois, and the Northern District of Texas.

2.    My office address and phone number are as follows:

> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Phone: (312) 861-2000
> Fax: (312) 861-2200

3.    I have never been disciplined by any bar.

4.    I have not been admitted *pro hac vice* in this Court within the last two years.

5.    I do not engage in the practice of law from an office located in the District of Columbia.

Civil Action No. 05-1291 (PLF)

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2005.

_____
Robert J. Kopecky