Civil Action No. 05-1291 (PLF)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-1291 (PLF)<br>)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DOUGLAS G. SMITH**

Douglas G. Smith hereby states as true subject to penalty of perjury:

1.　　I am a member in good standing of the Illinois Bar, and have been admitted to practice in the State of Illinois, the District of Columbia, the United States Supreme Court, the Northern District of Illinois, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Court of Appeals for the District of Columbia Circuit.

2.　　My office address and phone number are as follows:

　　　　　Kirkland & Ellis LLP
　　　　　200 East Randolph Drive
　　　　　Chicago, Illinois 60601
　　　　　Phone: (312) 861-2000
　　　　　Fax: (312) 861-2200

Civil Action No. 05-1291 (PLF)

3. I have never been disciplined by any bar.

4. In 2001, I was admitted *pro hac vice* in a case that is still pending in this Court. Other than that, I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2005.

_____
Douglas G. Smith