Civil Action No. 05-1291 (PLF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>　　　　　　Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-1291 (PLF)<br>)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JASON W. CALLEN

Jason W. Callen hereby states as true subject to penalty of perjury:

1. I am a member in good standing of the Illinois Bar, and have been admitted to practice in the State of Illinois, the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit.

2. My office address and phone number are as follows:

> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Phone: (312) 861-2000
> Fax: (312) 861-2200

3. I have never been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

Civil Action No. 05-1291 (PLF)

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2005.

_____
Jason W. Callen

13