Civil Action No. 05-1291 (PLF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT, On behalf of himself and on behalf of all others similarly situated, </br></br>   Plaintiff, </br> vs. </br></br> PRICEWATERHOUSECOOPERS LLP, et al, </br></br>   Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 05-1291 (PLF) </br></br> Judge Paul L. Friedman |

### ORDER

Upon consideration of the Unopposed Motion for Admission *Pro Hac Vice* of Robert J. Kopecky, Douglas G. Smith, and Jason W. Callen to represent PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP in the above-referenced matter; it is hereby

ORDERED that Messrs. Kopecky, Smith, and Callen be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for the above-mentioned defendants in the above-referenced matter.

Civil Action No. 05-1291 (PLF)

**IT IS SO ORDERED.**

DATED this ____ day of July, 2005.

                                                      _____
                                                      PAUL L. FRIEDMAN
                                                      UNITED STATES DISTRICT COURT JUDGE