Civil Action No. 05-1291 (PLF)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>    Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-1291 (PLF)<br>)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

**Certificate required by LCvR 7.1 of the Local Rules of the United States District Court of Columbia:**

I, the undersigned, counsel of record for PricewaterhouseCoopers LLP, certify that the business address of PricewaterhouseCoopers LLP is 300 Madison Avenue, New York, New York 10017. I further certify that PricewaterhouseCoopers LLP is a limited liability partnership with no publicly-held interests.

These representations are made in order that judges of this court may determine the need for recusal.

                Attorney of record for PricewaterhouseCoopers LLP.

                /S/ DAVID E. MENDELSON

                KIRKLAND & ELLIS LLP
                655 Fifteenth Street, N.W.
                Washington, D.C. 20005-5793
                (202) 879-5000 (phone)
                (202) 879-5200 (fax)
                dmendelson@kirkland.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT, On behalf of himself and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRICEWATERHOUSECOOPERS LLP, et al, <br><br> Defendants | Civil Action No. 05-1291 (PLF) <br><br> Judge Paul L. Friedman |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I electronically filed the CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT OF COLUMBIA with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. Eli Gottesdiener
Gottesdiener Law Firm
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
eli@gottesdienerlaw.com
**Attorney for Plaintiffs**

And I hereby certify that on July 21, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

BY /S/ David E. Mendelson
DAVID E. MENDELSON (471863)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000 (phone)
(202) 879-5200 (fax)
dmendelson@kirkland.com

Attorney for Defendants
PricewaterhouseCoopers LLP,
PricewaterhouseCoopers LLP Board of
Partners and Principals, the Retirement

2

          Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP

3