UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>    Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-1291 (PLF)<br>)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION AND POINTS AND AUTHORITIES FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO THE FIRST AMENDED COMPLAINT

Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP ("Defendants"), through undersigned counsel, hereby respectfully move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7 of the United States District Court of the District of Columbia for a three (3) day enlargement of time to respond to plaintiff's First Amended Complaint. Plaintiff, through counsel, consents to this motion. A proposed Order, providing for a response date of July 29, 2005 instead of July 26, 2005, is attached.

Dated: July 21, 2005

        Respectfully submitted,

        KIRKLAND & ELLIS

        BY  /S/ DAVID E. MENDELSON

        KIRKLAND & ELLIS LLP
        655 Fifteenth Street, N.W.
        Washington, D.C.  20005-5793
        (202) 879-5000 (phone)
        (202) 879-5200 (fax)
        dmendelson@kirkland.com

        Attorney for Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>　　　　　Defendants | Civil Action No. 05-1291 (PLF)<br><br>Judge Paul L. Friedman |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2005, I electronically filed the CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO THE FIRST AMENDED COMPLAINT with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. Eli Gottesdiener
Gottesdiener Law Firm
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
eli@gottesdienerlaw.com
**Attorney for Plaintiffs**

And I hereby certify that on July 21, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

　　　　　　　　　　　　　　　　　　　　BY  /S/ David E. Mendelson
　　　　　　　　　　　　　　　　　　　　DAVID E. MENDELSON (471863)
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-5793
　　　　　　　　　　　　　　　　　　　　(202) 879-5000 (phone)
　　　　　　　　　　　　　　　　　　　　(202) 879-5200 (fax)
　　　　　　　　　　　　　　　　　　　　dmendelson@kirkland.com

　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　PricewaterhouseCoopers LLP,
　　　　　　　　　　　　　　　　　　　　PricewaterhouseCoopers LLP Board of
　　　　　　　　　　　　　　　　　　　　Partners and Principals, the Retirement

Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP