## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY D. LAURENT,                          )
On behalf of himself and on behalf of all    )
others similarly situated,                   )
                                             )
           Plaintiff,                          )    Civil Action No. 05-1291 (PLF)
                                             )
    vs.                                    )    Judge Paul L. Friedman
                                             )
PRICEWATERHOUSECOOPERS LLP, et al,           )
                                             )
        Defendants                          )
                                             )
_____    )

## ORDER

      Upon consideration of the consent motion for an enlargement of time within which to respond to the First Amended Complaint.  It is hereby

      ORDERED that the requested extension is hereby granted and the time for Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP to respond to plaintiff's First Amended Complaint is hereby extended until July 29, 2005.

**IT IS SO ORDERED.**

DATED  this _____ day of July, 2005.

                                      _____
                                    PAUL L. FRIEDMAN

UNITED STATES DISTRICT COURT JUDGE