Civil Action No. 05-1291 (PLF)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of<br>all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-1291 (PLF)<br>)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' APPENDIX OF EXHIBITS IN SUPPORT OF THEIR
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Exhibit A.........RBAP IRS Determination Letter (1996)

Exhibit B.........RBAP IRS Determination Letter (2004)

Exhibit C.........RBAP Plan Documents (as amended and restated; effective July 1, 1995)

Exhibit D.........RBAP Summary Plan Description (1999)

Exhibit E.........RBAP Summary Plan Description (2001)

Exhibit F..........Total Petroleum, Inc. Retirement Plan (excerpt from appellate record of *Stamper v. Total Petroleum, Inc. Retirement Plan*, 188 F.3d 1233 (10th Cir. 1999)

Exhibit G..........PricewaterhouseCoopers Financial Well Being Newsletter (Autumn 2004)

Exhibit H...........Unpublished Cases
- *Ryan v. Asbestos Workers Union Local 42 Pension Fund*, Nos. 00-2813, 00-2891, 2002 WL 90976, (3d Cir. Jan. 24, 2002)

- *Mayeske v. International Ass'n of Firefighters*, No. 86-3283, 1989 WL 37154 (D.D.C. Mar. 30, 1989)

- *Mills, Mitchell & Turner v. Commissioner of Internal Revenue*, No. 15628-9OR, 1993 WL 80580 (U.S. Tax Ct. Mar. 23, 1993)

Civil Action No. 05-1291 (PLF)

Dated: July 29, 2005

Respectfully submitted,

_____
David E. Mendelson (471863)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.   20005-5793
(202) 879-5000 (phone)
(202) 879-5200 (fax)
dmendelson@kirkland.com

Robert J. Kopecky
Douglas G. Smith
Jason W. Callen
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL   60601-6636
(312) 861-2000 (phone)
(312) 861-2200 (fax)

*Counsel for defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP*

2