# Ex. A

Civil Action No. 05-1291

## (PLF)

```
INTERNAL REVENUE SERVICE                    DEPARTMENT OF THE TREASURY
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY  11202
                                        Employer Identification Number:
Date:  FEB -- 0 1997                        13-5326270
                                        File Folder Number:
PRICE WATERHOUSE LLP                        133007316
C/O ROBERT A NACRON                     Person to Contact:
C/O PRICE WATERHOUSE LLP                    JOSEPH SCHIANO
1177 AVENUE OF THE AMERICAS RM 303      Contact Telephone Number:
NEW YORK, NY  10036                         (203) 840-4110
                                        Plan Name:
                                            RETIREMENT BENE ACCUMULATION PLAN
                                            FOR EMPLYS OF PRICE WATERHOUSE LLP
                                        Plan Number: 195
```

Dear Applicant:

We have made a favorable determination on your plan, identified above, based on the information supplied. Please keep this letter in your permanent records.

Continued qualification of the plan under its present form will depend on its effect in operation. (See section 1.401-1(b)(3) of the Income Tax Regulations.) We will review the status of the plan in operation periodically.

The enclosed document explains the significance of this favorable determination letter, points out some features that may affect the qualified status of your employee retirement plan, and provides information on the reporting requirements for your plan. It also describes some events that automatically nullify it. It is very important that you read the publication.

This letter relates only to the status of your plan under the Internal Revenue Code. It is not a determination regarding the effect of other federal or local statutes.

This determination letter is applicable for the plan adopted on June 23, 1995.

This plan has been mandatorily disaggregated, permissively aggregated, or restructured to satisfy the nondiscrimination requirements.

This plan satisfies the nondiscrimination in amount requirement of section 1.401(a)(4)-1(b)(2) of the regulations on the basis of a general test described in the regulations.

This letter is issued under Rev. Proc. 93-39 and considers the amendments required by the Tax Reform Act of 1986 except as otherwise specified in this letter.

This plan satisfies the nondiscriminatory current availability requirements of section 1.401(a)(4)-4(b) of the regulations with respect to those benefits, rights, and features that are currently available to all employees in the plan's coverage group. For this purpose, the plan's coverage group consists of those employees treated as currently benefiting for purposes of demonstrating that the plan satisfies the minimum coverage requirements of

                                                    Letter  835 (DO/C

                                                        Ex. A
                                                Civil Action No. 05-1291
                                                        (PLF)

-2-

PRICE WATERHOUSE LLP

section 410(b) of the Code.

This plan also satisfies the requirements of section 1.401(a)(4)-4(b) of the regulations with respect to the specific benefits, rights, or features for which you have provided information.

This letter may not be relied upon with respect to whether the plan satisfies the qualification requirements as amended by the Uruguay Round Agreements Act, Pub. L. 103-465.

We have sent a copy of this letter to your representative as indicated in the power of attorney.

If you have questions concerning this matter, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Herbert J. Huff
District Director

Enclosures:
Publication 794

Letter 835 (DO/CG)