# Ex. G

Civil Action No. 05-1291

(PLF)

PRICEWATERHOUSECOOPERS 🎿    °connectedthinking

**Financial Well-Being**

Autumn 2004                                                VOLUME I ISSUE 4

**IN THIS ISSUE:**

• Lower Retirement Plans' Expenses and Fund Investment Fees Mean Higher Returns

• "Timing" Your Match

• Investing on a Budget: Spend Less and Save More

• National Benefits Corner with Roger and Melinda

• Will You Outlive Your Savings?

# Lower Retirement Plans' Expenses and Fund Investment Fees Mean Higher Returns

There's no doubt that each of us thinks (or should be thinking) about how our PwC 401(k) Savings Plan and RBAP investment funds are performing. But did you realize that the fees and expenses associated with the Plans and investment funds can impact your overall investment return? ➤ *page 2*

## "Timing" Your Match

You already know that contributing a higher percentage of your pay to your 401(k) Savings Plan can maximize your Firm matching contribution. (See "Are You Saving Enough for Retirement?" in the Autumn 2003 issue of *Retirement Spotlight*.) But have you made the connection between your contribution rate and the "timing" of your Firm match?

When we talk about "timing" your match, we're referring to how you spread out your contributions and thus, your match, over the course of the year (24 pay periods). You control this with your contribution level – i.e., the percentage of pre-tax salary you pay into the Plan. The amount you contribute can speed up or slow down the time it takes you to reach the maximum pre-tax contribution limit for your Plan, which increases to $14,000 for 2005.

If you reach the limit too soon, your Firm match will end. In other words, if you want to get as much Firm match as you can, you need to strike a balance between your rate of contributing and the time it will take you to reach the pre-tax contribution limit. The examples on page 3 illustrate how a matching contribution could be affected by when the annual limit is reached. You can start planning now for next year. ➤ *page 2*

Log on to
*Benefits Express Online*
https://www2.benefitsweb.com
/pwc.html

**Call Benefits Express Automated Telephone Service** 1-877-PwC-BenX
(877-792-2369)

**Speak to a Benefits Express Representative**
Call above number
8 a.m.- 6 p.m., ET,
Mon.-Fri. and press "0.

Financial Well-Being is prepared for employees and partners of PricewaterhouseCoopers LLP. The articles and information in this publication are for general information only and are not intended to provide specific advice or recommendations for any individual. We suggest that you contact your attorney, accountant, or financial or tax advisor with regard to your individual situation. © 2004. All rights reserved.

## Investing on a Budget: Spend Less and Save More

Finding more room in your budget to save for retirement may seem impossible given all of your current financial obligations – i.e., paying the monthly mortgage, car loan, child care and other basic living expenses. Even on a tight budget, there may be hidden cash to spare. The trick is knowing how to look for it.

Small adjustments in your spending can add up to extra money that could be invested for retirement. Consider that if you dine out at least twice a month at a minimum cost of $40 each time, that's $960 a year "eaten" up. Cutting back to once a month would save $480. That's money that could be redirected over the course of the year toward your retirement savings plan.

## Where's Your Money Going?

Before you can identify ways to cut back, you need to know where your money is being spent. Divide your expenses into two categories: needs and wants. The latter of the two offers the most flexibility for making budget adjustments. ➤ *page 4*

## National Benefits Corner with Roger and Melinda

In more recent years, American workers have had to shoulder more responsibility when it comes to funding their retirement. Fortunately for PwC employees, Firm-contributed money is still a valuable part of the savings equation. National Benefits' Roger Hindman and Melinda Burnham bring this important benefit into focus. ➤ *page 4*

## Will You Outlive Your Savings?

Life expectancy studies show that Americans may now spend up to one-third of their lives in retirement. Will you derive enough income from your PwC Retirement Plans, Social Security and other personal investments to support yourself for 20 or 30 years? ➤ *page 5*

Ex. G
Civil Action No. 05-1291
(PLF)

## "Timing" Your Match  *continued from page 1*

### Maxed Out Too Soon

A participant elects to contribute 19% of his $4,200 compensation per pay period on a pre-tax basis. He reaches the maximum $14,000 contribution limit during the 18th pay period and his match ends. He misses out on the potential for six more Firm-matching contributions.

