Civil Action No. 05-1291 (PLF)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of all<br>others similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>PRICEWATERHOUSECOOPERS LLP, et al,<br><br>　　　　　Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-1291 (PLF)<br>)<br>) Judge Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The above matter coming before the Court on the Motion of Defendants to Dismiss the First Amended Class Action Complaint.

IT IS THEREFORE ORDERED that:

Defendants' Motion to Dismiss the First Amended Class Action Complaint is hereby GRANTED; and

Plaintiff's First Amended Class Action Complaint is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

8