*AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Lawrence H. Anderson _____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                    (CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
                                                                               (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Lawrence H. Anderson

_____          _____
(DATE)                                          (SIGNATURE)

                                 Printed/Typed Name:   Lawrence H. Anderson

                                 As _____ of _____
                                           (TITLE)                      (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

#ηAO 399

(Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, John J. Barry
    (DEFENDANT NAME)                    , acknowledge receipt of your request

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                     (CAPTION OF ACTION)

which is case number   05-1291                            in the United States District Court
                          (DOCKET NUMBER)

for the                            District of    Columbia                            .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005    ,
                                                                      (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of John J. Barry

_____
(DATE)

_____
(SIGNATURE)

Printed/Typed Name:   John J. Barry

As _____ of _____
      (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

℗AO 399                                                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: _Eli Gottesdiener_
                    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _William L. Bax_ _____ , acknowledge receipt of your request
                    (DEFENDANT NAME)

that I waive service of summons in the action of _Laurent v PricewaterhouseCoopers LLP_ ,
                                                                    (CAPTION OF ACTION)

which is case number _05-1291_ _____ in the United States District Court
                                      (DOCKET NUMBER)

for the _____ District of _Columbia_ _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after _7/7/2005_ ,
                                                                                      (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of William L. Bax

_____                    _____
(DATE)                                                      (SIGNATURE)

                                    Printed/Typed Name:  _William L. Bax_

                                    As _____ of _____
                                              (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

°›AO 399                                                                        (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Michael J. Boberschmidt _____ , acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of   Columbia _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005 _____ ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                             Counsel authorized to sign on behalf of Michael J. Boberschmidt

_____          _____
        (DATE)                                       (SIGNATURE)

                             Printed/Typed Name:    Michael J. Boberschmidt

                             As _____ of _____
                                           (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*ʌAO 399                                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, W. Keith Booth _____, acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005        ,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of W. Keith Booth

_____        _____
        (DATE)                                  (SIGNATURE)

                               Printed/Typed Name:    W. Keith Booth _____

                               As _____ of _____
                                          (TITLE)                    (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

\*₃AO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, David J. Breen
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                    (CAPTION OF ACTION)

which is case number    05-1291
_____    in the United States District Court
                        (DOCKET NUMBER)

for the _____    District of    Columbia
_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
                                                                               (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of David J. Breen

_____                _____
(DATE)                                                     (SIGNATURE)

                                       Printed/Typed Name:    David J. Breen
                                       _____

                                       As _____ of _____
                                            (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Willard W. Brittain                                  , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                    _____
                                                               (CAPTION OF ACTION)

which is case number    05-1291                          in the United States District Court
                       _____
                            (DOCKET NUMBER)

for the _____ District of  Columbia                                     .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005        ,
                                                                            _____
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Willard W. Brittain

_____          _____
        (DATE)                                       (SIGNATURE)

                                   Printed/Typed Name:    Willard W. Brittain
                                                         _____

                                   As _____ of _____
                                              (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*℣AO 399                                                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Jay D. Brodish
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                                            (CAPTION OF ACTION)

which is case number    05-1291
_____ in the United States District Court
                          (DOCKET NUMBER)

for the  _____ District of   Columbia
                                                                                         .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005
_____ ,
                                                                                    (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Jay D. Brodish

_____          _____
            (DATE)                                                          (SIGNATURE)

                                        Printed/Typed Name:    Jay D. Brodish
                                                          _____

                                        As _____ of _____
                                                   (TITLE)                                 (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*ᴬAO 399                                                                 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Eli Gottesdiener__

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __J. Frank Brown__ _____, acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of __Laurent v PricewaterhouseCoopers LLP__,

(CAPTION OF ACTION)

which is case number __05-1291__ _____ in the United States District Court

(DOCKET NUMBER)

for the _____ District of __Columbia__ _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __7/7/2005__,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of J. Frank Brown

_____                    _____
(DATE)                                              (SIGNATURE)

                            Printed/Typed Name:   __J. Frank Brown__

                            As _____ of _____
                                    (TITLE)                       (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®AO 399                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Philip J. Clements</u>                                    , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of    <u>Laurent v PricewaterhouseCoopers LLP</u> ,

