*ₐAO 399                                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Philip P. Mannino
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                     (CAPTION OF ACTION)

which is case number    05-1291
_____ in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of    Columbia                                    .

 I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

 I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

 I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

 I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after      7/7/2005              ,
                                                                                (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Philip P. Mannino

_____                    _____
(DATE)                                                    (SIGNATURE)

                          Printed/Typed Name:    Philip P. Mannino
                                                 _____

                          As _____ of _____
                                     (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

 Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

 It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

 A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®₅AO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Anthony F. Martin _____ , acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of      Laurent v PricewaterhouseCoopers LLP ,
                                                                  (CAPTION OF ACTION)

which is case number     05-1291 _____ in the United States District Court
                                   (DOCKET NUMBER)

for the _____ District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005 ,
                                                                        (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Anthony F. Martin

_____            _____
        (DATE)                                    (SIGNATURE)

                                   Printed/Typed Name:    Anthony F. Martin

                                   As _____ of _____
                                               (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, James L. McDonald
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
_____
(CAPTION OF ACTION)

which is case number    05-1291 _____    in the United States District Court
(DOCKET NUMBER)

for the _____ District of    Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of James L. McDonald

_____        _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name:    James L. McDonald _____

As _____ of _____
(TITLE)                                  (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399                                                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Donald A. McGovern, Jr. _____, acknowledge receipt of your request
    (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
                                                    (CAPTION OF ACTION)

which is case number    05-1291 _____    in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Donald A. McGovern, Jr.

_____            _____
(DATE)                                        (SIGNATURE)

                                   Printed/Typed Name:    Donald A. McGovern, Jr.

                                   As _____ of _____
                                            (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, James P. McNally , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,

(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court

(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of James P. McNally

_____    _____

(DATE) (SIGNATURE)

Printed/Typed Name: James P. McNally

As _____ of _____

(TITLE) (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Ⓔ AO 399                                                                                   (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Nicholas G. Moore</u> , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u> ,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the District of <u>Columbia</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u> ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Nicholas G. Moore

_____          _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name:  <u>Nicholas G. Moore</u>

As _____ of _____
        (TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

\*ᐟᴬO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Robert C. Morris, Jr.
_____ , acknowledge receipt of your request
                (DEFENDANT NAME)

that I waive service of summons in the action of        Laurent v PricewaterhouseCoopers LLP    ,
                                                                                   (CAPTION OF ACTION)

which is case number    05-1291                                     in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of  Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005          ,
                                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert C. Morris, Jr.

_____            _____
(DATE)                                              (SIGNATURE)

                                  Printed/Typed Name:   Robert C. Morris, Jr.

                                  As _____ of _____
                                            (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Dennis M. Nally
_____, acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP    ,
                                                                      (CAPTION OF ACTION)

which is case number    05-1291    in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of    Columbia    .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after          7/7/2005          ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                      Counsel authorized to sign on behalf of Dennis M. Nally

_____              _____
        (DATE)                                       (SIGNATURE)

                                     Printed/Typed Name:    Dennis M. Nally

                                     As _____ of _____
                                              (TITLE)                    (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®ֻAO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Eldon Olson
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number     05-1291
_____ in the United States District Court
(DOCKET NUMBER)

for the _____ District of     Columbia _____ .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Eldon Olson

_____        _____
(DATE)                            (SIGNATURE)

Printed/Typed Name:     Eldon Olson _____

As _____ of _____
(TITLE)                         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ъAO 399                                                                (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
     _____
     (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Shaun F. O'Malley                              , acknowledge receipt of your request
    _____
    (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP    ,
                                                    (CAPTION OF ACTION)

which is case number   05-1291                              in the United States District Court
                       _____
                       (DOCKET NUMBER)

for the _____  District of   Columbia                              .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005                ,
                                                                                (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Shaun F. O'Malley

_____          _____
(DATE)                                              (SIGNATURE)

                                   Printed/Typed Name:   Shaun F. O'Malley

                                   As _____  of _____
                                              (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

