IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT**<br><br>On behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br>**v.**<br><br>**PRICEWATERHOUSECOOPERS LLP,** *et al.*,<br><br>       Defendants. | Civil Action No. 05-1291 (PLF) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
UNDER COUNTS ONE THROUGH FOUR
OF THE FIRST AMENDED CLASS ACTION COMPLAINT**

  Plaintiff Timothy D. Laurent, through undersigned counsel, respectfully moves the Court, pursuant to Local Rules 7 and 56.1 and Fed. R. Civ. P. 56, for a declaration and judgment under Counts One through Four of the First Amended Class Action Complaint that:

(a)   "The . . . date a Participant . . . completes five (5) Years of Service" set forth in § 2.32 of the plan instrument of The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers, LLP as amended and restated effective July 1, 1995 (the "RBAP" or the "Plan"), does not state a valid "normal retirement age" under ERISA § 3(24), 29 U.S.C. § 1002(24); and

(b)   Since the Plan's inception (July 1, 1994), the normal retirement age under the Plan was and is age 65.

  The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support.

## CONCLUSION

Wherefore, for the reasons set forth in the accompanying Memorandum and such other reasons as may be subsequently adduced or as may appear to the Court, Plaintiff respectfully requests that the instant motion be granted. A proposed Order is attached.

August 11, 2005                              Respectfully submitted,


                                             _____s/ Eli Gottesdiener___
                                             Eli Gottesdiener

                                             **GOTTESDIENER LAW FIRM, PLLC**
                                             1025 Connecticut Avenue, N.W.
                                             Suite 1000
                                             Washington, D.C.  20036
                                             Phone:       (202) 243-1000
                                             Fax:         (202) 243-1001

                                             Attorneys for Plaintiff and the proposed Class

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 11, 2005 I caused all Defendants identified on the docket sheet as having been personally served or as having returned waivers of service of summons to be served with a copy of the foregoing Motion by having it hand-delivered on August 11, 2005 to their counsel at the address listed below:

David E. Mendelson
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000 (telephone)
(202) 879-5200 (facsimile)

                                                                                                              s/Eli Gottesdiener
                                                                                                                Eli Gottesdiener