IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TIMOTHY D. LAURENT<br><br>   On behalf of himself and all<br>   others similarly situated,<br><br>                        Plaintiff,<br>   v.<br><br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br><br>                       Defendants. | Civil Action No. 05-1291 (PLF) |

**JOINT MOTION FOR ENLARGEMENTS OF TIME
WITH RESPECT TO BRIEFING ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff Timothy D. Laurent and Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP ("Defendants"), through undersigned counsel, respectfully move the Court jointly for enlargements of time with respect to briefing on Defendants' motion to dismiss.

In support of this motion the parties state:

1.      Defendants filed a motion to dismiss on July 29, 2005.

2.      Under the Local Rules, Plaintiff's opposition is due within 11 days of service and Defendants' reply brief is due within 5 days of service of the opposition. Local Civil Rule 7(b), (d).

3.      The parties wish to briefly enlarge those time periods to enable them to better prepare their submissions to the Court.

4.      Plaintiff is requesting until Monday, August 29, 2005 to file his opposition. Defendants are requesting until September 16, 2005 to file their reply.

5.      The parties mutually consent to the requested extensions and hence submit this proposal jointly.

## CONCLUSION

Wherefore, for the reasons set forth herein and such other reasons as may appear to the Court, the parties respectfully requests that the instant motion be granted. A proposed Order is attached.

August 15, 2005                            Respectfully submitted,


        s/ Eli Gottesdiener___
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Phone:      (202) 243-1000
Fax:        (202) 243-1001

Attorney for Plaintiff and the proposed Class

_____s/David E. Mendelson__
David E. Mendelson

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
(202) 879-5000 (phone)
(202) 879-5200 (fax)
dmendelson@kirkland.com

Attorney for Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP