IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT**<br><br>   On behalf of himself and all<br>   others similarly situated,<br><br>                    Plaintiff,<br>    v.<br><br>**PRICEWATERHOUSECOOPERS LLP**, *et al.*,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-1291 (PLF)<br>:<br>:<br>:<br>:<br>: |

## [Proposed] O R D E R

Upon consideration of the joint motion for enlargements of time with respect to briefing on certain Defendants' motion to dismiss and the entire record herein, it is hereby ORDERED

That the requested enlargements are hereby granted and that Plaintiff shall have until August 29, 2005 to file his opposition, and Defendants shall have until September 16, 2005 to file their reply.

   **IT IS SO ORDERED.**

DATED  this _____ day of August, 2005.


_____
Paul L. Friedman
United States District Court Judge