# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY D. LAURENT | ) | |
| | ) | |
| Plaintiff, | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER 05-1291 (PLF) |
| | ) | |
| PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| PRICEWATERHOUSECOOPERS LLP BOARD | ) | |
| OF PARTNERS AND PRINCIPALS, | ) | |
| | ) | |
| THE RETIREMENT BENEFIT | ) | |
| PLAN FOR EMPLOYEES OF | ) | |
| PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| THE SAVINGS PLAN FOR EMPLOYEES | ) | |
| AND PARTNERS OF | ) | |
| PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| THE SAVINGS PLAN FOR EMPLOYEES | ) | |
| OF PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| THE ADMINISTRATIVE COMMITTEE | ) | |
| TO THE RETIREMENT BENEFIT | ) | |
| ACCUMULATION PLAN FOR EMPLOYEES | ) | |
| OF PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| THE ADMINISTRATIVE COMMITTEE TO | ) | |
| THE SAVINGS PLAN FOR EMPLOYEES | ) | |
| AND PARTNERS OF | ) | |
| PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| THE ADMINISTRATIVE COMMITTEE | ) | |
| TO THE SAVINGS PLAN FOR EMPLOYEES | ) | |
| OF PRICEWATERHOUSECOOPERS LLP, | ) | |
| | ) | |
| LAWRENCE H. ANDERSON, | ) | |
| | ) | |
| JOHN J. BARRY, | ) | |
| | ) | |
| WILLIAM L. BAX, | ) | |
| | ) | |
| MICHAEL J. BOBERSCHMIDT, | ) | |

| | |
|---|---|
| W. KEITH BOOTH, | ) |
| | ) |
| DAVID J. BREEN, | ) |
| | ) |
| WILLARD W. BRITTAIN, | ) |
| | ) |
| JAY D. BRODISH, | ) |
| | ) |
| J. FRANK BROWN, | ) |
| | ) |
| THOMAS CHAMBERLAIN, | ) |
| | ) |
| PHILIP J. CLEMENTS, | ) |
| | ) |
| IRA COHEN, | ) |
| | ) |
| MARSHA R. COHEN, | ) |
| | ) |
| MICHAEL S. COLLINS, | ) |
| | ) |
| BRIAN L. CORNELL, | ) |
| | ) |
| JAMES E. DALEY, | ) |
| | ) |
| G. WILLIAM DAUPHINAIS, | ) |
| | ) |
| JONATHAN J. DAVIES, | ) |
| | ) |
| SHERRY T. DAVIS, | ) |
| | ) |
| BARRY L. DE MARTINI, | ) |
| | ) |
| SAMUEL A. DIPIAZZA, | ) |
| | ) |
| ROBERT B. DUBNER, | ) |
| | ) |
| JOHN R. DUNLEAVY, | ) |
| | ) |
| J. CHRISTOPHER EVERETT, | ) |
| | ) |
| IRS D. GOLDFEIN, | ) |
| | ) |
| ROBERT H. HERZ, | ) |
| | ) |
| ROGER C. HINDMAN, | ) |

| | |
|---|---|
| STEPHEN D. HIGGINS, | ) |
| CRAIG M. JACOBSEN, | ) |
| EUGENE S. KATZ, | ) |
| SCOTT W. KAUFMAN, | ) |
| RICHARD P. KEARNS, | ) |
| PETER KELLY, | ) |
| RICHARD R. KILGUST, | ) |
| WENDY L. KORNREICH, | ) |
| JAMES P. KOVACS, | ) |
| FREDERIC L. LAUGHLIN, | ) |
| D. LEON LEONHARDT, | ) |
| KEITH D. LEVINGSTON, | ) |
| DENNIS J. LUBOZYNSKI, | ) |
| RONALD T. MAHEU, | ) |
| PHILIP A. MANNINO, | ) |
| ANTHONY F. MARTIN, | ) |
| JAMES L. MCDONALD, | ) |
| DONALD A. MCGOVERN, JR., | ) |
| JAMES P. MCNALLY | ) |
| NICHOLAS G. MOORE, | ) |
| ROBERT C. MORRIS, JR. | ) |
| DENNIS M. NALLY, | ) |
| DONALD T. NICOLAISEN, | ) |

3

| | |
|---|---|
| ELDON OLSON, | ) |
| | ) |
| SHAUN F. O'MALLEY, | ) |
| | ) |
| MATTHEW O'ROURKE, | ) |
| | ) |
| GARY PELL, | ) |
| | ) |
| LAWRENCE F. PORTNOY, | ) |
| | ) |
| WALTER G. RICCIARDI, | ) |
| | ) |
| LOUISE A. ROOT, | ) |
| | ) |
| ERIC C. RULIFFSON, | ) |
| | ) |
| DENIS J. SALAMONE, | ) |
| | ) |
| ROBERT M. SARSANY, | ) |
| | ) |
| FRANK V. SCALIA, | ) |
| | ) |
| JAMES J. SCHIRO, | ) |
| | ) |
| CHRISTINE G. SNYDER, | ) |
| | ) |
| GARRETT L. STAUFFER, | ) |
| | ) |
| GEORGE G. STRONG, JR., | ) |
| | ) |
| PAUL J. SULLIVAN, | ) |
| | ) |
| ROBERT P. SULLIVAN, | ) |
| | ) |
| ANN M. THORNBURG, | ) |
| | ) |
| RANDELL S. VALLEN, | ) |
| | ) |
| FRANCIS J. VAN KIRK, | ) |
| | ) |
| PEGGY M. VAUGHN, | ) |
| | ) |
| GARY W. VAN WAGNEN, | ) |
| | ) |
| GERALD M. WARD, | ) |
| | ) |

| | |
|---|---|
| ROBERT K. WATERS, | ) |
| | ) |
| BRETT D. YACKER, | ) |
| | ) |
| GEORGE J. YOST III, | ) |
| | ) |
| Defendants. | ) |

To the Clerk of this court and all parties of record:

Please enter the appearance of **Patrick James Attridge** as counsel for the Defendants Donald T. Nicolaisen and Walter G. Ricciardi.


Date:   August 19, 2005                          /S/ Patrick J. Attridge
                                                 Patrick James Attridge    Bar No. #357973
                                                 KING & ATTRIDGE
                                                 The Anderson House
                                                 39 W. Montgomery Ave.
                                                 Rockville, Md. 20850
                                                 (301)-279-0780 (phone)
                                                 (301)-279-2988 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2005, I electronically filed a *Notice of Appearance* with the Clerk using the CM.ECF system which will send notification of such filings to the following:

**Eli Gottesdiener**
Gottesdiener Law Firm
1025 Connecticut Avenue, N.W.
Suite 100
Washington, D.C. 20036
Email: eli@gottesdienerlaw.com

**David Mendelson**
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
Email: dmendelson@kirkland.com

**Douglas G. Smith**
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dsmith@kirkland.com

**Jason W. Callen**
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Email: jcallen@kirkland.com

**Robert J. Kopecky**
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Email: rkopecky@kirkland.com

*/S/ Patrick James Attridge*
Patrick James Attridge