UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TIMOTHY D. LAURENT, On behalf of himself and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-1291 (PLF) |
| vs. | ) ) | Judge Paul L. Friedman |
| PRICEWATERHOUSECOOPERS LLP, | ) ) | |
| PRICEWATERHOUSECOOPERS LLP BOARD OF PARTNERS AND PRINCIPALS, | ) ) ) | |
| THE RETIREMENT BENEFIT ACCUMULATION PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, | ) ) ) ) | |
| THE SAVINGS PLAN FOR EMPLOYEES AND PARTNERS OF PRICEWATERHOUSECOOPERS LLP | ) ) ) ) | |
| THE SAVINGS PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP | ) ) ) | |
| THE ADMINISTRATIVE COMMITTEE TO THE RETIREMENT BENEFIT ACCUMULATION PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP, | ) ) ) ) ) | |
| THE ADMINISTRATIVE COMMITTEE TO THE SAVINGS PLAN FOR EMPLOYEES AND PARTNERS OF PRICEWATERHOUSECOOPERS LLP, | ) ) ) ) ) | |
| THE ADMINISTRATIVE COMMITTEE TO THE SAVINGS PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP | ) ) ) ) | |
| LAWRENCE H. ANDERSON, PricewaterhouseCoopers LLP 300 Madison Avenue New York, New York 10017 | ) ) ) ) ) | |

| | |
|---|---|
| JOHN J. BARRY,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| WILLIAM L. BAX,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| MICHAEL J. BOBERSCHMIDT,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| W. KEITH BOOTH<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>) |
| DAVID J. BREEN,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| WILLARD W. BRITTAIN,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| JAY D. BRODISH,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| J. FRANK BROWN,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| THOMAS CHAMBERLAIN,<br>Deceased | )<br>) |
| PHILIP J. CLEMENTS,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |

|  |  |
|---|---|
| IRA COHEN, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| MARSHA R. COHEN, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| MICHAEL S. COLLINS, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| BRIAN L. CORNELL, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| JAMES E. DALEY, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| G. WILLIAM DAUPHINAIS, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| JONATHAN J. DAVIES, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| SHERRY T. DAVIS, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
|  | ) |
| BARRY L. DE MARTINI, | ) |
| Deceased | ) |
|  | ) |
| SAMUEL A. DIPIAZZA, | ) |
| PricewaterhouseCoopers LLP | ) |

300 Madison Avenue )
New York, New York  10017 )
)
ROBERT B. DUBNER, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
JOHN R. DUNLEAVY, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
J. CHRISTOPHER EVERETT, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
IRIS D. GOLDFEIN, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
ROBERT H. HERZ, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
ROGER C. HINDMAN, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
STEPHEN D. HIGGINS, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
CRAIG M. JACOBSEN, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )
New York, New York  10017 )
)
EUGENE S. KATZ, )
PricewaterhouseCoopers LLP )
300 Madison Avenue )

New York, New York  10017				)
							)
SCOTT W. KAUFMAN,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
RICHARD P. KEARNS,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
PETER KELLY,					)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
RICHARD R. KILGUST,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
WENDY L. KORNREICH,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
JAMES F. KOVACS,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
FREDRIC L. LAUGHLIN,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
D. LEON LEONHARDT,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)
							)
KEITH D. LEVINGSTON,				)
PricewaterhouseCoopers LLP			)
300 Madison Avenue				)
New York, New York  10017			)

| | |
|---|---|
| DENNIS J. LUBOZYNSKI, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| RONALD T. MAHEU, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| PHILIP P. MANNINO, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| ANTHONY F. MARTIN, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| JAMES L. MCDONALD, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| DONALD A. MCGOVERN, JR. | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| JAMES P. MCNALLY, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| NICHOLAS G. MOORE, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| ROBERT C. MORRIS, JR.., | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |

| | |
|---|---|
| DENNIS M. NALLY, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| DONALD T. NICOLAISEN, | ) |
| | ) |
| ELDON OLSON, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| SHAUN F. O'MALLEY, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| MATTHEW O'ROURKE, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| GARY PELL, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| LAWRENCE F. PORTNOY, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| WALTER G. RICCIARDI, | ) |
| | ) |
| LOUISE A. ROOT, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |
| | ) |
| ERIC C. RULIFFSON, | ) |
| Deceased | ) |
| | ) |
| DENIS J. SALAMONE, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York  10017 | ) |

|  |  |
|---|---|
| ROBERT M. SARSANY, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| FRANK V. SCALIA, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| JAMES J. SCHIRO, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| CHRISTINE G. SNYDER, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| GARRETT L. STAUFFER, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| GEORGE G. STRONG JR., | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| PAUL J. SULLIVAN, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| ROBERT P. SULLIVAN, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |
| ANN M. THORNBURG, | ) |
| PricewaterhouseCoopers LLP | ) |
| 300 Madison Avenue | ) |
| New York, New York 10017 | ) |
|  | ) |

8

| | |
|---|---|
| RANDELL S. VALLEN,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| FRANCIS J. VAN KIRK,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| PEGGY M. VAUGHN,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| GARY W. VAN WAGNEN,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| GERALD M. WARD,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| ROBERT K. WATERS,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| BRETT D. YACKER,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |
| GEORGE J. YOST III,<br>PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, New York  10017 | )<br>)<br>)<br>) |

