IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT<br><br>    On behalf of himself and all<br>    others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br><br>                      Defendants. | Civil Action No. 05-1291 (PLF) |

**JOINT MOTION FOR ENLARGEMENTS OF TIME
WITH RESPECT TO BRIEFING
ON PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION**

      Plaintiff Timothy D. Laurent and Defendants PricewaterhouseCoopers LLP ("PwC"), PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, and the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers

LLP, and the individual defendants listed below[1] and named in paragraphs 26, 30 and/or 36 of the First Amended Class Action Complaint ("Defendants"),[2] through undersigned counsel, respectfully move the Court jointly for enlargements of time with respect to briefing on Plaintiff's motion for partial summary judgment.

In support of this motion the parties state:

1. Plaintiff filed and hand-served a motion for partial summary judgment on August 11, 2005.

2. Under the Local Rules, Defendants' opposition is due within 11 days of service and Plaintiff's Defendants' reply brief is due within 5 days of service of the opposition. Local Civil Rule 7(b), (d).

3. The parties wish to briefly enlarge those time periods to enable them to better prepare their submissions to the Court.

4. Defendants are requesting until September 16, 2005 to file their opposition. Plaintiff is requesting until October 7, 2005 to file his reply.

5. The parties mutually consent to the requested extensions and hence submit this proposal jointly.

---

[1] Lawrence H. Anderson, John J. Barry, William L. Bax, Michael J. Boberschmidt, W. Keith Booth, David J. Breen, Willard W. Brittain, Jay Brodish, J. Frank Brown, Philip J. Clements, Ira Cohen, Marsha R. Cohen, Michael S. Collins, Brian L. Cornell, James E. Daley, G. William Dauphinais, Jonathan J. Davies, Sherry T. Davis, Samuel A. DiPiazza, Robert B. Dubner, John R. Dunleavy, J. Christopher Everett, Iris D. Goldfein, Robert H. Herz, Roger C. Hindman, Stephen D. Higgins, Craig M. Jacobsen, Eugene S. Katz, Scott W. Kaufman, Richard P. Kearns, Peter Kelly, Richard R. Kilgust, Wendy L. Kornreich, James P. Kovacs, Frederic L. Laughlin, D. Leon Leonhardt, Keith D. Levingston, Dennis J. Lubozynski, Ronald T. Maheu, Philip P. Mannino, Anthony F. Martin, James L. McDonald, Donald A. McGovern, James P. McNally, Nicholas G. Moore, Robert C. Morris, Jr., Dennis M. Nally, Donald T. Nicolaisen, Eldon Olson, Shaun F. O'Malley, Matthew O'Rourke, Gary Pell, Lawrence F. Portnoy, Walter G. Ricciardi, Louise A. Root, Denis J. Salamone, Robert M. Sarsany, Frank V. Scalia, James J. Schiro, Christine G. Snyder, Garrett L. Stauffer, George G. Strong Jr., Paul J. Sullivan, Robert P. Sullivan, Ann M. Thornburg, Randell S. Vallen, Francis J. Van Kirk, Peggy M. Vaughn, Gary W. Van Wagnen, Gerald M. Ward, Robert K. Waters, Brett D. Yacker, and George J. Yost III.

[2] Individual defendants Thomas Chamberlain, Barry L. De Martini, and Eric C. Ruliffson are deceased and do not join in this motion. Plaintiff will likely dismiss as to them at a later time.

2

**CONCLUSION**

Wherefore, for the reasons set forth herein and such other reasons as may appear to the Court, the parties respectfully requests that the instant motion be granted. A proposed Order is attached.

August 19, 2005                                Respectfully submitted,


_____s/ Eli Gottesdiener\_\_\_
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Phone:        (202) 243-1000
Fax:          (202) 243-1001

Attorney for Plaintiff and the proposed Class


_____s/David E. Mendelson\_\_
David E. Mendelson

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000 (phone)
(202) 879-5200 (fax)
dmendelson@kirkland.com

Attorney for Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of

3

PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP, Lawrence H. Anderson, John J. Barry, William L. Bax, Michael J. Boberschmidt, W. Keith Booth, David J. Breen, Willard W. Brittain, Jay Brodish, J. Frank Brown, Philip J. Clements, Ira Cohen, Marsha R. Cohen, Michael S. Collins, Brian L. Cornell, James E. Daley, G. William Dauphinais, Jonathan J. Davies, Sherry T. Davis, Samuel A. DiPiazza, Robert B. Dubner, John R. Dunleavy, J. Christopher Everett, Iris D. Goldfein, Robert H. Herz, Roger C. Hindman, Stephen D. Higgins, Craig M. Jacobsen, Eugene S. Katz, Scott W. Kaufman, Richard P. Kearns, Peter Kelly, Richard R. Kilgust, Wendy L. Kornreich, James P. Kovacs, Frederic L. Laughlin, D. Leon Leonhardt, Keith D. Levingston, Dennis J. Lubozynski, Ronald T. Maheu, Philip P. Mannino, Anthony F. Martin, James L. McDonald, Donald A. McGovern, James P. McNally, Nicholas G. Moore, Robert C. Morris, Jr., Dennis M. Nally, Eldon Olson, Shaun F. O'Malley, Matthew O'Rourke, Gary Pell, Lawrence F. Portnoy, Louise A. Root, Denis J. Salamone, Robert M. Sarsany, Frank V. Scalia, James J. Schiro, Christine G. Snyder, Garrett L. Stauffer, George G. Strong Jr., Paul J. Sullivan, Robert P. Sullivan, Ann M. Thornburg, Randell S. Vallen, Francis J. Van Kirk, Peggy M. Vaughn, Gary W. Van Wagnen, Gerald M. Ward, Robert K. Waters, Brett D. Yacker, and George J. Yost III.

_____s/Patrick J. Attridge__
Patrick J. Attridge
**KING & ATTRIDGE**
39 W. Montgomery Ave
Rockville, Md. 20850
(301)-279-0780 (phone)
(301)-279-2988 (fax)

4

Attorney for Defendants Donald T. Nicolaisen and Walter G. Ricciard*i*

5