Civil Action No. 05-1291 (PLF)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY D. LAURENT, )
On behalf of himself and on behalf of all )
others similarly situated, )
 )
      Plaintiff, ) Civil Action No. 05-1291 (PLF)
 )
vs. )
 ) Judge Paul L. Friedman
PRICEWATERHOUSECOOPERS LLP, et al, )
 )
      Defendants )
 )
_____)

### DECLARATION OF LAUREN O. CASAZZA

Lauren O. Casazza hereby states as true subject to penalty of perjury:

1.  I am a member in good standing of the New York Bar, and have been admitted to practice in the State of New York, the State of Illinois, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Southern District of New York.

2.  My office address and phone number are as follows:

    > Kirkland & Ellis LLP
    > Citigroup Center
    > 153 East 53rd Street
    > New York, New York 10022-4611
    > Phone: (212) 446-1400
    > Fax: (212) 446-4900

3.  I have never been disciplined by any bar.

4.  I have not been admitted *pro hac vice* in this Court within the last two years.

5.  I do not engage in the practice of law from an office located in the District of Columbia.

Civil Action No. 05-1291 (PLF)

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2005.

*Lauren Casazza*
Lauren O. Casazza