**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TIMOTHY D. LAURENT,<br>On behalf of himself and on behalf of<br>all others similarly situated, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) | Civil Action No. 05-1291 (PLF) |
| | ) | |
| vs. | ) | Judge Paul L. Friedman |
| | ) | |
| PRICEWATERHOUSECOOPERS LLP, et al., | ) | |
| | ) | |
| Defendants. | ) <br> ) <br> ) | |

**PROPOSED ORDER**

The above matter coming before the Court on the Motion of the Individual Defendants to

Dismiss the First Amended Complaint.

IT IS THEREFORE ORDERED THAT:

The Individual Defendants' Motion to Dismiss the First Amended Complaint is hereby

GRANTED; and

Plaintiff's First Amended Complaint is DISMISSED with prejudice.


IT IS SO ORDERED.

DATED THIS _____ DAY OF _____, 2005


_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE