IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT** | : |
| On behalf of himself and all others similarly situated, | : |
| Plaintiff, | : Civil Action No. 05-1291 (PLF) |
| v. | : |
| **PRICEWATERHOUSECOOPERS LLP**, *et al.*, | : |
| Defendants. | : |

## ERRATA

Attached hereto is a corrected copy of page 3 to Doc. 20, Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the First Amended Class Action Complaint, filed August 29, 2005.

Respectfully submitted,

 /s/Eli Gottesdiener
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Phone: (202) 243-1000
Fax:    (202) 243-1001

September 13, 2005                    Attorney for the Plaintiff and the proposed Class