discrimination that interferes with participants' attainment of benefits (Count Six), and the

explicit terms of the Plans that specifically incorporate Code standards (Count Seven).

**Under the RBAP**, the disparities are so great that a partner with an annual draw of

$200,000-$300,000 can receive a pay credit of $50,000 or more in a single year, *see* RBAP

§§ 7.3-7.4, while a rank-and-file employee earning $60,000 typically receives a credit of $3,000

each year. RBAP § 2.15.[5]  This clearly disproportionate crediting formula – up to 25% of pay or

more for partners and 5% of pay for employees – is, however, concealed from both participants

and the IRS through definitional and other drafting innovations, Compl. ¶ 62 – as well as by the

fact, as noted *infra* n. 2, that PwC, a closely-held partnership, need disclose virtually nothing to

the public or regulators about its internal operations or finances.

**Under the 401(k) Plans,** there are also two separate and very unequal benefit formulas,

one for partners and a much more mundane formula for the rank-and-file, also carefully

concealed from regulators and participants.  Partners, who are permitted to contribute up to the

maximum allowed by law, are rewarded with a 200% Firm matching contribution <u>every year</u> they

participate.  Compl. ¶ 41.  Rank-and-file employees get the same deal only in the first *month* they

participate – after that, the match drops to 25%.  *Id.*  To make *that* "work" under the Code and the

related provisions of the Plans, PwC resorted to plain class discrimination.  It created two

identical 401(k) plans:  a real one (the "primary 401(k) Plan") for almost everyone in the Firm

and then a kind of off-shore or off-balance sheet plan (the "segregated 401(k) Plan") where the

Firm parks its lowest paid, lowest contributing employees.  This makes the contributions made by

and on behalf of the partners under the primary 401(k) Plan *look* less discriminatory when

---

[5] For convenience, the parties use the identical acronym shorthand "RBAP" to refer both to the employee benefit plan known as The Retirement Benefit Accumulation Plan of PricewaterhouseCoopers LLP, and the RBAP written plan instrument attached to PwC's motion to dismiss (Ex. C).  They are not, as explained below, one and the same thing.