IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT,** *et al.* : | |
| : | |
| On behalf of himself and on : | |
| behalf of all others similarly situated, : | |
| : | |
| Plaintiff, : | Civil Action No. 05-1291 (PLF) |
| v. : | |
| : | |
| **PRICEWATERHOUSECOOPERS LLP,** *et al.* : | |
| : | |
| : | |
| Defendants. : | |
| : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AGAINST DECEASED INDIVIDUAL DEFENDANTS**

Plaintiff Timothy D. Laurent, through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice against the following four deceased Individual Defendants: Robert K. Waters, Thomas Chamberlain, Barry L. De Martini and Eric C. Ruliffson.

Dated: September 19, 2005

                                                      /s/ Eli Gottesdiener
                                               Eli Gottesdiener

                                               **GOTTESDIENER LAW FIRM, PLLC**
                                               1025 Connecticut Avenue, N.W., Suite 1000
                                               Washington, D.C.  20036
                                               Phone: (202) 243-1000
                                               Fax:    (202) 243-1001

                                               Attorney for Plaintiff and the proposed Class