IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT** <br><br> On behalf of himself and all others similarly situated, <br><br>       Plaintiff, <br> **v.** <br><br> **PRICEWATERHOUSECOOPERS LLP,** *et al.*, <br><br>       Defendants. | Civil Action No. 05-1291 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR A ONE DAY ENLARGEMENT OF TIME
WITHIN WHICH TO FILE HIS REPLY MEMORANDUM
IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

  Plaintiff Timothy D. Laurent, through undersigned counsel, respectfully moves the Court for a one day enlargement of time within which to file his reply memorandum in support of his motion for partial summary judgment.

  In support of this motion Plaintiff states:

  1. Plaintiff's reply memorandum in support of his motion for partial summary judgment is currently due on or before Friday, October 7, 2005.

  2. Plaintiff seeks one additional day within the meaning of the Federal and Local Rules within which to file his reply brief. If granted, due to the intervening weekend and Columbus Day, the brief would be filed on Tuesday, October 11, 2005.

  3. The request for this additional time is the first request for an enlargement of time Plaintiff has made outside of any such requests made jointly with Defendants seeking their own enlargements of time. It is sought to provide undersigned counsel with desired additional time

to complete his submission and attend to other matters, with equally if not more imminent deadlines.

    4.    Defendants represent that they do not oppose this request.

## CONCLUSION

Wherefore, for the reasons set forth herein and such other reasons as may appear to the Court, Plaintiff respectfully requests that the instant motion be granted. A proposed Order is attached.

October 5, 2005                          Respectfully submitted,


                                                                    s/ Eli Gottesdiener
                                          Eli Gottesdiener

                                          **GOTTESDIENER LAW FIRM, PLLC**
                                          1025 Connecticut Avenue, N.W.
                                          Suite 1000
                                          Washington, D.C. 20036
                                          Phone:    (202) 243-1000
                                          Fax:      (202) 243-1001

                                          Attorney for Plaintiff and the proposed Class