# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TIMOTHY D. LAURENT** | **:** | |
| | **:** | |
| **On behalf of himself and all** | **:** | |
| **others similarly situated,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.  05-1291 (PLF)** |
| **v.** | **:** | |
| | **:** | |
| **PRICEWATERHOUSECOOPERS LLP,** *et al.,* | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

### [Proposed] O R D E R

Upon consideration of Plaintiff's motion for a one day enlargement of time within which to file his reply in support of his motion for partial summary judgment and the entire record herein, it is hereby ORDERED

That the requested enlargement is hereby GRANTED and that Plaintiff shall file his reply brief on or before Tuesday, October 11, 2005.

**IT IS SO ORDERED.**

DATED  this _____ day of October, 2005.

_____
Paul L. Friedman
United States District Court Judge