RBAP SPD

## TABLE OF CONTENTS

RETIREMENT BENEFIT ACCUMULATION PLAN (RBAP)
FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP .............................................3
Summary Plan Description.................................................................................................3
Participation ......................................................................................................................3
Who Is Eligible .................................................................................................................3
Enrolling In The Plan ........................................................................................................3
Cost Of The Plan...............................................................................................................4
When Participation Begins ................................................................................................4
How The Plan Works .........................................................................................................4
IRS Limits On Compensation............................................................................................4
Investment Elections .........................................................................................................5
Information About Your Account .......................................................................................6
Changing Your Plan Elections ...........................................................................................6
Transferring Or Reallocating The Value Of Account Credits .............................................6
Benefits For Legacy C&L Employees Who Were Covered Under
  The C&L Retirement Plan ...............................................................................................7
Minimum Benefit for Legacy C&L Participants..................................................................9
Changing Your Beneficiary Designation ...........................................................................9
Vesting .............................................................................................................................9
Loans And Rollover.........................................................................................................11
When Benefits Are Payable .............................................................................................11
Plan Payment Methods Upon Termination Of Employment
  Or Retirement..............................................................................................................11
Mandatory Lump Sum Payment ......................................................................................12
Normal Payment Method For Single Participants ............................................................12
Normal Payment Method For Married Participants ..........................................................12
Optional Payment Methods.............................................................................................13
Direct Rollovers...............................................................................................................14
Plan Payments At Death..................................................................................................16
Information About Forfeitures..........................................................................................17
When Forfeitures Occur...................................................................................................17
Disposition Of Forfeitures...............................................................................................17
Pension Benefit Guaranty Corporation ...........................................................................18
Assignment Or Alienation Of Benefits.............................................................................19
Important Information ......................................................................................................19
ADMINISTRATIVE INFORMATION.................................................................................20
Introduction ....................................................................................................................20
Plan Name.......................................................................................................................20
Plan Type ........................................................................................................................20
Employer Identification Number ......................................................................................20
Plan Number ...................................................................................................................20
Plan Year.........................................................................................................................20
Source Of Funds .............................................................................................................20
Trustees, Funding And Payment Of Plan Benefits ..........................................................20
Plan Administrator...........................................................................................................21
Plan Documents..............................................................................................................21
Forms And Procedures To Obtain Benefits .....................................................................21
Claim Appeals .................................................................................................................21
Legal Process ..................................................................................................................22
Plan Termination Provisions ...........................................................................................22
Your Rights Under ERISA.................................................................................................22
Special Tax Notice Regarding Plan Payments From The Retirement Benefit
  Accumulation Plan For Employees of PricewaterhouseCoopers LLP.............................25
Summary.........................................................................................................................26
More Information .............................................................................................................27

J 00585

Part I: Payments That Can And Cannot Be Rolled Over ......................................................................27
PART II: Direct Rollover ..............................................................................................................28
PART III: Payment Paid To You ....................................................................................................29
Income Tax Withholding:  Mandatory Withholding .............................................................................29
Voluntary Withholding ................................................................................................................29
Sixty-Day Rollover Option ...........................................................................................................30
Ten-Year Averaging ...................................................................................................................31
PART IV: Surviving Spouses, Alternate Payees, And Other Beneficiaries ...............................................32
How To Obtain Additional Information .............................................................................................33

J 00586

# RETIREMENT BENEFIT ACCUMULATION PLAN (RBAP)
# FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP

**Summary Plan Description July 1, 2004**

The Retirement Benefit Accumulation Plan (RBAP) for Employees of PricewaterhouseCoopers LLP makes an important contribution toward your retirement income. It offers you the choice when you retire, or leave the firm before retirement, to have your benefit distributed in regular monthly payments for life or to take your benefit with you in a lump sum. The plan described in this Summary Plan Description ("SPD") applies to benefits earned from July 1, 1999, except where otherwise stated.

**Participation Who is Eligible**

Staff members automatically participate in the plan on the first day of the calendar month coinciding with or following the date you are employed.

If you were employed by the legacy firm Price Waterhouse LLP (PW) between July 1, 1994 and June 30, 1998, your participation began on the first day of the calendar month coinciding with or following your date of hire. If you were employed by the legacy firm Coopers & Lybrand LLP (C&L) on June 30, 1998 and had not already met the participation requirements of the C&L Retirement Plan, you automatically became a participant in the C&L Retirement Plan on July 1, 1998. The C&L Retirement Plan was merged with RBAP on July 1, 1999, and on that date you became a participant in the RBAP.

Student interns and temporary office staff are not eligible to participate. While partners participate in the plan, due to the nature of the partner compensation and benefits structure, certain provisions of the plan described in this SPD (primarily those relating to payroll-period credits to an "account" in your name) do not apply to them. Information on those matters is covered in separate annual memoranda to partners.

**Enrolling in the Plan**

Your participation is automatic. There is no enrollment form to fill out. However, you will need to visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)* to:

- make your investment elections from the plan's fund choices; and

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00587

- request a form to name your beneficiary to receive the value of your plan account in the event of your death. However, if you are married and wish to designate—or later change your beneficiary designation to—someone other than your spouse, you will need your spouse's consent, witnessed by a notary public. Refer to the beneficiary designation section for details.

For information about your RBAP elections, please visit Benefits Express Online or call Benefits Express.

*If you are contacting Benefits Express from an international location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Cost of the Plan**

The firm pays the full cost—100% of your benefit under the plan. You make no contributions to the plan.

**When Participation Begins**

Your participation begins on the first day of the calendar month coincident with or following your date of hire. Credits to your RBAP account begin for the first payroll date on which you are a participant.

**How the Plan Works**

For each pay period, the firm credits an "account" in your name with an amount equal to 5% of your compensation for that pay period. Managing directors are credited with 8%. If you were a director or Managing director on October 31, 2004, you are credited with 7%. Compensation means your annual base salary, overtime, bonuses, severance and accrued vacation pay, but does not include such items as expense reimbursements, relocation allowances, sign-on and referral bonuses, and other fringe benefits. Staff members' contributions to the PwC 401(k) Savings Plan, health care, dependent care and transportation expense accounts, and pretax medical and dental plan premiums are included as part of compensation.

**IRS Limits on Compensation**

Pursuant to restrictions under the Internal Revenue Code, your maximum compensation that may be considered for each plan year when determining credits to your account is $205,000 (adjusted for inflation in future years).