**First 17 Pay Periods**

| | |
|---|---:|
| Compensation per pay period | $4,200 |
| Participant contribution (19%) | 798 |
| Firm Match (1-1/2 % of $4,200) | 63 |
| Firm Match for 17 Pay Periods (17 x $63) | $1,071 |

Participant's pre-tax contributions = $13,566

**18th Pay Period**

| | |
|---|---:|
| Participant contribution (hits the $14,000 limit) | $ 434 |
| Firm Match | 63 |

For pay periods 19 through 24, this participant contributes $0 (having capped out) and therefore receives no additional Firm match.

Total Firm match for the year = $1,134

### Maxed Out On Time

If the same participant contributed at a rate of 14% instead of 19%, it takes him the full year or 24 pay periods to reach the maximum $14,000 pre-tax contribution limit. As a result, his Firm match continues through the end of the year and adds up to more.

**First 23 Pay Periods**

| | |
|---|---:|
| Compensation per pay period | $4,200 |
| Participant contribution (14%) | 588 |
| Firm Match (1-1/2 % of $4,200) | 63 |
| Firm Match for 23 Pay Periods (23 x $63) | $1,449 |

Participant's pre-tax contributions = $13,524

**24th Pay Period**

| | |
|---|---:|
| Participant contribution (hits the $14,000 limit) | $ 476 |
| Firm Match | 63 |

Total Firm match for the year = $1,512.
*That's an additional $378 contributed by the Firm.*

### Post-Tax Contributions and Match

An important feature of your 401(k) Savings Plan is that if you do max out early on a pre-tax basis, you can continue to contribute to the Plan on a post-tax basis and the Firm will match those contributions up to the first 6% of your pay saved. If you think you are in the "maxed out too soon" situation, you can change your future investment elections at Benefits Express to allow you to contribute on a post-tax basis at 6% once the pre-tax limit is met. It is a special feature designed to help you maximize your Firm match.

---

## Lower Retirement Plans' Expenses and Fund Investment Fees Mean Higher Returns
*continued from page 1*

It's important that you understand the fees and expenses associated with your retirement plan funds, the reason for these fees and the impact they may have on your retirement savings. So, what are these fees and how much are you paying out of your 401(k) Savings Plan and RBAP earnings? The answer is *substantially less than you would pay as an individual investor in comparable funds.*

### Fund Fees Affect Retirement Savings

| | INVESTMENT RETURN WITHOUT FEES AND EXPENSES | INVESTMENT RETURN WHEN YOU INCLUDE FEES AND EXPENSES |
|---|---|---|
| Account Balance | Assume a $25,000 account balance in Fund A | Assume a $25,000 account balance in Fund A |
| Average Annual Rate of Return on Fund A | 7% | 6% (7% investment return minus 1% in fees) |
| Period Invested | 15 years | 15 years |
| Total Investment Return | $43,976 | $34,914 |
| Account Balance at the End of 15 Years | $68,976 | $59,914 |

*As you can see, over 15 years the 1% annual fees cost you $9,062 in investment return.*

### Keeping an Eye on Fees and Expenses

PwC bears much of the cost of the fees associated with the plans. There are three categories of fees associated with our retirement plans which are allowed and regulated by the Department of Labor (DOL) and the Securities and Exchange Commission (SEC):

- Administrative fees;
- Individual service fees; and
- Fund investment fees.

- *Administrative fees* include annual per-participant fees, costs for recordkeeping and reporting, legal and trustee services, participant communication and education as well as telephone and web access to account information.

- *Individual service fees* include processing fees for certain transactions such as participant loans and Qualified Domestic Relations Order (QDRO) processing.

- *Fund investment fees* include 12b-1 fees, "loads," and asset management fees.

It's our goal and fiduciary duty to keep the plan fees reasonable. As a result, *PwC pays 100% of the administrative costs for the plans,* including an annual per-participant fee. PwC also absorbs the cost of fees associated with certain plan transactions. For example, when you take a loan from the 401(k) Savings Plan, there's no fee charged to you. Some companies make their plan participants pay a service fee out of their pocket or from their plan account for loans and similar transactions. PwC's only participant paid fee is for a wire transfer of a final distribution payment.