(CAPTION OF ACTION)

which is case number    <u>05-1291</u>                              in the United States District Court

(DOCKET NUMBER)

for the                                  District of    <u>Columbia</u>                              .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     <u>7/7/2005</u>                  ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Philip J. Clements

_____            _____

(DATE)                                           (SIGNATURE)

Printed/Typed Name:    <u>Philip J. Clements</u>

As _____ of _____

(TITLE)                                   (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Ira Cohen
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
_____
(CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Ira Cohen

_____            _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name:    Ira Cohen _____

As _____ of _____
         (TITLE)                            (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*℈AO 399                                                                (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Marsha R. Cohen</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u>,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the _____ District of <u>Columbia</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Marsha R. Cohen

_____                    _____
(DATE)                                     (SIGNATURE)

Printed/Typed Name:  <u>Marsha R. Cohen</u>

As _____ of _____
      (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᴀAO 399                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Michael S. Collins _____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of  Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number  05-1291 _____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of  Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after  7/7/2005 _____,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Michael S. Collins

_____              _____
(DATE)                                              (SIGNATURE)

Printed/Typed Name:  Michael S. Collins _____

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

AO 399                                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Brian L. Cornell
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP    ,
                                                             (CAPTION OF ACTION)

which is case number     05-1291                                    in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of    Columbia                                     .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005    ,
                                                                                    (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Brian L. Cornell

_____            _____
(DATE)                                           (SIGNATURE)

                                    Printed/Typed Name:    Brian L. Cornell

                                    As _____ of _____
                                              (TITLE)                              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399                                                                                      (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, James E. Daley _____, acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                                    (CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of  Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005 _____ ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of James E. Daley

_____              _____
        (DATE)                                         (SIGNATURE)

                        Printed/Typed Name:   James E. Daley _____

                        As _____ of _____
                                (TITLE)                            (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*₃AO 399                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>G. William Dauphinais</u>                    , acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u>,
                                                          (CAPTION OF ACTION)

which is case number <u>05-1291</u>                            in the United States District Court
                            (DOCKET NUMBER)

for the _____ District of <u>Columbia</u>                                .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     <u>7/7/2005</u>     ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                        Counsel authorized to sign on behalf of G. William Dauphinais

_____         _____
       (DATE)                                   (SIGNATURE)

                        Printed/Typed Name:   <u>G. William Dauphinais</u>

                        As _____ of _____
                                (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

℗₃AO 399                                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Jonathan J. Davies</u> , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u> ,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the _____ District of <u>Columbia</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u> ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Jonathan J. Davies

_____        _____
(DATE)                              (SIGNATURE)

Printed/Typed Name:  <u>Jonathan J. Davies</u>

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®»AO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Sherry T. Davis                                    , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP   ,
                                                     (CAPTION OF ACTION)

which is case number    05-1291                            in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of   Columbia                                    .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005            ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                              Counsel authorized to sign on behalf of Sherry T. Davis

_____            _____
        (DATE)                                     (SIGNATURE)

                         Printed/Typed Name:    Sherry T. Davis

                         As _____ of _____
                                   (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

＊ AO 399                                                                                              (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Samuel A. DiPiazza</u>                         , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of     <u>Laurent v PricewaterhouseCoopers LLP</u>    ,
(CAPTION OF ACTION)

which is case number     <u>05-1291</u>                          in the United States District Court
(DOCKET NUMBER)

for the _____ District of     <u>Columbia</u>                    .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     <u>7/7/2005</u>          ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Samuel A. DiPiazza

_____          _____
(DATE)                                                                (SIGNATURE)

Printed/Typed Name:     <u>Samuel A. DiPiazza</u>

As _____ of _____
(TITLE)                                                  (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399                                                                              (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Robert B. Dubner
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP    ,
                                                      (CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of   Columbia                             .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005                ,
                                                                                  (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert B. Dubner

_____          _____
(DATE)                                              (SIGNATURE)

                                         Printed/Typed Name:    Robert B. Dubner

                                         As _____ of _____
                                                  (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᐧᐧAO 399                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
                    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, John R. Dunleavy                                        , acknowledge receipt of your request
              (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291                              in the United States District Court
                                  (DOCKET NUMBER)

for the _____ District of    Columbia                                .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005                 ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of John R. Dunleavy