ℱ⅄AO 399                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Matthew O'Rourke
_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP
                                                     _____ ,
                                                                (CAPTION OF ACTION)

which is case number ·  05-1291                                      in the United States District Court
                       _____
                              (DOCKET NUMBER)

for the _____ District of   Columbia                                    .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after          7/7/2005
                                                                          _____ ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                 Counsel authorized to sign on behalf of Matthew O'Rourke

_____                    _____
        (DATE)                                              (SIGNATURE)

                                Printed/Typed Name:    Matthew O'Rourke

                                As _____ of _____
                                              (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Gary Pell , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court
(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after 7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Gary Pell

_____                _____
(DATE)                                          (SIGNATURE)

Printed/Typed Name: Gary Pell

As _____ of _____
      (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ʌAO 399                                                                      (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Lawrence F. Portnoy</u>_____, acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u>,
                                                        (CAPTION OF ACTION)

which is case number <u>05-1291</u>_____ in the United States District Court
                            (DOCKET NUMBER)

for the _____ District of <u>Columbia</u>_____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after   <u>7/7/2005</u>,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Lawrence F. Portnoy

_____          _____
        (DATE)                                    (SIGNATURE)

                        Printed/Typed Name:   <u>Lawrence F. Portnoy</u>

                        As _____ of _____
                                      (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*&AO 399                                                              (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Louise A. Root _____ , acknowledge receipt of your request
                    (DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP ,
                                                              (CAPTION OF ACTION)

which is case number  05-1291 _____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of  Columbia _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005 _____ ,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                Counsel authorized to sign on behalf of Louise A. Root

_____              _____
        (DATE)                                      (SIGNATURE)

                                     Printed/Typed Name:   Louise A. Root _____

                                     As _____ of _____
                                              (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against
that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*₂AO 399                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Denis J. Salamone                                        , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of      Laurent v PricewaterhouseCoopers LLP    ,
                                                        (CAPTION OF ACTION)

which is case number      05-1291                            in the United States District Court
                          (DOCKET NUMBER)

for the _____ District of   Columbia                                      .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005        ,
                                                                             (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Denis J. Salamone

_____            _____
(DATE)                                          (SIGNATURE)

                                   Printed/Typed Name:    Denis J. Salamone

                                   As _____ of _____
                                          (TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399                                                                                        (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Robert M. Sarsany _____ , acknowledge receipt of your request
              (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP    ,
                                                           (CAPTION OF ACTION)

which is case number    05-1291 _____    in the United States District Court
                              (DOCKET NUMBER)

for the _____    District of    Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
                                                                       (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Robert M. Sarsany

_____          _____
       (DATE)                              (SIGNATURE)

                              Printed/Typed Name:    Robert M. Sarsany _____

                              As _____    of _____
                                       (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

®ʌAO 399                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Frank V. Scalia _____ , acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP    ,
                                                            (CAPTION OF ACTION)

which is case number    05-1291 _____    in the United States District Court
                            (DOCKET NUMBER)

for the _____ District of  Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005            ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                    Counsel authorized to sign on behalf of Frank V. Scalia

_____              _____
        (DATE)                                    (SIGNATURE)

                                     Printed/Typed Name:   Frank V. Scalia _____

                                     As _____ of _____
                                              (TITLE)                        (CORPORATE DEFENDANT)

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

*AO 399                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
                (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  James J. Schiro
_____, acknowledge receipt of your request
                (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP     ,
                                                                  (CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
                                    (DOCKET NUMBER)

for the  _____    District of   Columbia                                    .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after          7/7/2005          ,
                                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                        Counsel authorized to sign on behalf of James J. Schiro


_____                    _____
        (DATE)                                                (SIGNATURE)

                            Printed/Typed Name:    James J. Schiro    _____

                            As  _____  of  _____
                                            (TITLE)                          (CORPORATE DEFENDANT)


### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

ᴼᴬAO 399                                                                                          (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Christine G. Snyder _____ , acknowledge receipt of your request
         (DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP  ,
                                                                      (CAPTION OF ACTION)

which is case number   05-1291 _____   in the United States District Court
                              (DOCKET NUMBER)

for the  _____ District of   Columbia _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 _____ ,
                                                                                     (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                        Counsel authorized to sign on behalf of Christine G. Snyder

_____            _____
         (DATE)                                    (SIGNATURE)

                                Printed/Typed Name:   Christine G. Snyder _____

                                As  _____  of  _____
                                              (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

®₄AO 399                                                                 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
          (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Garrett L. Stauffer                                      , acknowledge receipt of your request
          (DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP   ,
                                                              (CAPTION OF ACTION)

which is case number   05-1291                            in the United States District Court
                              (DOCKET NUMBER)

for the  _____  District of   Columbia                            .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005              ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Garrett L. Stauffer

_____           _____
          (DATE)                                   (SIGNATURE)

                        Printed/Typed Name:   Garrett L. Stauffer

                        As _____ of _____
                              (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*⅍AO 399                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  George G. Strong Jr.                                    , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of        Laurent v PricewaterhouseCoopers LLP    ,
                                                        _____
                                                                    (CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
                        _____
                                (DOCKET NUMBER)

for the    _____ District of    Columbia    _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005            ,
                                                                                  _____
                                                                                  (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                                    Counsel authorized to sign on behalf of George G. Strong Jr.

_____                        _____
        (DATE)                                            (SIGNATURE)

                                Printed/Typed Name:    George G. Strong Jr.

                                As  _____  of  _____
                                            (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

٭AO 399                                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:   Eli Gottesdiener
_____
    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Paul J. Sullivan_____ , acknowledge receipt of your request
         (DEFENDANT NAME)

that I waive service of summons in the action of    __Laurent v PricewaterhouseCoopers LLP__ ,
                                                                 (CAPTION OF ACTION)

which is case number   __05-1291_____    in the United States District Court
                              (DOCKET NUMBER)

for the   _____    District of   __Columbia_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    __7/7/2005_____ ,
                                                                                  (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Paul J. Sullivan

_____        _____
        (DATE)                                  (SIGNATURE)

                                Printed/Typed Name:   __Paul J. Sullivan_____

                                As _____ of _____
                                         (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*ᴀAO 399                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

                           Robert P. Sullivan
I, ████████████████████████_____ , acknowledge receipt of your request
          (DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP  ,
                                                            (CAPTION OF ACTION)

which is case number   05-1291 _____ in the United States District Court
                              (DOCKET NUMBER)

for the _____ District of   Columbia _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

        Paul J. Sullivan
   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005         ,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.
                              Counsel authorized to sign on behalf of Robert P. Sullivan

_____        _____
          (DATE)                                   (SIGNATURE)

                         Printed/Typed Name:    Robert P. Sullivan

                         As _____ of _____
                                     (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against
that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

\*ʌAO 399

(Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Ann M. Thornburg _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number    05-1291 _____ in the United States District Court
(DOCKET NUMBER)

for the  _____ District of  Columbia _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction
or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Ann M. Thornburg

_____                      _____
(DATE)                                                    (SIGNATURE)

Printed/Typed Name:   Ann M. Thornburg _____

As  _____ of  _____
                      (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A
defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to
do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place
or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses
and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action
has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the
complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against
that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service
was received.

&AO 399                                                                      (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Eli Gottesdiener</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Randell S. Vallen</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Laurent v PricewaterhouseCoopers LLP</u>,
(CAPTION OF ACTION)

which is case number <u>05-1291</u> in the United States District Court
(DOCKET NUMBER)

for the _____ District of <u>Columbia</u> .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>7/7/2005</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Randell S. Vallen