To the Clerk of this court and all parties of record:

Please enter the appearance of **ROBERT J. KOPECKY, DOUGLAS G. SMITH, DAVID E. MENDELSON, and JASON W. CALLEN** as counsel in this case for:

    Lawrence H. Anderson, John J. Barry, William L. Bax, Michael J. Boberschmidt, W. Keith Booth, David J. Breen, Willard W. Brittain, Jay Brodish, J. Frank

9

Brown, Philip J. Clements, Ira Cohen, Marsha R. Cohen, Michael S. Collins, Brian L. Cornell, James J. Daley, G. William Dauphinais, Jonathan J. Davies, Sherry T. Davis, Samuel A. DiPiazza, Robert B. Dubner, John R. Dunleavy, J. Christopher Everett, Iris D. Goldfein, Robert H. Herz, Roger C. Hindman, Stephen D. Higgins, Craig M. Jacobsen, Eugene S. Katz, Scott W. Kaufman, Richard P. Kearns, Peter Kelly, Richard R. Kilgust, Wendy L. Kornreich, James P. Kovacs, Frederic L. Laughlin, D. Leon Leonhardt, Keith D. Levingston, Dennis J. Lubozynski, Ronald T. Maheu, Philip P. Mannino, Anthony F. Martin, James L. McDonald, Donald A. McGovern, James P. McNally, Nicholas G. Moore, Robert C. Morris, Jr., Dennis M. Nally, Eldon Olson, Shaun F. O'Malley, Matthew O'Rourke, Gary Pell, Lawrence F. Portnoy, Louise A. Root, Denis J. Salamone, Robert M. Sarsany, Frank V. Scalia, James J. Schiro, Christine G. Snyder, Garrett L. Stauffer, George G. Strong Jr., Paul J. Sullivan, Robert P. Sullivan, Ann M. Thornburg, Randell S. Vallen, Francis J. Van Kirk, Peggy M. Vaughn, Gary W. Van Wagnen, Gerald M. Ward, Robert K. Waters, Brett D. Yacker, and George J. Yost III.

Date:  August 19, 2005                         /S/ David E. Mendelson
                                               Signature

Bar Identification:  471863                    David E. Mendelson
                                               Kirkland & Ellis LLP
                                               655 Fifteenth Street, N.W.
                                               Washington, D.C.  30005-5793
                                               (202) 879-5000


                                               Robert J. Kopecky
                                               Douglas G. Smith
                                               Jason W. Callen
                                               KIRKLAND & ELLIS LLP
                                               200 East Randolph Drive
                                               Chicago, IL        60601-6636
                                               (312) 861-2000 (phone)
                                               (312) 861-2200 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2005, I electronically filed a *Notice of Appearance* with the Clerk using the CM.ECF system which will send notification of such filings to the following:

Mr. Eli Gottesdiener
Gottesdiener Law Firm
1025 Connecticut Avenue, N.W.
Suite 100
Washington, D.C. 20036
eli@gottesdienerlaw.com

**Attorney for Plaintiffs**

Respectfully submitted,

/S/ David E. Mendelson
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 30005-5793
(202) 879-5000
Email: dmendelson@kirkland.com

ATTORNEY FOR DEFENDANTS,
Lawrence H. Anderson, John J. Barry, William L. Bax, Michael J. Boberschmidt, W. Keith Booth, David J. Breen, Willard W. Brittain, Jay Brodish, J. Frank Brown, Philip J. Clements, Ira Cohen, Marsha R. Cohen, Michael S. Collins, Brian L. Cornell, James J. Daley, G. William Dauphinais, Jonathan J. Davies, Sherry T. Davis, Samuel A. DiPiazza, Robert B. Dubner, John R. Dunleavy, J. Christopher Everett, Iris D. Goldfein, Robert H. Herz, Roger C. Hindman, Stephen D. Higgins, Craig M. Jacobsen, Eugene S. Katz, Scott W. Kaufman, Richard P. Kearns, Peter Kelly, Richard R. Kilgust, Wendy L. Kornreich, James P. Kovacs, Frederic L. Laughlin, D. Leon Leonhardt, Keith D. Levingston, Dennis J. Lubozynski, Ronald T. Maheu, Philip P. Mannino, Anthony F. Martin, James L. McDonald, Donald A. McGovern, James

11

| |
|---|
| P. McNally, Nicholas G. Moore, Robert C. Morris, Jr., Dennis M. Nally, Eldon Olson, Shaun F. O'Malley, Matthew O'Rourke, Gary Pell, Lawrence F. Portnoy, Louise A. Root, Denis J. Salamone, Robert M. Sarsany, Frank V. Scalia, James J. Schiro, Christine G. Snyder, Garrett L. Stauffer, George G. Strong Jr., Paul J. Sullivan, Robert P. Sullivan, Ann M. Thornburg, Randell S. Vallen, Francis J. Van Kirk, Peggy M. Vaughn, Gary W. Van Wagnen, Gerald M. Ward, Robert K. Waters, Brett D. Yacker, and George J. Yost III. |