**Investment Elections**

Your plan benefits—the firm's credits to your account—are adjusted upward or downward for investment experience based on your elections among the plan's investment funds. There are currently 16 professionally managed investment funds in diverse asset classes among which you can divide your account credits. You direct your account balance to the investments of your choice in increments of 1%.

If you are a legacy C&L staff member, the credits to your cash balance account under the C&L Retirement Plan between July 1, 1998 and June 30, 1999 must be invested in the investment option called the Frozen Fund. You can not transfer those credits and earnings thereon out of this fund. You may, however, make investment elections for credits to your RBAP account after June 30, 1999.

From time to time, any or all of the investment funds may be replaced with other funds that meet the plan's criteria or additional funds may be added.

The plan's investment funds offer different opportunities and levels of risk. You should make your choices carefully on the basis of your own financial goals.

Before directing the investment of your account to any of the investment funds, you should read the Morningstar Page and fund prospectus (if applicable) for that fund, which is available through Benefits Express Online at https://www2.benefitsweb.com/pwc.html or by calling Benefits Express at (877) PwC-BenX (792-2369)*. You may also request fund information directly from the investment company.

You may direct your account balance to as many or as few of the 16 available investment funds as you wish. Your elections must each be in a whole percentage. If you fail to direct of your account, it will be invested in the plan's money market fund option.

You may make your investment elections when you become a participant. You may change your investment allocations through Benefits Express Online at https://www2.benefitsweb.com/pwc.html or by calling Benefits Express at (877) PwC-BenX (792-2369)*. PwC attempts to make Benefits Express available to you 24 hours each day. Occasionally it may not be available, or for other reasons it may not be possible to execute your

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00589

investment choices or other directions. PwC and its representatives are not responsible for investment choices or other directions that cannot be given or executed on those occasions.

Your account is valued daily. Any interest, dividends, and investment earnings are automatically reinvested in the fund(s) from which they are derived.

*If you are contacting Benefits Express from an international location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Information About Your Account**

Information about your account is provided in two ways:

- The firm provides a semi-annual statement, sent to your mailing address on file, showing the value of your account.

- Your current account balance and other information is available on a daily basis by visiting Benefits Express Online at https://www2.benefitsweb.com/pwc.html or by calling Benefits Express at (877) PwC-BenX (792-2369)*.

*If you are contacting Benefits Express from an international location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Changing Your Plan Elections**

You may elect to *change the investment direction among the plan's investment funds for future credits* to your account on any business day to take effect with your next pay period. Election changes can be made in any whole percentage.

*Transferring or Reallocating the Value of Account Credits*

You may elect to *transfer or reallocate the value of your existing account credits* between the investment funds by visiting Benefits Express Online or by calling Benefits Express.

Transfers from one fund to another can be made in dollars or in any whole percentage of your account balance. Reallocations can be made in any whole percentage. You have two fund reallocation options: a daily reallocation or an automatic quarterly reallocation. If you choose a daily fund reallocation, you can elect to reallocate existing balances in 1% increments. If you elect an automatic quarterly reallocation, it will be processed as of the last business day of each calendar quarter. Quarterly reallocation elections can be made

anytime, however, your account will be reallocated automatically each quarter, based on your existing election until you change or cancel it.

You can direct all or a portion of your account balance among the various investment funds on any business day. Transfer and reallocation requests made on any business day by the earlier of 4 p.m. Eastern time or the stock market closing will be processed based upon that day's closing prices. Any requests made over a weekend, or on a day that the stock market or Benefits Express is closed, will take effect at the close of the stock market on its next open day.

**Benefits for Legacy C&L Employees Who Were Covered Under the C&L Retirement Plan**

The legacy C&L Retirement Plan (a career average plan) was modified to incorporate a cash balance feature on July 1, 1998 and was merged with the RBAP on July 1, 1999. Beginning July 1, 1998, legacy C&L employees began receiving credits—equal to 5% of compensation—to cash balance accounts each pay period. Beginning July 1, 1999, directors were credited with 7%.

*Your Total Benefit*—If you were employed by PwC on July 1, 1998 and were earning benefits in the C&L Retirement Plan on that date (a "C&L Participant"), when you terminate from the firm, you will receive the greater of (A) or (B):

A)   a benefit determined only under the career average formula described below, based on all your service through your termination date, or

B)   a benefit equal to the sum of your career average benefit determined at June 30, 1998 plus the value of your RBAP account accumulated since June 30, 1998.

For C&L Participants who were active with PwC on July 1, 1998, June 30, 1999 and November 1, 1999 and accruing benefits on those dates, career average benefits are determined as follows:

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00591



- *Credited Service* means service while a participant in the plan other than periods when you were ineligible to participate or were on a leave of absence of more than one year. You are granted one full month of service for each month you are employed at least one day. If you become disabled, you continue to accrue credited service while you are receiving long-term disability payments from the firm's long-term disability plan.

- *Plan Earnings* means total compensation, including annual base salary, bonus pay, overtime pay, severance and other indirect compensation for the calendar year that ends within the plan year. Plan earnings do not include such items as taxable fringe benefits, moving allowances, tax-equalization payments, long-term disability benefits or job referral bonuses. Prior to October 1, 1994, plan earnings is the basic annual rate of pay as of each October 1.

- *Prior Service Plan Earnings* means the average of Plan Earnings for the three consecutive calendar years ending prior to July 1, 1999 during which at any time you were a participant.  For this purpose only, Plan Earnings for a calendar year shall be the greater of (1) your total compensation including annual base salary, bonus pay, overtime pay or other indirect compensation for that calendar year excluding such items as taxable fringe benefits, moving allowances, tax equalization payments, long-term disability benefits or job referral bonuses, or (2) your most recent pay rate as of the October 1 immediately preceding such calendar year.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00592

**Minimum Benefit for Legacy C&L Participants**

The Plan provides a minimum annual benefit of $72 x years of Credited Service to participants who were Members of the Coopers & Lybrand Retirement Plan on July 1, 1998.

Moreover, if you terminate employment on or after age 53 with 25 years of Vesting Service, your annual benefit will not be less than 70% of the first $25,000 of your Plan Earnings at the time of your termination minus your estimated Social Security benefit. If you leave the Firm after age 53 with at least 5, but less than 25 years of Vesting Service, the 70% will be prorated based on your years of Vesting Service. This minimum benefit is available only to legacy C&L employees who terminated after September 30, 1986.

**Changing Your Beneficiary Designation**

You can *change your beneficiary designation* at any time by completing the appropriate form and submitting it to Benefits Express. If you are married, you will need your spouse's written and notarized consent if you wish to designate a beneficiary other than your spouse. If you do not select a beneficiary, the plan rules for distribution of your account in the event of your death are as follows:

- first, your spouse, if living;

- second, your natural or adopted children, if living; and

- third, your estate.