PwC also aggressively tracks and manages fund investment fees. As a result, *PwC's fund investment fees are far below retail fees you'd pay as an average investor and comparable to other institutional funds with similar investment objectives.* National Benefits reviews the investments and fees regularly, negotiating discounts with the fund companies based on the assets invested in the funds as well as our ongoing relationships

2

**Lower Retirement Plans' Expenses and Fund Investment Fees Mean Higher Returns**
*continued from page 2*

with the fund managers. If appropriate, we change investments and investment companies if the fees are not reasonable and in line with peer group funds. Also, we typically deal directly with the fund companies to eliminate fees that would be paid to brokers or other third parties. It's all to make sure we're getting our partners and staff the best return possible.

**What Kind of Fund Investment Fees Do PwC Participants Pay?**
In general, "institutional investors" like PwC and other employers who have large amounts of money to invest get reduced fund investment fees compared to individuals who invest in similar "retail funds." The fund companies often set fee bands based on investment dollars. For example, a company that invests $50 million in assets will generally pay higher fund fees than a company who invests over $100 million. It's simply based on volume.

There are a number of different kinds of fees that fund companies are allowed to charge based on SEC regulations. PwC retirement plan participants *do not* pay 12b-1 fees, front-end loads or back-end loads. They do pay low, negotiated fund management fees.

---

### Types of Fund Investment Fees

**FUND FEES *NOT PAID* BY PWC RETIREMENT PLAN PARTICIPANTS**

- **12b-1 fees.** An extra fee charged by some funds to cover promotion, distributions, marketing expenses, and sometimes commissions to brokers. 12b-1 fee information is disclosed in a fund's prospectus, is included in the stated expense ratio, and is usually less than 1%.
- **Front-end load.** A sales charge paid when an individual buys an investment. The purpose of a load is to cover administrative expenses and transaction costs and sometimes to discourage asset turnover.
- **Back-end load.** A sales charge or commission paid when an individual sells an investment. It is intended to discourage withdrawals.

**FUND FEES PAID BY PWC RETIREMENT PLAN PARTICIPANTS**

- **Fund management fees.** A charge paid to a fund's managers for their services. It usually also includes fund administration costs and investor relations. It is typically a certain percentage of assets under management. Actively managed funds usually have somewhat higher management fees than passively managed funds given the need for individual security research and more active trading.

Each fund has an expense ratio expressed as a total percentage of fund assets used for administrative, management, advertising (12b-1) and all other expenses. An expense ratio of 1% per annum means that each year 1% of the fund's total assets will be taken to cover expenses. The expense ratio does not include sales costs or brokerage commissions.

---

### How Do We Compare?

The chart below compares how PwC's retirement plans' funds' fees and expenses stack up against that fund's retail equivalent.

| | | Current PwC Plan Funds | | | | Retail Fund Equivalent | | | |
|---|---|---|---|---|---|---|---|---|---|
| | FUND NAME | MGMT FEE | FRONT LOAD | DEFERRED LOAD | 12B-1 CURRENT | MGMT FEE | FRONT LOAD | DEFERRED LOAD | 12B-1 CURRENT |
| CASH | Northern Trust Short Term Investment | 0.15 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 |
| FIXED INCOME | American Express Income | 0.10 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 |
| | Northern Inst'l Long Gov't Index | 0.04 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.25 |
| | Evergreen Core Bond* | 0.44 | 0.00 | 0.00 | 0.00 | 0.70 | 4.75 | 0.00 | 0.25 |
| | Payden High Yield | 0.55 | 0.00 | 0.00 | 0.00 | 0.55 | 0.00 | 0.00 | 0.00 |
| BALANCED | Wells Fargo Growth Balanced* | 0.94 | 0.00 | 0.00 | 0.00 | 1.20 | 5.75 | 0.00 | 0.00 |
| | Montag & Caldwell Balanced | 0.89 | 0.00 | 0.00 | 0.00 | 1.15 | 0.00 | 0.00 | 0.25 |
| | Merrill Lynch Global Allocation* | 0.94 | 0.00 | 0.00 | 0.00 | 1.18 | 5.25 | 0.00 | 0.25 |
| EQUITY | Lord Abbett Affiliated* | 0.50 | 0.00 | 0.00 | 0.00 | 0.84 | 5.75 | 0.00 | 0.35 |
| | Northern Trust S&P 500 | 0.04 | 0.00 | 0.00 | 0.00 | 0.65 | 0.00 | 0.00 | 0.00 |
| | Montag & Caldwell Growth | 0.77 | 0.00 | 0.00 | 0.00 | 1.06 | 0.00 | 0.00 | 0.25 |
| | Lazard Int'l Equity Institutional | 0.90 | 0.00 | 0.00 | 0.00 | 1.31 | 0.00 | 0.00 | 0.25 |
| | Neuberger Berman Genesis Trust | 0.85 | 0.00 | 0.00 | 0.00 | 1.31 | 0.00 | 0.00 | 0.25 |
| | Northern Trust Inst'l Small Co. Index | 0.04 | 0.00 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.25 |
| | Waddell & Reed Advisors Small Cap* | 1.05 | 0.00 | 0.00 | 0.00 | 1.68 | 5.75 | 0.00 | 0.25 |
| | Lazard Emerging Markets | 1.29 | 0.00 | 0.00 | 0.00 | 1.60 | 0.00 | 0.00 | 0.25 |