_____          _____
         (DATE)                              (SIGNATURE)

                          Printed/Typed Name:   John R. Dunleavy

                          As _____ of _____
                                    (TITLE)                (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®₅AO 399                                                                                          (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
                        (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  J. Christopher Everett
_____, acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP    ,
                                                                                (CAPTION OF ACTION)

which is case number   05-1291                              in the United States District Court
                                        (DOCKET NUMBER)

for the _____ District of   Columbia                          .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005                ,
                                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

              Counsel authorized to sign on behalf of J. Christopher Everett

_____          _____
            (DATE)                                                   (SIGNATURE)

                          Printed/Typed Name:    J. Christopher Everett
                                                                    _____

                          As _____ of _____
                                              (TITLE)                                      (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

٭ٍAO 399                                                                                           (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Iris D. Goldfein _____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP   ,
(CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of   Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after   7/7/2005 _____,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Iris D. Goldfein

_____                    _____
(DATE)                                                             (SIGNATURE)

Printed/Typed Name:   Iris D. Goldfein _____

As _____ of _____
(TITLE)                                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

℞AO 399                                                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Robert H. Herz                                           , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of        Laurent v PricewaterhouseCoopers LLP    ,
                                                                    (CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
                        _____
                              (DOCKET NUMBER)

for the _____ District of    Columbia                                        .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after          7/7/2005                    ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert H. Herz

_____                    _____
(DATE)                                              (SIGNATURE)

                                           Printed/Typed Name:    Robert H. Herz
                                           _____

                                           As _____ of _____
                                                   (TITLE)                (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®₍AO 399                                                                        (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Roger C. Hindman
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP ,
                                                                   (CAPTION OF ACTION)
which is case number   05-1291 _____   in the United States District Court
                              (DOCKET NUMBER)
for the _____ District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after   7/7/2005 ,
                                                                             (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Roger C. Hindman

_____          _____
(DATE)                                        (SIGNATURE)

Printed/Typed Name:   Roger C. Hindman

As _____ of _____
          (TITLE)                          (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
     _____
     (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Stephen D. Higgins _____ , acknowledge receipt of your request
           (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                          (CAPTION OF ACTION)

which is case number    05-1291 _____   in the United States District Court
                                 (DOCKET NUMBER)

for the _____   District of   Columbia _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005 _____ ,
                                                                                (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                          Counsel authorized to sign on behalf of Stephen D. Higgins

_____              _____
        (DATE)                                         (SIGNATURE)

                          Printed/Typed Name:    Stephen D. Higgins _____

                          As _____ of _____
                                        (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*ᴀAO 399                                                                                  (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Craig M. Jacobsen _____ , acknowledge receipt of your request
         (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
                         (DOCKET NUMBER)

for the _____ District of    Columbia _____ .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005        ,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                    Counsel authorized to sign on behalf of Craig M. Jacobsen

_____           _____
        (DATE)                                    (SIGNATURE)

                                   Printed/Typed Name:    Craig M. Jacobsen _____

                                   As _____ of _____
                                            (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Eugene S. Katz                                    , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP    ,
                                                    (CAPTION OF ACTION)

which is case number    05-1291                              in the United States District Court
                      (DOCKET NUMBER)

for the _____ District of    Columbia                              .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005              ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                              Counsel authorized to sign on behalf of Eugene S. Katz

_____          _____
(DATE)                                            (SIGNATURE)

                                 Printed/Typed Name:    Eugene S. Katz

                                 As _____ of _____
                                            (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*∿AO 399                                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __Eli Gottesdiener__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Scott W. Kaufman__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Laurent v PricewaterhouseCoopers LLP__,
(CAPTION OF ACTION)

which is case number __05-1291__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __Columbia__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __7/7/2005__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Scott W. Kaufman

_____                    _____
(DATE)                                         (SIGNATURE)

Printed/Typed Name: __Scott W. Kaufman__

As _____ of _____
         (TITLE)                         (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᴬAO 399                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Richard P. Kearns
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP  ,
                                                    (CAPTION OF ACTION)

which is case number   05-1291                               in the United States District Court
                        (DOCKET NUMBER)

for the _____   District of   Columbia                          .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after       7/7/2005             ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                        Counsel authorized to sign on behalf of Richard P. Kearns