_____                    _____
(DATE)                                        (SIGNATURE)

Printed/Typed Name:    <u>Randell S. Vallen</u>

As _____ of _____
(TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399                                                                           (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Francis J. Van Kirk                                , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of     Laurent v PricewaterhouseCoopers LLP     ,
                                                     _____
                                                              (CAPTION OF ACTION)

which is case number     05-1291                                in the United States District Court
                      _____
                           (DOCKET NUMBER)

for the _____ District of     Columbia                               .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after          7/7/2005          ,
                                                                          (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Francis J. Van Kirk

_____                  _____
        (DATE)                                          (SIGNATURE)

                                         Printed/Typed Name:     Francis J. Van Kirk
                                                             _____

                                         As _____ of _____
                                                    (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
            (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Peggy M. Vaughn
_____, acknowledge receipt of your request
            (DEFENDANT NAME)

that I waive service of summons in the action of      Laurent v PricewaterhouseCoopers LLP ,
                                                      _____
                                                              (CAPTION OF ACTION)

which is case number      05-1291                                    in the United States District Court
                          _____
                                    (DOCKET NUMBER)

for the _____ District of   Columbia                              .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005                 ,
                                                                                 _____
                                                                                 (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                Counsel authorized to sign on behalf of Peggy M. Vaughn

_____          _____
            (DATE)                                          (SIGNATURE)

                                Printed/Typed Name:     Peggy M. Vaughn
                                                        _____

                                As _____ of _____
                                            (TITLE)                (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Eli Gottesdiener
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Gary W. Van Wagnen , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Laurent v PricewaterhouseCoopers LLP ,
(CAPTION OF ACTION)

which is case number 05-1291 in the United States District Court
(DOCKET NUMBER)

for the District of Columbia .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7 /2005 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Gary W. Van Wagnen

_____              _____
(DATE)                                         (SIGNATURE)

Printed/Typed Name:    Gary W. Van Wagnen

As _____ of _____
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399                                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Gerald M. Ward
_____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of   Laurent v PricewaterhouseCoopers LLP  ,
                                                    (CAPTION OF ACTION)

which is case number   05-1291                              in the United States District Court
                        (DOCKET NUMBER)

for the _____ District of  Columbia                              .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after        7/7/2005              ,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of Gerald M. Ward

_____              _____
(DATE)                                      (SIGNATURE)

Printed/Typed Name:    Gerald M. Ward

As _____ of _____
          (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Robert K. Waters
_____, acknowledge receipt of your request
                (DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP   ,
                                                            (CAPTION OF ACTION)

which is case number    05-1291
_____    in the United States District Court
                    (DOCKET NUMBER)

for the _____    District of    Columbia                              .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005          ,
                                                                     (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                              Counsel authorized to sign on behalf of Robert K. Waters

_____            _____
        (DATE)                                      (SIGNATURE)

                              Printed/Typed Name:    Robert K. Waters

                              As _____ of _____
                                          (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*AO 399                                                                    (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  Brett D. Yacker _____, acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of  Laurent v PricewaterhouseCoopers LLP ,
                                                        (CAPTION OF ACTION)

which is case number  05-1291 _____ in the United States District Court
                            (DOCKET NUMBER)

for the _____ District of  Columbia _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after     7/7/2005 _____,
                                                                            (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                            Counsel authorized to sign on behalf of Brett D. Yacker

_____              _____
        (DATE)                                   (SIGNATURE)

                        Printed/Typed Name:  Brett D. Yacker _____

                        As _____ of _____
                                (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

*∘AO 399                                                                    (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO:  Eli Gottesdiener
_____
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I,  George J. Yost III                                    , acknowledge receipt of your request
_____
(DEFENDANT NAME)

that I waive service of summons in the action of    Laurent v PricewaterhouseCoopers LLP    ,
(CAPTION OF ACTION)

which is case number    05-1291                                    in the United States District Court
(DOCKET NUMBER)

for the    _____    District of    Columbia    .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    7/7/2005    ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Counsel authorized to sign on behalf of George J. Yost III

_____                _____
(DATE)                                                    (SIGNATURE)

Printed/Typed Name:    George J. Yost III

As    _____    of    _____
(TITLE)                                            (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.