If payable to more than one person in a class, all persons in the class shall share equally.

**Vesting**

Vesting refers to your right to receive benefits from the plan.

Your vested right to the value of your account is based on your years of service. For vesting purposes, a year of service is defined as any computation period (October 1 – September 30) during which you are credited with at least 1,000 hours of service and are at least age 17. You will vest in the value of your account after you are credited with five years of service.  An hour of service means each hour for which you are paid or entitled to payment for time worked, as well as paid absences for vacations, holidays, illness, disability, jury duty or certain other approved absences, including certain periods of unpaid leave. If you are not vested in your account and you incur a break in service (a vesting computation

J 00593

period in which you have fewer than 501 hours of service), your years of vesting service will not count if you are rehired if the number of consecutive one-year breaks in service equals or exceeds five or the number of your pre-break years of vesting service, whichever is greater.

You are also automatically vested if you are employed by the firm when you reach age 65. Your plan benefits are also vested if you die while employed by the firm.

Employment since July 1, 1998 with any PwC office worldwide is credited for vesting. Please notify Benefits Express if you are joining the plan with prior employment with PricewaterhouseCoopers (including outside the United States), or commencing employment outside the United States, to ensure that your service is credited. Additionally, service with legacy PW and legacy C&L is also credited for vesting purposes through June 30, 1998. Please notify Benefits Express if you are joining the plan with prior employment with any of those legacy firms. As described above, under RBAP you earn one year of service for each vesting computation period (October 1 – September 30) during which you are credited with at least 1,000 hours of service. That method of crediting hours of service was used by legacy PW, and is used by PricewaterhouseCoopers. However, legacy C&L had credited service according to months of employment aggregating to a year, with any work during a month resulting in credit for the entire month (e.g., an individual who was hired on August 15, 1994 and terminated on July 1, 1995 earned one year). The two methods were harmonized on April 1, 1999, with a transition rule for the computation period from October 1, 1998 – September 30, 1999. The whole years of service, as of April 1, 1999, of a legacy C&L employee were added to his or her hours of service during the computation period from October 1, 1998 – September 30, 1999. For that computation period, 95 hours of service were credited for each semi-monthly period. For example, if a legacy C&L employee was hired on August 15, 1994, he or she would have five years of vesting service on April 1, 1999, as follows. At April 1, 1999, the employee would have had four whole years of service (August 15, 1994 – July 31, 1998). In lieu of the fractional year (9 months from August 1998 – April 1, 1999), he or she would have been credited with one additional year of service (95 hours of service for each semi-monthly period from October 1, 1998 – April 1, 1999, or 95 hours x 13 semi-monthly periods = 1,235 hours).

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00594

The firm has also credited employment prior to July 1, 1998 with either legacy C&L or legacy PW for vesting in benefits earned prior to that date under a legacy retirement plan. Thus, if you were credited with one year of service with legacy PW during 1996, and went to work for legacy C&L during 1997, the service with legacy PW would be credited for vesting in benefits earned with C&L prior to July 1, 1998.

**Loans and Rollovers**

You are not permitted to borrow from your account. The plan also does not accept participant contributions or rollovers of any kind. However, you may be able to borrow from your account in the PwC 401(k) Savings Plan. You also may be able to roll over amounts from a former employer's retirement plan into the PwC 401(k) Savings Plan. For more information about the PwC 401(k) Savings Plan, visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC BenX (792-2369)*.

*If you are contacting Benefits Express from an international location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**When Benefits Are Payable**

Benefits are payable upon termination of employment if you are vested. A transfer of employment from one PricewaterhouseCoopers office worldwide to another PricewaterhouseCoopers office worldwide is not a termination of employment for which benefits are payable. Additionally, prior to or after termination of employment, "non-highly compensated" client-service staff members who are vested may receive all or any portion of amounts credited to their accounts in any of the Plan payment methods. This option is not available to staff members who previously earned benefits under the C&L Retirement Plan.

**Plan Payment Methods Upon Termination of Employment or Retirement**

One of the advantages of the plan is its flexibility in offering various methods of benefit payment. The value of your account will be determined on the last business day of the month in which you request a distribution from the plan, if your request is received by the 20th day of that month by Benefits Express. However, if you request a distribution during the month that you terminate employment, your account will be valued on the last business day of the next month. If on the day of valuation, shares are not traded on national stock exchanges, your benefit will be determined on the preceding day on which shares are traded. Your distribution will be made as soon thereafter as

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00595

practicable. Certain participants in the Plan are assured that the value of their accounts for purposes of a benefit payment will not be less than $7,000 (plus interest at the rate for 30-year Treasury Bonds), provided that they are vested and subject to certain other restrictions. If you are such a participant and the value of your account would be less than $7,000 (plus interest), your account value will be increased to $7,000 (plus interest), and you'll be so notified.

You may choose the method of benefit payment that best suits your needs. Payment methods under the plan are listed in the sections that follow.

**Mandatory Lump Sum Payment**

Regardless of the payment methods described below, if the value of your account does not exceed $5,000, a lump sum payment will be made to you. Your account will be valued on the last business day of the second month following the month during which your termination of employment occurs. Your distribution will be made as soon thereafter as practicable.

**Normal Payment Method for Single Participants**

The plan's normal form of payment for a single participant is a single life annuity that is the actuarial equivalent of your account balance, or if you are a C&L Participant, your accrued benefit. If you are single at the time your benefits are to begin under this payment method, your benefit will be paid to you in equal monthly installments for your life. The last payment will be for the month in which your death occurs.

**Normal Payment Method for Married Participants**

If you are married at the time your plan benefits are to begin, the normal form of payment is a 50% joint and survivor annuity that is the actuarial equivalent of your account balance, of if you are a C&L Participant, your accrued benefit. Under this form of payment, your monthly benefit is reduced from what you would have received under a single life annuity because after your death, 50% of the benefit that you received continues to be paid to your surviving spouse—for the rest of his or her life. Benefit payments are continued to your surviving spouse only if you were married to that spouse at the time retirement payments began. The reduction from a single life annuity is based on the ages of you and your spouse and reflects the fact that benefits are payable during both your lifetimes. If your spouse should die after plan benefit payments have begun, reduced income will continue to be paid for your lifetime. If you remarry after the date benefits begin, your new spouse will not be eligible to receive a survivor annuity.