*Retail funds have additional front-loaded charges between 4.75% and 5.75%*

Source: Funds and Morningstar

### More Information

Annual expenses are clearly outlined in each fund's prospectus, which are available on the Benefits Express website at **https://www2.benefitsweb.com/pwc.html**. Be sure to focus on the information that applies to the institutional class of fund shares, *not* the retail class.

3

**Investing on a Budget: Spend Less and Save More** *continued from page 1*

### Needs vs. Wants

Your needs include fixed monthly expenses like groceries, rent or mortgage, car payments, insurance, child expenses and other necessities. Subtract the total cost of your needs from your monthly take-home pay. The balance represents the flexible part of your budget – money you spend more freely on life's extras, i.e., your wants.

Your wants include the little luxuries born more out of desire than necessity—things like eating out, club memberships, cable TV, magazine subscriptions, going to the movies, and other extras. This is the portion of your budget that you could target for potential cut backs.

The table below illustrates ways to spend less and thereby save more. The point isn't to deprive yourself of the good things in life, but to scale back to free up money that could go toward your future financial security. As you review the table, consider whether you can "do it for less" if it's not possible to "do without."

#### Sources of Extra Money

| | ESTIMATED MONTHLY SAVINGS |
|---|---|
| Dinner out (once rather than twice a month) | $ 40 |
| Lunch (brown bag vs. buying) | $ 80 |
| Cable TV (basic vs. premium) | $ 30 |
| Cell phone (basic vs. added options) | $ 25 |
| Video rentals vs. going to the movies | $ 15 |
| Store coupons ($5/week) | $ 20 |
| **TOTAL MONTHLY SAVINGS** | **$ 210** |
| x 12 Months | |
| **TOTAL ANNUAL SAVINGS** | **$ 2,520** |

*Can you do it for less? If you have a loaded cable TV package, think about canceling the premium channels. If you like to go to the movies, opt for renting a video. Saving here and there can add up to extra money you could invest for retirement. In this example, there's over $2,500 of potential savings that could be growing tax-deferred in your retirement plan.*

### Strategies for Saving Even More

Finding ways to cut expenses is just one way to raise extra money to save for retirement. Changing old habits and adopting new money management policies can also increase your savings opportunities.

▪ *Avoid impulse buys.* If you have a habit of buying on impulse, make an effort to resist the temptation. Impose a "waiting period" on yourself to see if you still want (or even need) the item a week or two later.

▪ *Stop paying for what you don't use.* If you have paid subscriptions to magazines or newspapers that you don't have time to read, cancel them. If your health club membership isn't getting enough use, sell it or cancel it. Don't continue paying for something you no longer want, need or have time for.

▪ *Pay yourself first.* If you aren't taking advantage of automatic payroll deductions to contribute to your

PwC 401(k) Savings Plan, consider setting it up. You choose the percent of your salary deferral and the investment options. On pay day, the money is automatically withdrawn on a pre-tax basis from your pay and deposited directly into your account.

▪ *Save your raises.* If you receive a raise or bonus, try to put some of that extra money toward your retirement savings rather than spending it. If you never see the money in your paycheck, you probably won't miss it.