_____          _____
        (DATE)                                   (SIGNATURE)

                                 Printed/Typed Name:   Richard P. Kearns

                                 As _____ of _____
                                            (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against
that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®~AO 399                                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Peter Kelly
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP        ,
                                                                                    (CAPTION OF ACTION)

which is case number    05-1291
_____        in the United States District Court
                            (DOCKET NUMBER)

for the _____    District of    Columbia                                      .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005                ,
                                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Peter Kelly

_____            _____
(DATE)                                                    (SIGNATURE)

                                        Printed/Typed Name:    Peter Kelly

                                        As _____ of _____
                                                        (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Richard R. Kilgust , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,

(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court

(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Richard R. Kilgust

_____ (SIGNATURE)

(DATE)

Printed/Typed Name: Richard R. Kilgust

As _____ of _____

(TITLE)        (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®ːAO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Wendy L. Kornreich , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,

(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court

(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Wendy L. Kornreich

_____          (SIGNATURE)
(DATE)

Printed/Typed Name: Wendy L. Kornreich

As _____ of _____
(TITLE)          (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, James P. Kovacs
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number    05-1291
_____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of James P. Kovacs

_____            _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name:    James P. Kovacs _____

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Fredric L. Laughlin
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                           (CAPTION OF ACTION)

which is case number   05-1291
_____ in the United States District Court
                       (DOCKET NUMBER)

for the _____ District of   Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
                                                                         (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Fredric L. Laughlin

_____        _____
(DATE)                                             (SIGNATURE)

                                       Printed/Typed Name:   Fredric L. Laughlin

                                       As _____ of _____
                                              (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®₄AO 399                                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  D. Leon Leonhardt _____ , acknowledge receipt of your request
          (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291 _____     in the United States District Court
                              (DOCKET NUMBER)

for the _____  District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
                                                                        (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of D. Leon Leonhardt

_____                _____
        (DATE)                                          (SIGNATURE)

                              Printed/Typed Name:   D. Leon Leonhardt _____

                              As _____  of  _____
                                              (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

‰AO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
            (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Keith D. Levingston
_____, acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of      Laurent v PricewaterhouseCoopers LLP  ,
                                                            (CAPTION OF ACTION)
which is case number    05-1291                                  in the United States District Court
                                  (DOCKET NUMBER)
for the _____ District of    Columbia                                  .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after         7/7/2005              ,
                                                                             (DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

                                          Counsel authorized to sign on behalf of Keith D. Levingston

_____        _____
            (DATE)                                          (SIGNATURE)

                                 Printed/Typed Name:    Keith D. Levingston

                                 As _____ of _____
                                              (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399                                                                            (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
                    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Dennis J. Lubozynski                                      , acknowledge receipt of your request
    _____
           (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
                                                    _____
                                                               (CAPTION OF ACTION)

which is case number     05-1291                                  in the United States District Court
                      _____
                            (DOCKET NUMBER)

for the  _____  District of   Columbia                              .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after          7/7/2005            ,
                                                                          _____
                                                                           (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                    Counsel authorized to sign on behalf of Dennis J. Lubozynski

_____                  _____
        (DATE)                                              (SIGNATURE)

                                           Printed/Typed Name:   Dennis J. Lubozynski
                                                               _____

                                           As _____ of _____
                                                      (TITLE)                   (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Ronald T. Maheu
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP ,
                                                   (CAPTION OF ACTION)

which is case number   05-1291                              in the United States District Court
                       (DOCKET NUMBER)

for the _____ District of  Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005                     ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                        Counsel authorized to sign on behalf of Ronald T. Maheu

_____                _____
(DATE)                                              (SIGNATURE)

                                       Printed/Typed Name:   Ronald T. Maheu

                                       As _____ of _____
                                                   (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*ჯⱯAO 399                                                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
        (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)


I,  Philip P. Mannino
_____ , acknowledge receipt of your request
              (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
                                                                      (CAPTION OF ACTION)

which is case number   05-1291
_____ in the United States District Court
                        (DOCKET NUMBER)

for the  _____ District of   Columbia  _____ .