**Optional Payment Methods**

Regardless of whether you are single or married at the time plan payments are scheduled to begin, you can choose one of the following optional payment methods by filing the appropriate forms with Benefits Express within the 90-day period before plan benefits begin. If you are single, you must waive a life annuity in writing. If you are married, both you and your spouse must waive a joint and survivor annuity in writing. Your spouse's signature must be notarized. Elections may be revoked or changed at any time before benefits begin. Once benefits have begun, you cannot choose a different form of benefit payment and any election you have made may not be revoked or changed.

- *Single Life Annuity*—This payment method is the same as the normal form of payment for single participants—i.e., your retirement benefit will be paid in monthly installments throughout your lifetime but no benefits are paid to your spouse after your death.

- *Lump Sum Payment*—Under this payment option, you may receive a lump sum cash payment. The amount of the lump sum payment is equal to your account balance. If you are a legacy C&L Participant and you elect a lump sum payment, the portion of the lump sum that is based on the C&L career average formula will be equal to the actuarially computed present value of the career average benefit payable at age 65 as a single life annuity. Present value for this purpose, shall be calculated using the mortality rates specified in the plan and an interest rate based on the annual rate for 30-year Treasury securities in effect for the month of February preceding the plan year in which a distribution occurs.  If the value of your benefit is more than $5,000 and you are less than age 70½, you can elect to defer distribution. If the value of your benefit is $5,000 or less or if you are age 70½, no deferral election is permitted.

**Direct Rollovers**

If you elect a lump sum distribution (with your spouse's consent, if applicable), you may instruct Benefits Express to make your plan distribution payable directly to another eligible retirement plan. Payment may be made to another employer's retirement plan or an Individual Retirement Account (IRA). Please see the *Special Tax Notice Regarding Plan Payments* at the end of this Summary Plan Description for more information regarding the tax consequences of your benefit distribution.

*For C&L Participants*, in addition to the payment options described above, the following payment options that were available under the C&L Retirement Plan will continue to be available if you were covered by that plan.

*100%, 75%, 70%, 66 2/3% and 50% Joint & Survivor Annuity*—This form of payment provides you with a monthly benefit for your life and after your death, your designated beneficiary receives the applicable percentage of your benefit for the rest of his or her life. Your monthly benefit is reduced from what you would have received under a single life annuity. Your beneficiary need not be your spouse. If your beneficiary should die after your payments have started, your monthly payment will not increase.

*Five, Ten or Fifteen Year Period Certain and Life Annuity*—This form of payment provides you with a monthly benefit for your life and guarantees plan payments for a certain period of time. If you die before receiving 60, 120, or 180 monthly payments, your designated beneficiary will receive the remaining payments for that period. Your monthly benefit is reduced from what you would have received under a single life annuity. Your beneficiary need not be your spouse. You can select the 180 payments only if such period does not exceed your life expectancy at the time payments begin.

*Level Income Annuity*—If you terminate employment on or after age 53 and elect to have your plan payments begin before age 62, you can choose the level income annuity option. Under this payment method, your monthly payments are increased before your Social Security benefits begin upon age 62 and decreased (or possibly reduced to zero) after that. Your combined retirement income from the plan and Social Security benefits remain nearly level throughout your retirement.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00598

*Special Rules for C&L Participants and Early Retirement*— If you terminate employment prior to attaining age 53 and elect to commence an annuity option on or after age 53 but prior to age 65, the portion of your annuity payable at age 65 based on the C&L career average formula will be reduced in accordance with column A of the table below. Column B does not apply if you terminate prior to age 53.

If you elect to commence an annuity option prior to age 53, the portion of your annuity based on the C&L career average formula will be calculated as the actuarial equivalent of the lump sum benefit payable at that time.

If you terminate employment after attaining age 53 but prior to age 65 and elect to commence an annuity option prior to age 65, the portion of your annuity payable at age 65 based on the C&L career average formula will be reduced in accordance with column A of the table below if you have completed less than 360 months of service at your termination date or column B of the table below if you have completed 360 months of service or more at your termination date.

| Your Age When Income Starts | A<br>If You Have Five But Less Than 30 Years of Service | B<br>If You Have 30 or More Years of Service |
|---|---|---|
| 53 | 42% | 54% |
| 54 | 46% | 58% |
| 55 | 50% | 62% |
| 56 | 54% | 66% |
| 57 | 58% | 70% |
| 58 | 62% | 76% |
| 59 | 66% | 82% |
| 60 | 70% | 88% |
| 61 | 76% | 94% |
| 62 | 82% | 100% |
| 63 | 88% | 100% |
| 64 | 94% | 100% |
| 65 | 100% | 100% |

The reduction is based on your age and service at the time payments begin to take into account the fact that payments will be made over a longer period of time.

If you defer commencement of your benefit past age 65, the portion of the benefit based on the C&L career

average formula will be actuarially increased to compensate for the delay past age 65. Further, if you work past age 65 and have 60 months of participation, that portion of your benefit will be similarly increased to take into account the delay in the payment of benefits past age 65.

**Plan Payments at Death**

If you die while employed, or after termination of employment with a vested benefit prior to beginning distribution of your benefits, your account is payable to your beneficiary. If you are married, the actuarial value of your account balance will be paid to your spouse in the form of a qualified pre-retirement survivor annuity. Under this payment method, your spouse will receive a single life annuity that is the actuarial equivalent (based on his or her life expectancy) of your account, payable monthly for his or her life. Your spouse may waive this annuity form of payment and elect a lump sum payment instead. If you are single and die before your benefits begin, or your spouse has waived their rights as your beneficiary, your account will be distributed in a lump sum payment to your beneficiary. Your non-spouse beneficiary can defer benefit payment of your account until December 31 of the year in which the fifth anniversary of your death occurs. Your spouse can defer a lump sum payment until the later of December 31 of the year which contains the fifth anniversary of your death or December 31 of the year in which you would have reached age 70½.

Annuity payments to your spouse can be deferred until the later of December 31 of the year following your death, or the April 1 following the calendar year in which you would have reached age 70½.

However, if the value of your benefit does not exceed $5,000 at the time of your death, your beneficiary will receive a lump sum payment of your account balance.

**C&L Participants:**

For C&L Participants who die before plan payments have begun, pre-retirement death benefits will be paid as follows:

**Married Participants**: If you are married and vested, your spouse will receive 50% of the benefits you would have received under the 50% Joint and Survivor Annuity, based on the career average portion of your benefit accrued through June 30, 1998 plus your cash balance account value on the date of death converted to a single life annuity. If greater, your spouse will receive

50% of the benefit you would have received under the 50% Joint and Survivor Annuity based on the career average formula with benefits accrued through the date of death. With the consent of your spouse, you may designate a different beneficiary for the portion of the death benefit based on your cash balance account.