### Time and Compounding: Turn Small Savings Into Big Bucks

The combination of time and tax-deferred compounding can turn those extra dollars into even bigger savings for retirement. Remember, your earnings in the PwC Retirement Plans grow tax-deferred (you pay no taxes on dividends, interest or capital gains until you withdraw the money, providing those withdrawals are not made before age 59-1/2). Over time, the compounding of those tax-deferred earnings can significantly boost the size of your savings. The earlier you start, the more time your money will have to grow and the greater potential retirement income you may have. For more on the benefits of time and compounding, read "Are You Saving Enough for Retirement?" in the Autumn 2003 issue of *Retirement Spotlight*. Active staff can view that issue on the *Me @ PwC* tab of KnowledgeCurve2. Terminated participants can find the past issue under 'Request Materials' on the Benefits Express website.

### National Benefits Corner with Roger and Melinda *continued from page 1*

**Thoughts from Roger & Melinda**

QUESTION: *The 401(k) plan helps me save, but the company's matching contributions don't seem like enough. Can you give more?*

THOUGHTS FROM ROGER: The Firm contributes quite generously to your retirement savings. The 401(k) match, equal to 25% on the first 6% of your contribution, is only part of the equation. Our 100% Firm-funded Retirement Benefit Accumulation Plan (RBAP) is another. In recent years, many employers have stopped offering a defined benefit plan like RBAP. But PwC continues to provide it and fully fund it. The Firm contributes 5% of your eligible compensation to your RBAP account every pay period. RBAP credits combined with the 401(k) Firm match constitute a generous contribution toward employees' retirement savings.

THOUGHTS FROM MELINDA: If your 401(k) match seems small, make sure you are contributing enough to take full advantage of the Firm's matching contribution. Your match is tied to what you contribute. If you contribute less than 6% of your pre-tax salary per pay period (the rate at which you maximize your match), you're missing out on additional money from the match. Review your contribution level to ensure you're getting the maximum match. (See the "Timing Your Match" article on pages 1 and 2 to learn more about what to consider when setting your contribution rate).

---

### Check Your Total Rewards Statement

Your Total Rewards Statement, delivered electronically to PwC staff on September 2, 2004, shows the total dollar amount of your Firm matching contributions to date. If you had a $0 matching benefit, you haven't been taking advantage of the Firm's matching contribution benefit. Start saving! You earn 25 cents on every dollar you invest up to 6% of your contribution. That's like an immediate 25% return on your initial investment.

4

## Will You Outlive Your Savings?  *continued from page 1*

Increased longevity can pose a big financial risk if you don't prepare for it. The risk is that you will outlive your retirement savings and be forced to return to work (provided you are still healthy and able). The bottom line: longevity can have a significant impact on your retirement needs.

To help estimate this important aspect of your financial picture, take a few minutes to complete "The Longevity Game," an interactive lifestyle and health awareness quiz located at Northwestern Mutual Financial Network's website.

### The Longevity Game

Several factors may influence your longevity including your family history, personal health and overall lifestyle – much of which may change at various points over the course of your life. For an estimate of your longevity, go to www.nmfn.com and click on the "Learning Center" along the top tool bar. Scroll down to "Calculators" and select "The Longevity Game." You will be asked to answer 12 questions related to your health and lifestyle. Your expected longevity will increase, decrease, or be totally unaffected with each answer. At the end of the quiz, your final expected age will be revealed and you will have the option to change your answers to see how making different choices could improve your numbers and lengthen your life.

### Health and Well-Being Resources

Your estimated longevity will help you plan more realistically for the length of time you'll need retired income. In addition, the Longevity Game quiz may help you recognize that you need to address some lifestyle and health issues. The Firm offers many national and local programs to help you manage your health and well-being  including routine physicals through the PwC medical plans, information and resources discussed in quarterly issues of the Health & Well-Being newsletters, stress management courses, and LifeBalance™ OneSource at (877)PWC-4YOU (792-4968) which provides resources to help in many areas of your life.

---

### 2005 Increases in 401(k) Contribution and Benefit Limitations

The new limitations on contributions and benefits for the PwC 401(k) Savings Plan in 2005 are as follows:

|  | 2005 | 2004 |
|---|---|---|
| Pre-tax contribution limit | $14,000 | $13,000 |
| Age 50 additional pre-tax contribution | $ 4,000 | $ 3,000 |
| Calendar year plan maximum | $42,000 | $41,000 |

The annual compensation limit increased to $205,000 from $200,000 for the 401(k) Savings Plan (effective 10/1/04) and RBAP (effective 7/1/04).