   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005
                                                                        _____ ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                              Counsel authorized to sign on behalf of Philip P. Mannino

_____          _____
              (DATE)                                            (SIGNATURE)

                                          Printed/Typed Name:    Philip P. Mannino
                                                                _____

                                          As  _____ of  _____
                                                        (TITLE)                            (CORPORATE DEFENDANT)


### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against
that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Anthony F. Martin _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Anthony F. Martin

_____         _____
(DATE)                                   (SIGNATURE)

Printed/Typed Name:    Anthony F. Martin

As _____ of _____
          (TITLE)                          (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

\*ᐟₐAO 399                                                                                                  (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, James L. McDonald _____ , acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP ,
                                                                (CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
                               (DOCKET NUMBER)

for the _____ District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005 _____ ,
                                                                                  (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of James L. McDonald

_____        _____
            (DATE)                                         (SIGNATURE)

                                 Printed/Typed Name:   James L. McDonald _____

                                 As _____ of _____
                                            (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399

(Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Donald A. McGovern, Jr.
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP     ,
                                                      (CAPTION OF ACTION)

which is case number   05-1291
_____     in the United States District Court
(DOCKET NUMBER)

for the _____   District of   Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after      7/7/2005      ,
                                                                                 (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Donald A. McGovern, Jr.

_____        _____
(DATE)                                              (SIGNATURE)

                                       Printed/Typed Name:   Donald A. McGovern, Jr.

                                       As _____ of _____
                                                 (TITLE)                          (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ₐAO 399

(Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, James P. McNally
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                     (CAPTION OF ACTION)

which is case number    05-1291                              in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of    Columbia _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of James P. McNally

_____                    _____
        (DATE)                                          (SIGNATURE)

                                           Printed/Typed Name:    James P. McNally _____

                                           As _____ of _____
                                                    (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399

(Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Nicholas G. Moore , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,

(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court

(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after  7/7/2005 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Nicholas G. Moore

_____          _____
(DATE)                                         (SIGNATURE)

Printed/Typed Name: Nicholas G. Moore

As _____ of _____
       (TITLE)              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Robert C. Morris, Jr. _____, acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                                  (CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005 _____ ,
                                                                        (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert C. Morris, Jr.

_____          _____
        (DATE)                              (SIGNATURE)

                                   Printed/Typed Name:   Robert C. Morris, Jr. _____

                                   As _____ of _____
                                           (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Dennis M. Nally , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court
(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Dennis M. Nally

_____          _____
(DATE)              (SIGNATURE)

Printed/Typed Name: Dennis M. Nally

As _____ of _____
    (TITLE)          (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Eldon Olson , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,

(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court

(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Eldon Olson

_____                    _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name: Eldon Olson

As _____ of _____
(TITLE)                (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*⅄AO 399                                                                        (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Shaun F. O'Malley _____, acknowledge receipt of your request
         (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
                          (DOCKET NUMBER)

for the _____ District of  Columbia _____ .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after      7/7/2005 _____ ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                             Counsel authorized to sign on behalf of Shaun F. O'Malley

_____                    _____
        (DATE)                                     (SIGNATURE)

                                         Printed/Typed Name:   Shaun F. O'Malley _____

                                         As _____ of _____
                                                  (TITLE)                 (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399                                                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Matthew O'Rourke                                            , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP     ,
                                                          (CAPTION OF ACTION)

which is case number · 05-1291                            in the United States District Court
_____
(DOCKET NUMBER)

for the _____ District of   Columbia  _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005     ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                 Counsel authorized to sign on behalf of Matthew O'Rourke

_____                  _____
         (DATE)                                                (SIGNATURE)

                                   Printed/Typed Name:   Matthew O'Rourke
                                   _____

                                   As _____ of _____
                                               (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

AO 399                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Gary Pell _____ , acknowledge receipt of your request
          (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                (CAPTION OF ACTION)

which is case number    05-1291 _____    in the United States District Court
                   (DOCKET NUMBER)

for the _____    District of  Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
                                                                (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Gary Pell