If you are married and die while employed prior to becoming vested, the cash balance portion of your benefit is payable to your spouse or, with the consent of your spouse, to another beneficiary.

If you designate a nonspouse beneficiary, your cash balance account will be paid to that beneficiary in a lump sum as described above. Your spouse beneficiary may elect to commence life annuity payments from your career average benefit as early as the first of the month following your death but generally not later than the date you would have reached age 53. If your spouse elects to begin annuity benefits earlier than the date you would have attained age 53, they will be further reduced to reflect the fact that payments will be made over a longer period of time. Your spouse may elect a lump sum payment rather than a life annuity.

**Single Participants:** If you are single and die while employed, your entire cash balance account will be distributed to your beneficiary. In addition, if you are vested and die on or after your 53rd birthday while employed, your unmarried children under age 21 will receive a monthly benefit (divided equally among them if there is more than one child) based on your accrued career average benefit as of June 30, 1998 paid in the form of a 10-year Period Certain and Life Annuity until the earliest of 10 years, age 21 or marriage. Payments will commence as of the first of the month following death. If the present value of the entire pre-retirement death benefit plus the cash balance account value on the date of death is less than $5,000, it will be paid automatically as a lump sum.

*Information About*
*Forfeitures*
*When Forfeitures Occur*

If your employment terminates for any reason other than retirement or death and you are not vested, your account will be forfeited. Your forfeited account will be restored if you are rehired before you have five consecutive one-year breaks in service.

*Disposition of Forfeitures*

The actuarial value of forfeitures is taken into consideration in determining the amounts the firm contributes to the plan.

**Pension Benefit Guaranty Corporation**

Your benefits under the plan are insured by the Pension Benefit Guaranty Corporation (PBGC), a federal insurance agency. If the plan terminates (ends) without enough money to pay all benefits, the PBGC will step in to pay pension benefits. Most people receive all of the pension benefits they would have received under their plan, but some people may lose certain benefits.

The PBGC guarantee generally covers (1) normal and early retirement benefits, (2) disability benefits if you become disabled before the plan terminates and (3) certain benefits for your survivors.

The PBGC guarantee generally does not cover (1) benefits greater than the maximum guaranteed amount set by law for the year in which the plan terminates, (2) some or all of benefit increases and new benefits based on plan provisions that have been in place for fewer than 5 years at the time the plan terminates, (3) benefits that are not vested because you have not worked long enough for the company, (4) benefits for which you have not met all of the requirements at the time the plan terminates, (5) certain early retirement payments (such as supplemental benefits that stop when you become eligible for Social Security) that result in an early retirement monthly benefit greater than your monthly benefit at the plan's normal retirement age and (6) non-pension benefits, such as health insurance, life insurance, certain death benefits, vacation pay and severance pay.

Even if certain of your benefits are not guaranteed, you may still receive some of those benefits from the PBGC depending on how much money your plan has and on how much the PBGC collects from employers.

For more information about the PBGC and the benefits it guarantees, ask your plan administrator or contact the PBGC's Technical Assistance Division at:

Pension Benefit Guaranty Corporation
Technical Assistance Division
1200 K Street, N.W., Suite 930
Washington, D.C. 20005—4026.

The PBGC can also be reached by calling (202) 326-4000 (not a toll-free number). TTY/TDD users may call the federal relay service toll-free at 1-(800) 877-8339 and ask to be connected to (202) 326-4000. Additional information about the PBGC's pension insurance program is available through the PBGC's website on the Internet at http://www.pbgc.gov.

**Assignment or Alienation of Benefits**

The assignment or alienation of any benefits provided by the plan is not permitted, except as otherwise required by applicable law. This means that—except as required by applicable law—benefits are not subject to sale, assignment, anticipation, alienation, attachment, garnishment, pledge, or any other form of transfer.

In the event of a "qualified domestic relations order", however, benefits may be payable to someone other than your designated beneficiary, even while you are still working. A qualified domestic relations order is a court order providing for child support, alimony, or marital property rights to a spouse, former spouse, child, or other dependent, according to a state domestic relations law. You may obtain, without charge, a copy of the plan's procedures regarding a qualified domestic relations order from the Plan Administrator. Another exception to the rule permits the plan to offset a participant's benefit where the participant has been involved in a breach of fiduciary duty or a crime involving the plan.

**Important Information**

This SPD summarizes the key features of the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. It does not attempt to cover all details. These are provided in the official plan documents which govern the operation of the plan. In the event of a conflict or discrepancy between the plan documents and this SPD, the plan documents control. PricewaterhouseCoopers LLP reserves the right to interpret plan provisions and make determinations related to plan administration, to the maximum extent permitted by law.

PricewaterhouseCoopers LLP intends to continue to provide the benefits described in this SPD, but reserves the right to amend, modify or terminate these benefits, in whole or in part, at any time. This SPD is not an employment contract or guarantee. Nothing contained in this SPD conveys any rights to employment with PricewaterhouseCoopers LLP.

## Administrative Information

| | |
|---|---|
| **Introduction** | The following information is provided in accordance with the disclosure requirements of the Employee Retirement Income Security Act of 1974 (ERISA). |
| **Plan Name** | Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP. |
| **Plan Type** | Account Credits are a Cash Balance Pension Plan; Benefits for Legacy C&L Participants are a Defined Benefit Pension Plan. |
| **Employer Identification Number** | The employer identification number assigned to PricewaterhouseCoopers LLP by the Internal Revenue Service is 13-4008324. The sponsor of the Plan is:<br><br>PricewaterhouseCoopers LLP<br>1301 Avenue of the Americas<br>New York, NY 10019. |
| **Plan Number** | The plan number assigned to the Retirement Benefit Accumulation Plan is 002. |
| **Plan Year** | The Plan Year for the Retirement Benefit Accumulation Plan is July 1 through June 30. |
| **Source of Funds** | PwC pays the full cost of all contributions to the Retirement Benefit Accumulation Plan, which are actuarially determined. |
| **Trustees, Funding and Payment of Plan Benefits** | The assets of the Retirement Benefit Accumulation Plan are held in a trust fund by its trustees, from which benefits are paid. The trustees are:<br><br>Marsha R. Cohen; Sherry T. Davis; Roger C. Hindman; Richard R. Kilgust; Wendy L. Kornreich; Robert C. Morris Jr.; Robert P. Sullivan; Randal S. Vallen; and Brett D. Yacker.<br><br>To contact a trustee, write to the trustee at:<br><br>Attn:  National Benefits Administration<br>3109 West Dr. ML King Jr. Blvd.<br>Tampa, FL 33607-6215. |

**Plan Administrator**

Administrative Committee to the Retirement
Benefit Accumulation Plan for Employees of
PricewaterhouseCoopers LLP
Attn: National Benefits Administration
3109 West Dr. M L King Jr. Blvd
Tampa, FL 33607-6215
1-(800) 297-2383

**Plan Documents**

This Summary Plan Description (SPD) summarizes the
key features of the Retirement Benefit Accumulation
Plan. It does not attempt to cover all details of the plan.
Complete details of this plan can be found in the official
plan documents which govern the operation of the plan.
In the event of a conflict or discrepancy between the
plan documents and the SPD, the plan documents
control.