_____    _____
(DATE)                                                    (SIGNATURE)

                                Printed/Typed Name:    Gary Pell _____

                                As _____ of _____
                                      (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᴀAO 399                                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Lawrence F. Portnoy _____ , acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291 _____    in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Lawrence F. Portnoy

_____                    _____
     (DATE)                              (SIGNATURE)

                        Printed/Typed Name:   Lawrence F. Portnoy

                        As _____ of _____
                              (TITLE)              (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*&AO 399                                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
     _____
     (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Louise A. Root                                           , acknowledge receipt of your request
     _____
     (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP ,
                                                          (CAPTION OF ACTION)

which is case number     05-1291                              in the United States District Court
                             (DOCKET NUMBER)

for the _____   District of   Columbia                                          .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005              ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Louise A. Root

_____          _____
       (DATE)                                (SIGNATURE)

                               Printed/Typed Name:    Louise A. Root

                               As _____ of _____
                                           (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                                     (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Denis J. Salamone
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                                              (CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
                                      (DOCKET NUMBER)

for the _____ District of    Columbia                                    .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005           ,
                                                                                                     (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Denis J. Salamone

_____                    _____
(DATE)                                                              (SIGNATURE)

                                                     Printed/Typed Name:    Denis J. Salamone

                                                     As _____ of _____
                                                                    (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __Eli Gottesdiener__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Robert M. Sarsany__ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Laurent v PricewaterhouseCoopers LLP__ ,
(CAPTION OF ACTION)

which is case number __05-1291__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __Columbia__ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __7/7/2005__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert M. Sarsany

_____                    _____
(DATE)                                    (SIGNATURE)

Printed/Typed Name:   __Robert M. Sarsany__

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®ᴬAO 399                                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
              (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Frank V. Scalia _____ , acknowledge receipt of your request
              (DEFENDANT NAME)

that I waive service of summons in the action of        Laurent v PricewaterhouseCoopers LLP ,
                                                                  (CAPTION OF ACTION)

which is case number    05-1291 _____   in the United States District Court
                                    (DOCKET NUMBER)

for the _____   District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005 _____ ,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                        Counsel authorized to sign on behalf of Frank V. Scalia

_____                    _____
          (DATE)                                          (SIGNATURE)

                                        Printed/Typed Name:    Frank V. Scalia _____

                                        As _____ of _____
                                                    (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®ẠAO 399                                                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  James J. Schiro
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
                              (DOCKET NUMBER)

for the _____  District of   Columbia                                    .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005                     ,
                                                                                       (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                Counsel authorized to sign on behalf of James J. Schiro

_____                _____
        (DATE)                                             (SIGNATURE)

                                        Printed/Typed Name:   James J. Schiro

                                        As _____ of _____
                                                    (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®AAO 399                                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
     _____
              (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Christine G. Snyder                                    , acknowledge receipt of your request
     _____
              (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP    ,
                                                     _____
                                                              (CAPTION OF ACTION)

which is case number     05-1291                                in the United States District Court
                         _____
                                     (DOCKET NUMBER)

for the     _____  District of  Columbia                                        .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005           ,
                                                                               _____
                                                                               (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                               Counsel authorized to sign on behalf of Christine G. Snyder

_____                _____
        (DATE)                                         (SIGNATURE)

                                Printed/Typed Name:   Christine G. Snyder
                                                    _____

                                As  _____  of  _____
                                              (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

℮AO 399                                                                                           (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
     _____
     (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Garrett L. Stauffer                                          , acknowledge receipt of your request
     _____
     (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP    ,
                                                     _____
                                                              (CAPTION OF ACTION)

which is case number    05-1291                              in the United States District Court
                        _____
                              (DOCKET NUMBER)

for the  _____  District of    Columbia                              .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005              ,
                                                                               _____
                                                                               (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                        Counsel authorized to sign on behalf of Garrett L. Stauffer

_____                    _____
       (DATE)                                    (SIGNATURE)

                        Printed/Typed Name:   Garrett L. Stauffer

                        As _____ of _____
                                  (TITLE)                  (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, George G. Strong Jr. , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court
(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of George G. Strong Jr.

_____          _____
(DATE)                                   (SIGNATURE)

Printed/Typed Name: George G. Strong Jr.