**Forms and Procedures to**
**Obtain Benefits**

You or your beneficiary must visit Benefits Express
Online at https://www2.benefitsweb.com/pwc.html or
call Benefits Express at (877) PwC-BenX (792-2369)*
to receive any benefits or to take any other action under
the plan.

*If you are contacting Benefits Express from an International location call
(201) 363-3541. Hearing-impaired callers can contact Benefits Express by
calling (800) TDD-TDD4 (833-8334).

**Claim Appeals**

If an application for benefits is denied in whole or in
part, you or your beneficiary will receive written
notification from the administrative committee within 90
days—or 180 days under special circumstances (in
which case you will be told of the special circumstances
prior to expiration of the initial 90 days and the date by
which a decision is expected). The notice will include
the specific reasons for the denial with reference to the
specific plan provisions on which the denial is based, a
description of any additional information needed to
process the claim and why it is necessary, an
explanation of the claim review procedure and the time
limits applicable to such procedures. This will include a
statement of your right to bring a civil action under
section 502 of ERISA following a denial of your claim
on review. Within 60 days after receiving a denial, you
or your beneficiary may submit a written request for
reconsideration of the claim to the administrative
committee at the address listed below:

Administrative Committee to the Retirement
Benefit Accumulation Plan for Employees of
PricewaterhouseCoopers LLP
Attn: National Benefits Administration
3109 West Dr. M L King Jr. Blvd
Tampa, FL 33607-6215

Any such requests should be accompanied by documents or records in support of the appeal. You or your beneficiary may review pertinent documents and submit issues and comments in writing.

The administrative committee will respond within 60 days—or 120 days under special circumstances (in which case you will be told of the special circumstances prior to the expiration of the initial 60 days)—after receipt of the appeal, explaining the reasons for the decision, again with reference to the specific plan provisions on which that decision is based. The administrative committee has the right to interpret the provisions of the plan, and its decision is final, conclusive and binding on all persons, to the maximum extent allowed by law.

**Legal Process**

Any legal process relating to the Retirement Benefit Accumulation Plan should be directed to the plan's agent for service of legal process:

- Managing Director of Benefits
  PricewaterhouseCoopers LLP
  National Benefits Administration
  P.O. Box 30004
  Tampa, Florida 33630;

- Plan Trustee; or

- Plan Administrator.

**Plan Termination Provisions**

The firm expects and intends to continue this plan in your benefits program indefinitely, but reserves its right to terminate the plan. The firm also reserves its right to

amend or modify, in whole or in part, the plan at any time. If the plan were terminated, you would be vested if you were not already. If the plan did not have sufficient assets to pay all benefits, then the plan's assets would be allocated to pay benefits in accordance with the priority categories of the Pension Benefit Guaranty Corporation.

The firm's decision to terminate, amend or modify the plan may be due to changes in federal or state laws governing pension benefits, the requirements of the Internal Revenue Code or ERISA, or any other reason.

**Your Rights Under ERISA**

As a participant in the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974

J 00606

(ERISA). ERISA provides that all Plan participants shall be entitled to:

Receive Information About Your Plan and Benefits Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all documents governing the Plan, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement

will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA.

Enforce Your Rights

If your claim for a pension benefit is denied or ignored,

J 00607

in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Special Tax Notice Regarding Plan Payments from the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP**

This notice explains how you can continue to defer federal income tax on your retirement benefits in the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP (the "Plan") and contains important information you will need before you decide how to receive your Plan benefits.

This notice is provided to you by the Administrative Committee for the Plan (your "Plan Administrator") because all or part of the payment that you will soon receive from the Plan may be eligible for rollover by you or your Plan Administrator to a traditional IRA or an eligible employer plan. A rollover is a payment by you or the Plan Administrator of all or part of your benefit to another plan or IRA that allows you to continue to postpone taxation of that benefit until it is paid to you. Your payment cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account (formerly known as an education IRA). An "eligible employer plan" includes a plan qualified under section 401(a) of the Internal Revenue Code, including a 401(k) plan, profit-sharing plan, defined benefit plan, stock bonus plan, and money purchase plan; a section 403(a) annuity plan; a section 403(b) tax-sheltered annuity; and an eligible section 457(b) plan maintained by a governmental employer (governmental 457 plan).

An eligible employer plan is not legally required to accept a rollover. Before you decide to roll over your payment to another employer plan, you should find out whether the plan accepts rollovers and, if so, the types of distributions it accepts as a rollover. You should also find out about any documents that are required to be completed before the receiving plan will accept a rollover. Even if a plan accepts rollovers, it might not accept rollovers of certain types of distributions. If this is the case, you may wish instead to roll your distribution over to a traditional IRA or split your rollover amount between the employer plan in which you will participate and a traditional IRA. If an employer plan accepts your rollover, the plan may restrict subsequent distributions of the rollover amount or may require your spouse's consent for any subsequent distribution. A subsequent distribution from the plan that accepts your rollover may also be subject to different tax treatment than distributions from this Plan. Check with the administrator of the plan that is to receive your rollover prior to making the rollover.

If you have additional questions after reading this notice, you can contact your plan administrator at Benefits Express at 877-792-2369.

**Summary**

There are two ways you may be able to receive a Plan payment that is eligible for rollover:

(1) Certain payments can be made directly to a traditional IRA that you establish or to an eligible employer plan that will accept it and hold it for your benefit ("DIRECT ROLLOVER"); or

(2) The payment can be PAID TO YOU.

If you choose a DIRECT ROLLOVER:

- Your payment will not be taxed in the current year and no income tax will be withheld.

- You choose whether your payment will be made directly to your traditional IRA or to an eligible employer plan that accepts your rollover. Your payment cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account because these are not traditional IRAs.

- The taxable portion of your payment will be taxed later when you take it out of the traditional IRA or the eligible employer plan. Depending on the type of plan, the later

   distribution may be subject to different tax treatment than it would be if you received a taxable distribution from this Plan.