As _____ of _____
        (TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

⊕ AO 399                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Paul J. Sullivan</u> , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u> ,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the _____ District of <u>Columbia</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u> ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
Counsel authorized to sign on behalf of Paul J. Sullivan

_____        _____
(DATE)                                                 (SIGNATURE)

Printed/Typed Name:  <u>Paul J. Sullivan</u>

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ʌAO 399                                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

                    Robert P. Sullivan
I, ██████████████████_____ , acknowledge receipt of your request
                    (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291_____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Paul J. Sullivan
I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005          ,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert P. Sullivan

_____          _____
(DATE)                                      (SIGNATURE)

                        Printed/Typed Name:    Robert P. Sullivan

                        As _____ of _____
                                  (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᴬAO 399                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Ann M. Thornburg , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court
(DOCKET NUMBER)

for the _____ District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Ann M. Thornburg

_____                    _____
(DATE)                                (SIGNATURE)

Printed/Typed Name: Ann M. Thornburg

As _____ of _____
       (TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Randell S. Vallen
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                    (CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
                            (DOCKET NUMBER)

for the _____ District of  Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after      7/7/2005 _____,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Randell S. Vallen

_____        _____
(DATE)                                      (SIGNATURE)

Printed/Typed Name:    Randell S. Vallen _____

As _____ of _____
              (TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Francis J. Van Kirk</u>, acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u>,

(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court

(DOCKET NUMBER)

for the _____ District of <u>Columbia</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u>,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Francis J. Van Kirk

_____                    _____
(DATE)                                  (SIGNATURE)

Printed/Typed Name:    <u>Francis J. Van Kirk</u>

As _____ of _____
     (TITLE)                    (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᴀₒAO 399                                                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Peggy M. Vaughn _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
(CAPTION OF ACTION)

which is case number    05-1291 _____  in the United States District Court
(DOCKET NUMBER)

for the _____ District of   Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after       7/7/2005       ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Peggy M. Vaughn

_____                _____
(DATE)                                              (SIGNATURE)

Printed/Typed Name:    Peggy M. Vaughn _____

As _____ of _____
(TITLE)                                         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

℗AO 399                                                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Gary W. Van Wagnen
_____, acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
                                                              (CAPTION OF ACTION)

which is case number    05-1291                                     in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of   Columbia                                  .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7  /2005    ,
                                                                               (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                          Counsel authorized to sign on behalf of Gary W. Van Wagnen

_____              _____
        (DATE)                                         (SIGNATURE)

                            Printed/Typed Name:   Gary W. Van Wagnen

                            As _____ of _____
                                        (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Gerald M. Ward</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u>,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the _____ District of <u>Columbia</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u> ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Gerald M. Ward

_____          _____
(DATE)                                      (SIGNATURE)

Printed/Typed Name:  <u>Gerald M. Ward</u>

As _____ of _____
(TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

%AO 399                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Eli Gottesdiener__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Robert K. Waters__ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Laurent v PricewaterhouseCoopers LLP__ ,
(CAPTION OF ACTION)

which is case number __05-1291__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __Columbia__ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __7/7/2005__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert K. Waters

_____                    _____
(DATE)                                              (SIGNATURE)

Printed/Typed Name:    __Robert K. Waters__

As _____ of _____
(TITLE)                    (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ℰₐAO 399                                                                     (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Brett D. Yacker</u> , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u> ,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the _____ District of <u>Columbia</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u> ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Brett D. Yacker

_____          _____
(DATE)                                                    (SIGNATURE)

Printed/Typed Name:   Brett D. Yacker

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*⁀AO 399                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
     _____
          (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,   George J. Yost III                                , acknowledge receipt of your request
     _____
              (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP  ,
                                                    _____
                                                                (CAPTION OF ACTION)

which is case number    05-1291                             in the United States District Court
                        _____
                                  (DOCKET NUMBER)

for the    _____   District of   Columbia                          .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005              ,
                                                                               _____
                                                                               (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                               Counsel authorized to sign on behalf of George J. Yost III

_____          _____
       (DATE)                                    (SIGNATURE)

                               Printed/Typed Name:    George J. Yost III
                                                      _____

                               As _____ of _____
                                              (TITLE)                         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.