If you choose to have a Plan payment that is eligible for rollover PAID TO YOU:

- You will receive only 80% of the taxable amount of the payment, because the Plan Administrator is required to withhold 20% of that amount and send it to the IRS as income tax withholding to be credited against your taxes.

- The taxable amount of your payment will be taxed in the current year unless you roll it over. Under limited circumstances, you may be able to use special tax rules that could reduce the tax you owe. However, if you receive the payment before age 59½, you may have to pay an additional 10% tax.

- You can roll over all or part of the payment by paying it to your traditional IRA or to an eligible employer plan that accepts your rollover within 60 days after you receive the payment. The amount rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

- If you want to roll over 100% of the payment to a

raditional IRA or an eligible employer plan, you must find other money to replace the 20% of the taxable

portion that was withheld. If you roll over only the 80% that you received, you will be taxed on the 20% that was withheld and that is not rolled over.

Your Right to Waive the 30-Day Notice Period. Generally, neither a direct rollover nor a payment can be made from the plan until at least 30 days after your receipt of this notice. Thus, after receiving this notice, you have at least 30 days to consider whether or not to have your withdrawal directly rolled over. If you do not wish to wait until this 30-day notice period ends before your election is processed, you may waive the notice period by making an affirmative election indicating whether or not you wish to make a direct rollover. Your withdrawal will then be processed in accordance with your election as soon as practical after it is received by the Plan Administrator.

**More Information**
*Part I: Payments that can and cannot be rolled over*

Payments from the Plan may be "eligible rollover distributions." This means that they can be rolled over to a

traditional IRA or to an eligible employer plan that accepts rollovers. Payments from a plan cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account. Your Plan administrator should be able to tell you what portion of your payment is an eligible rollover distribution.

The following types of payments cannot be rolled over:

Payments Spread over Long Periods. You cannot roll over a payment if it is part of a series of equal (or almost equal) payments that are made at least once a year and that will last for:

- your lifetime (or a period measured by your life expectancy), or

- your lifetime and your beneficiary's lifetime (or a period measured by your joint life expectancies), or

- a period of 10 years or more.

Required Minimum Payments. Beginning when you reach age 70½, a certain portion of your payment cannot be rolled over because it is a "required minimum payment" that must be paid to you.

The Plan Administrator of this Plan should be able to tell you if your payment includes amounts which cannot be rolled over.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00611

*Part II: Direct Rollover*

A DIRECT ROLLOVER is a direct payment of the amount of your Plan benefits to a traditional IRA or an eligible

employer plan that will accept it. You can choose a DIRECT ROLLOVER of all or any portion of your payment that is an eligible rollover distribution, as described in Part I above. You are not taxed on any taxable portion of your payment for which you choose a DIRECT ROLLOVER until you later take it out of the traditional IRA or eligible employer plan. In addition, no income tax withholding is required for any taxable portion of your Plan benefits for which you choose a DIRECT ROLLOVER. This Plan might not let you choose a DIRECT ROLLOVER if your distributions for the year are less than $ 200.

DIRECT ROLLOVER to a Traditional IRA. You can open a traditional IRA to receive the direct rollover. If you choose to have your payment made directly to a traditional IRA, contact an IRA sponsor (usually a financial institution) to find out how to have your payment made in a direct rollover to a traditional IRA at that institution. If you are unsure of how to invest your money, you can temporarily establish a traditional IRA to receive the payment. However, in choosing a traditional IRA, you may wish to make sure that the traditional IRA you choose will allow you to move all or a part of your payment to another traditional IRA at a later date, without penalties or other limitations. See IRS Publication 590, Individual Retirement Arrangements, for more information on traditional IRAs (including limits on how often you can roll over between IRAs).

DIRECT ROLLOVER to a Plan. If you are employed by a new employer that has an eligible employer plan, and you want a direct rollover to that plan, ask the plan administrator of that plan whether it will accept your rollover. An eligible employer plan is not legally required to accept a rollover. Even if your new employer's plan does not accept a rollover, you can choose a DIRECT ROLLOVER to a traditional IRA. If the employer plan accepts your rollover, the plan may provide restrictions on the circumstances under which you may later receive a distribution of the rollover amount or may require spousal consent to any subsequent distribution. Check with the plan administrator of that plan before making your decision.

DIRECT ROLLOVER of a Series of Payments. If you receive a payment that can be rolled over to a traditional IRA or an eligible employer plan that will accept it, and it is paid in a series of payments for less than 10 years, your choice to make or not make a DIRECT ROLLOVER for a payment will apply to all later payments in the series until you change your election. You are free to change your election for any later payment in the series.

Change in Tax Treatment Resulting from a DIRECT ROLLOVER. The tax treatment of any payment from the eligible employer plan or traditional IRA receiving your DIRECT ROLLOVER might be different than if you received your benefit in a taxable distribution directly from the Plan. For example, if you were born before January 1, 1936, you might be entitled to ten-year averaging or capital gain treatment, as explained below. However, if you have your benefit rolled over to a section 403(b) tax-sheltered annuity, a governmental 457 plan, or a traditional IRA in a DIRECT ROLLOVER, your benefit will no longer be eligible for that special treatment. See the sections below entitled "Additional 10% Tax if You Are under Age 59½" and "Special Tax Treatment if You Were Born before January 1, 1936."

Part III: Payment Paid To You

If your payment can be rolled over (see Part I above) and the payment is made to you in cash, it is subject to 20% federal income tax withholding on the taxable portion (state tax withholding may also apply). The payment is taxed in the year you receive it unless, within 60 days, you roll it over to a traditional IRA or an eligible employer plan that accepts rollovers. If you do not roll it over, special tax rules may apply.

Income Tax Withholding: Mandatory Withholding

Mandatory Withholding. If any portion of your payment can be rolled over under Part I above and you do not elect to make a DIRECT ROLLOVER, the Plan is required by law to withhold 20% of the taxable amount. This amount is sent to the IRS as federal income tax withholding. For example, if you can roll over a taxable payment of $ 10,000, only $ 8,000 will be paid to you because the Plan must withhold $ 2,000 as income tax. However, when you prepare your income tax return for the year, unless you make a rollover within 60 days (see "Sixty-Day Rollover Option" below), you must report the full $ 10,000 as a taxable payment from the Plan. You must report the $ 2,000 as tax withheld, and it will be credited against any income tax you owe for the year. There will be no income tax withholding if your payments for the year are less than $ 200.

Voluntary Withholding

If any portion of your payment is taxable but cannot be rolled over under Part I above, the mandatory withholding rules described above do not apply. In this case, you may elect not to have withholding apply to that portion. If you do nothing, 10% will be taken out of this portion of your payment for federal income tax withholding. To elect out of withholding, ask the Plan Administrator for the election form and related information.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00613

*Sixty-Day Rollover Option*

If you receive a payment that can be rolled over under Part I above, you can still decide to roll over all or part of it to a traditional IRA or to an eligible employer plan that accepts rollovers. If you decide to roll over, you must contribute the amount of the payment you received to a traditional IRA or eligible employer plan within 60 days after you receive the payment. The portion of your payment that is rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

You can roll over up to 100% of your payment that can be rolled over under Part I above, including an amount equal to the 20% of the taxable portion that was withheld. If you choose to roll over 100%, you must find other money within the 60-day period to contribute to the traditional IRA or the eligible employer plan, to replace the 20% that was withheld. On the other hand, if you roll over only the 80% of the taxable portion that you received, you will be taxed on the 20% that was withheld.

Example: The taxable portion of your payment that can be rolled over under Part I above is $10,000, and you choose to have it paid to you. You will receive $8,000, and $2,000 will be sent to the IRS as income tax withholding. Within 60 days after receiving the $8,000, you may roll over the entire $10,000 to a traditional IRA or an eligible employer plan. To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (your savings, a loan, etc.). In this case, the entire $10,000 is not taxed until you take it out of the traditional IRA or an eligible employer plan. If you roll over the entire $10,000, when you file your income tax return you may get a refund of part or all of the $2,000 withheld.

If, on the other hand, you roll over only $8,000, the $2,000 you did not roll over is taxed in the year it was withheld. When you file your income tax return, you may get a refund of part of the $2,000 withheld. (However, any refund is likely to be larger if you roll over the entire $10,000.)

Additional 10% Tax If You Are under Age 59½. If you receive a payment before you reach age 59½ and you do not roll it over, then, in addition to the regular income tax, you may have to pay an extra tax equal to 10% of the taxable portion of the payment. The additional 10% tax generally does not apply to (1) payments that are paid after you separate from service with your employer during or after the year you reach age 55, (2) payments that are paid because you retire due to disability, (3) payments that are paid as equal (or almost equal) payments over your life or life expectancy (or your and your beneficiary's lives or life expectancies), (4) dividends paid with respect to stock by an employee stock ownership plan (ESOP) as described in

Code section 404(k), (5) payments that are paid directly to the government to satisfy a federal tax levy, (6) payments that are paid to an alternate payee under a qualified domestic relations order, or (7) payments that do not exceed the amount of your deductible medical expenses. See IRS Form 5329 for more information on the additional 10% tax.

Special Tax Treatment If You Were Born before January 1, 1936. If you receive a payment from a plan qualified under section 401(a) or a section 403(a) annuity plan that can be rolled over under Part I and you do not roll it over to a traditional IRA or an eligible employer plan, the payment will be taxed in the year you receive it. However, if the payment qualifies as a "lump sum distribution," it may be eligible for special tax treatment. A lump sum distribution is a payment, within one year, of your entire balance under the Plan (and certain other similar plans of the employer) that is payable to you after you have reached age 59½ or because you have separated from service with your employer (or, in the case of a self-employed individual, after you have reached age 59½ or have become disabled). For a payment to be treated as a lump sum distribution, you must have been a participant in the plan for at least five years before the year in which you received the distribution. The special tax treatment for lump sum distributions that may be available to you is described below.

*Ten-Year Averaging*

If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to figure the tax on the payment by using "10-year averaging" (using 1986 tax rates). Ten-year averaging often reduces the tax you owe.

Capital Gain Treatment. If you receive a lump sum distribution and you were born before January 1, 1936, and you were a participant in the Plan before 1974, you may elect to have the part of your payment that is attributable to

your pre-1974 participation in the Plan taxed as long-term capital gain at a rate of 20%.

There are other limits on the special tax treatment for lump sum distributions. For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year. You may not elect this special tax treatment if you rolled amounts into this Plan from a 403(b) tax-sheltered annuity contract or from an IRA not originally attributable to a qualified employer plan. If you have previously rolled over a distribution from this Plan (or certain other similar plans of the employer), you cannot use this special averaging treatment for later payments from the Plan. If you roll over your payment to a traditional IRA,

governmental 457 plan, or 403(b) tax-sheltered annuity, you will not be able to use special tax treatment for later payments from that IRA, plan, or annuity. Also, if you roll over only a portion of your payment to a traditional IRA, governmental 457 plan, or 403(b) tax-sheltered annuity, this special tax treatment is not available for the rest of the payment. See IRS Form 4972 for additional information on lump sum distributions and how you elect the special tax treatment.

**Part IV: Surviving Spouses, Alternate Payees and Other Beneficiaries**

In general, the rules summarized above that apply to payments to employees also apply to payments to surviving spouses of employees and to spouses or former spouses who are "alternate payees." You are an alternate payee if your interest in the Plan results from a "qualified domestic relations order," which is an order issued by a court, usually in connection with a divorce or legal separation.

If you are a surviving spouse or an alternate payee, you may choose to have a payment that can be rolled over, as described in Part I above, paid in a DIRECT ROLLOVER to a traditional IRA or to an eligible employer plan or paid to you. If you have the payment paid to you, you can keep it or roll it over yourself to a traditional IRA or to an eligible employer plan. Thus, you have the same choices as the employee.

If you are a beneficiary other than a surviving spouse or an alternate payee, you cannot choose a direct rollover, and you cannot roll over the payment yourself.

If you are a surviving spouse, an alternate payee, or another beneficiary, your payment is generally not subject to the

additional 10% tax described in Part III above, even if you are younger than age 59½.

If you are a surviving spouse, an alternate payee, or another beneficiary, you may be able to use the special tax treatment for lump sum distributions as described in Part III above. If you receive a payment because of the employee's death, you may be able to treat the payment as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had 5 years of participation in the Plan.

**How To Obtain Additional Information**

This notice summarizes only the federal (not state or local) tax rules that might apply to your payment. The rules described above are complex and contain many conditions and exceptions that are not included in this notice. Therefore, you may want to consult with the Plan Administrator or a professional tax advisor before you take a payment of your benefits from your Plan. Also, you can find more specific information on the tax treatment of payments from qualified employer plans in IRS Publication 575, Pension and Annuity Income, and IRS Publication 590, Individual Retirement Arrangements. These publications are available from your local IRS office, on the IRS's Internet Web Site at www.irs.gov, or by calling 1-800-TAX-FORMS.