HoIK SPD

## TABLE OF CONTENTS

SAVINGS PLAN FOR EMPLOYEES AND PARTNERS OF PRICEWATERHOUSECOOPERS LLP AND
SAVINGS PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP ...................................1
INTRODUCTION ......................................................................................................................... 1
PARTICIPATION ......................................................................................................................... 1
Who Is Eligible .....................................................................................................................1
When Plan Participation Begins...........................................................................................1
ENROLLING IN THE PLAN............................................................................................................2
YOUR SAVINGS .......................................................................................................................3
Pre-Tax Savings....................................................................................................................3
Post-Tax Savings..................................................................................................................4
Combination Savings ...........................................................................................................4
Rollover Contributions..........................................................................................................5
THE FIRM'S MATCHING CONTRIBUTIONS ....................................................................................5
MAXIMUM ANNUAL PRE-TAX AMOUNT ......................................................................................8
Option 1.................................................................................................................................8
Option 2.................................................................................................................................8
Option 3.................................................................................................................................9
OTHER LIMITATIONS..................................................................................................................9
OTHER CONSIDERATIONS...........................................................................................................9
Effect of Savings on Take-Home Pay ..................................................................................9
EMPLOYEES OF PWC SECURITIES ........................................................................................... 10
LIMITATIONS ON CONTRIBUTIONS ............................................................................................ 10
MAXIMUM COMPENSATION AMOUNT......................................................................................... 11
PLAN INVESTMENT ELECTIONS................................................................................................. 11
EXAMPLE OF INVESTMENT GROWTH......................................................................................... 12
INFORMATION ABOUT YOUR ACCOUNT ..................................................................................... 12
CHANGING YOUR PLAN ELECTIONS .......................................................................................... 12
CHANGING YOUR SAVINGS RATE AND/OR TYPE OF SAVINGS .................................................... 12
CHANGING YOUR INVESTMENT ELECTIONS ............................................................................... 13
TRANSFERRING AND REALLOCATING THE VALUE OF PLAN INVESTMENTS ................................. 13
CHANGING YOUR BENEFICIARY DESIGNATION .......................................................................... 14
VESTING................................................................................................................................. 14
LOANS ................................................................................................................................... 17
Loan Amount.......................................................................................................................17
Loan Interest Rates.............................................................................................................17
Loan Repayment.................................................................................................................17
Loan Payments During Unpaid Leaves ..............................................................................17
Effect of Loan on Your Plan Investments...........................................................................18
Effect of Unpaid Loan on Plan Distribution to You.............................................................18
WITHDRAWALS DURING EMPLOYMENT...................................................................................... 18
Regular Withdrawals—Withdrawals of Post-tax Savings, Rollover Amounts
And Vested Matching Contributions....................................................................................19
Age 59½ Withdrawal—Withdrawals of Pre-Tax Savings At or After Age 59½.....................19
Hardship Withdrawal—Withdrawal of Pre-tax Savings Before Age 59½............................19
Disability Withdrawal...........................................................................................................20
SPECIAL NOTE ON WITHDRAWALS ........................................................................................... 21
PLAN PAYMENTS UPON TERMINATION OF EMPLOYMENT............................................................. 21
At Age 70½ ..........................................................................................................................22
Plan Payments At Death......................................................................................................22
LEGACY C&L EMPLOYEES........................................................................................................ 23
INFORMATION ABOUT FORFEITURES.......................................................................................... 23
When Forfeitures Occur.......................................................................................................23
Restoration of Forfeitures....................................................................................................24

J 00541

Vesting of Restored Forfeitures ........................................................................................... 25
Disposition of Forfeitures ..................................................................................................... 25
SPECIAL RULES FOR INTERNATIONAL TOURS OF DUTY ................................................................ 25
PENSION BENEFIT GUARANTY CORPORATION ............................................................................. 25
ASSIGNMENT OR ALIENATION OF BENEFITS ............................................................................... 25
IMPORTANT INFORMATION ....................................................................................................... 26

ADMINISTRATIVE INFORMATION ........................................................................................ 27
INTRODUCTION ........................................................................................................................ 27
PLAN NAMES ........................................................................................................................... 27
PLAN TYPE .............................................................................................................................. 27
EMPLOYER IDENTIFICATION NUMBER ........................................................................................ 27
PLAN NUMBERS ....................................................................................................................... 27
PLAN YEARS ........................................................................................................................... 27
SOURCE OF PLAN FUNDS ......................................................................................................... 27
TRUSTEE, FUNDING AND PAYMENT OF PLAN BENEFITS .............................................................. 28
PLAN ADMINISTRATORS ........................................................................................................... 28
PLAN DOCUMENTS ................................................................................................................... 28
FORMS AND PROCEDURES TO OBTAIN BENEFITS ........................................................................ 28
CLAIM APPEALS ...................................................................................................................... 38
LEGAL PROCESS ...................................................................................................................... 30
PLAN TERMINATION PROVISIONS .............................................................................................. 30
YOUR RIGHTS UNDER ERISA .................................................................................................. 30

SPECIAL TAX NOTICE REGARDING PLAN PAYMENTS FROM THE SAVINGS PLAN FOR
EMPLOYEES AND PARTNERS OF PRICEWATERHOUSECOOPERS LLP AND SAVINGS PLAN FOR
EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP .................................................................. 32
SUMMARY ............................................................................................................................... 33
MORE INFORMATION ................................................................................................................ 34
Part I: Payments That Can And Cannot Be Rolled Over ....................................................... 34
Part II: Direct Rollover .......................................................................................................... 36
Part III: Payment Paid To You ............................................................................................... 38
Income Tax Withholding ........................................................................................................ 38
Mandatory Withholding ......................................................................................................... 38
Voluntary Withholding .......................................................................................................... 38
Sixty-Day Rollover Option .................................................................................................... 38
Ten-Year Averaging ............................................................................................................... 40
PART IV: SURVIVING SPOUSES, ALTERNATE PAYEES, AND OTHER BENEFICIARIES ....................... 41
HOW TO OBTAIN ADDITIONAL INFORMATION ............................................................................ 42

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

## SAVINGS PLAN FOR EMPLOYEES AND PARTNERS
## OF PRICEWATERHOUSECOOPERS LLP AND
## SAVINGS PLAN FOR EMPLOYEES OF PRICEWATERHOUSECOOPERS LLP

### *August 2004*

**Introduction**

The PricewaterhouseCoopers LLP savings plan provides a simple and convenient way to help you save for the future—with valuable tax deferrals and firm matching contributions as well. The plan, established under section 401(k) of the Internal Revenue Code, offers you a tax shelter by permitting you to invest with pre-tax dollars.

**Participation**
**Who Is Eligible**

All partners and employees of PwC and certain related entities, such as PwC Securities, are eligible to participate in the plan as long as they are at least 21 years of age, except employees who are on leaves of absence for foreign tours of duty, temporary employees and student interns.

**When Plan Participation Begins**

Your plan participation begins the September 1 coincident with or next following your date of hire, provided you enroll in the plan on or before midnight Eastern time on that September 1. **September is a significant month for participation as it is an incentive matching contribution month. Under the plan, you can elect to defer as much as 100% of your eligible pay after deductions for such things as taxes and insurance coverage, AND for September the firm will match 200% of what you save up to the first 6% of your eligible compensation for the month of September.** Your election for September applies to both of your paychecks during that month, unless you change your election for your second paycheck before 6 p.m. Eastern time on the last business day on or prior to September 15th. If you miss this first opportunity to enroll in the plan for September, your participation can begin with your first paycheck any following month, provided you enroll by midnight Eastern time on the last day of the preceding month. However, if you miss this first opportunity to enroll, you will not be eligible to receive the incentive firm matching contribution.

If you terminate employment after you are first eligible to participate in the plan and are rehired, your eligibility to contribute to the plan resumes with your first paycheck of the calendar month next following your rehire, provided you enroll in the plan by midnight Eastern time on the last day of the month during which you are rehired. Similarly, if you were an employee of the legacy U.S. firms Price Waterhouse LLP (PW) or Coopers & Lybrand L.L.P. (C&L) prior to July 1, 1998, your eligibility to contribute to the plan begins with the first paycheck of the calendar month next following your

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

1

J 00543

rehire, provided you enroll in the plan by midnight Eastern time on the last day of the month during which you are rehired by PricewaterhouseCoopers. If you terminate employment before you are first eligible to participate in the plan and are rehired on or before September 1 following your original hire date, you are eligible for the September incentive. If you are rehired after September 1 following your original hire date, you are not eligible for the September incentive. If you are rehired and are not eligible for the September incentive, you can begin contributing with the first paycheck of the calendar month next following your rehire, provided you enroll in the plan by midnight Eastern time on the last day of the month during which you are rehired. If you are rehired and are not eligible for the September incentive, the amount of the firm's matching contributions is covered by the rules described below from the time of your enrollment. See "Your Savings" on page 5 and "The Firm's Matching Contributions" on page 7 for more information.

### Enrolling in the Plan

To enroll in the plan, you must visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)* to:

- change your Personal Identification Number (PIN), if you have not already done so. Your PIN enables you to make plan transactions over the telephone or the Internet;

- indicate the percentage of your eligible compensation that you wish to save each pay period as pre-tax savings and post-tax savings, if any;

- authorize the firm to make salary deductions for the savings amount you elect;

- specify how your contributions will be treated if you reach the under age 50 maximum annual pre-tax amount of $12,000 for 2003 (increasing by $1,000 for each calendar year up to $15,000 for 2006);

- specify how your contributions will be treated if you reach the age 50 or older maximum annual pre-tax amount of $14,000 for 2003 (increasing to $16,000 for 2004, $18,000 for 2005 and $20,000 for 2006)

- make your investment elections from the plan's investment funds; and

- name your beneficiary to receive the value of your plan account if you die.

For instructions about enrolling in the plan, please visit

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00544

Benefits Express Online at
https://www2.benefitsweb.com/pwc.html or call Benefits
Express at (877) PwC-BenX (792-2369)*.

Due to the nature of the partner compensation structure,
certain administrative procedures described in this Summary
Plan Description (SPD), primarily those relating to earnings
definitions, enrollment, and timing of elections and
contributions, do not apply to partners. Instructions on these
procedures are covered in separate annual memoranda to
partners.

*If you are contacting Benefits Express from an international location call
(201) 363-3541. Hearing-impaired callers can contact Benefits Express by
calling (800) TDD-TDD4 (833-8334).

**Your Savings**

You can choose how much you want to save in whole
percentages (from 1% to 100% of your compensation, after
deductions for such things as taxes and insurance
coverages) and the type of savings you want (pre-tax savings
only, post-tax savings only, or a combination of pre-tax and
post-tax savings). The first 6% of your savings is eligible for
the firm's matching contribution. For purposes of determining
how much you can save, *compensation* means your annual
base salary, overtime, bonuses and severance and accrued
vacation pay but does not include such items as expense
reimbursements, relocation allowances, sign-on and referral
bonuses and other fringe benefits. Staff members'
contributions to the plan, health care, dependent care and
transportation expense accounts, and staff members'
portions of pre-tax medical and dental plan premiums are
included as part of compensation.

Your other benefits (such as credits to your account under
the Retirement Benefit Accumulation Plan, disability, and life
insurance benefits) *will not be reduced* if you make
contributions to the plan. These salary related benefits will
be based on your compensation *before* your savings are
deducted.

*Pre-Tax Savings*

You authorize *pre-tax* savings to be deducted from your
salary each pay period *before* federal and, in most cases,
state and local income taxes are withheld. By saving with
pre-tax dollars, you defer paying income taxes on this money
until it is paid out to you from the plan. Your pre-tax savings
have no effect on your Social Security taxes or benefits, or
your Medicare taxes, both of which will continue to be based
on your full salary before reduction for any pre-tax savings
you choose to make.

You may elect to save from 1% to 100% (in whole
percentages) of your compensation on a pre-tax basis.
However, there are two rules that may limit the amount of

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00545

your pre-tax savings.  First, the total amount of pre-tax savings for an individual under age 50 may not exceed $12,000 for 2003 (increasing by $1,000 for each calendar year up to $15,000 for 2006).  The total amount of pre-tax savings for an individual age 50 or older is described on page 2.  Second, the annual pre-tax savings of certain higher paid participants may be further limited as a result of rules under the Internal Revenue Code for the operation of the plan.

*Post-Tax Savings*

You may also choose to save from 1% to 100% (in whole percentages) of your compensation with contributions on a post-tax basis.  However, as with pre-tax savings the post-tax contributions of certain higher paid participants may be limited.

*Post-tax* savings are deducted from your salary *after* your taxable income and related tax withholdings are computed.  They do not provide the advantages of reducing your current income taxes, as do pre-tax savings.  However, if you save post-tax dollars, you will defer paying taxes on any investment earnings while the earnings remain in the plan.  Post-tax dollars contributed to the plan are not taxed again when they are distributed.

*Combination Savings*

You may save through a *combination* of pre-tax and post-tax savings (as described above) to suit your individual needs.  Any combination of pre-tax and post-tax savings may not exceed 100% of your compensation.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

4

J 00546

**Rollover Contributions**

In addition to the savings you may contribute, you may "roll over" — i.e., transfer into the plan—certain distributions you may have received from a retirement plan of a previous employer. Rollovers are limited to certain otherwise taxable distributions from other savings, profit sharing, or stock bonus plans. The plan does not accept any rollovers of after-tax contributions received from a retirement plan of a previous employer. Lump sum distributions from pension plans are also eligible for rollover. Rollover contributions from an Individual Retirement Account (IRA) that have been limited to distributions from a retirement plan of a previous employer are also accepted. Rollover contributions may be made before you are eligible to participate in the plan. Additionally, if you terminate employment, you may roll over any non-annuity distribution that you receive from the firm's Retirement Benefit Accumulation Plan (RBAP) into this plan.

For instructions about making a rollover contribution, please, visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)*.

Any amount you roll over into this plan will be:

* placed in your plan account;

* invested according to your directions indicated on the rollover contribution form;

* available for withdrawal during your active career, subject to the plan's withdrawal rules;

* considered for determining the amount of a loan from your plan account; and

* payable to you in full (with any investment earnings thereon) when you leave the firm.

Rollover contributions are not matched in any way by the firm.

*If you are contacting Benefits Express from an international location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**The Firm's Matching Contributions**

The firm will contribute an amount equal to 25% of the first 6% of your compensation that you save in the plan. For example, if you save 4% of your pay, the firm will contribute an amount equal to 1% of your pay to the plan. If you contribute more than 6% of your pay, the firm contribution is limited to 1½% of your pay. The firm makes its matching contribution at the same time that you make a contribution to

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00547

the plan. Thus, the firm's matching contribution is made on a pay-period-by-pay-period basis.

If you intend to save the maximum $12,000 pre-tax amount for 2003, you should be aware that, depending on when that limit is reached, your matching contribution could be affected. For example, consider an employee earning $95,520 per year, or $3,980 semi-monthly. If this employee wishes to make a pre-tax contribution of $12,000 for 2003, he or she may elect to save 13% of compensation. A contribution of $517.40 (13% of $3,980) would be made to the plan for 23 pay periods with a final contribution of $99.80 in the 24th pay period, for a total of $12,000. Alternatively, this employee could elect to save 16% of $3,980, and a contribution of $636.80 would be made to the plan for 18 pay periods totaling $11,462.40, and the final contribution would be $537.60 for the 19th pay period. No contributions would be made thereafter. Although the employee's total salary reduction ($12,000) is the same in either alternative, the amount of the firm's matching contribution would differ, as follows:

### Staff Member Saving 13% of Compensation

A. First 23 pay periods
| | | |
|---|---|---:|
| 1. | Compensation per pay period | $3,980 |
| 2. | Staff member's contribution to the plan per pay period | 517.40 |
| 3. | 25% of Line 2 | 129.35 |
| 4. | 1½% of Line 1 * | 59.70 |
| 5. | Firm match (lower of Line 3 or Line 4) | 59.70 |
| 6. | Firm match for 23 pay periods (23 x Line 5) | 1,373.10 |

B. 24th pay period
| | | |
|---|---|---:|
| 7. | Compensation for pay period | $3,980 |
| 8. | Staff member's contribution to the plan for pay period | 99.80 |
| 9. | 25% of Line 8 | 24.95 |
| 10. | 1½% of Line 7 * | 59.70 |
| 11. | Firm match for 24th pay period (lower of Line 9 or Line 10) | 24.95 |
| 12. | Total firm match for year (Line 6 + Line 11) | 1,398.05 |

### Staff Member Saving 16% of Compensation

A. First 18 pay periods
| | | |
|---|---|---:|
| 1. | Compensation per pay period | $3,980 |
| 2. | Staff member's contribution to the | |

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

6

|   | plan per pay period | 636.80 |
|---|---|---|
| 3. | 25% of Line 2 | 159.20 |
| 4. | 1½% of Line 1 * | 59.70 |
| 5. | Firm match (lower of Line 3 or Line 4) | 59.70 |
| 6. | Firm match for 18 pay periods (18 x Line 5) | 1,074.60 |

B. 19th pay period

| 7. | Compensation for pay period | $3,980 |
|---|---|---|
| 8. | Staff member's contribution to the plan for pay period | 537.60 |
| 9. | 25% of Line 8 | 134.40 |
| 10. | 1½% of Line 7 * | 59.70 |
| 11. | Firm match (lower of Line 9 or Line 10) | 59.70 |
| 12. | Firm match for 19th pay period | 59.70 |
| 13. | Firm match for first 19 pay periods (Line 6 + Line 12) | 1,134.30 |

C. Pay periods 20-24

| 14. | Compensation per pay period | $3,980 |
|---|---|---|
| 15. | Staff member's contribution to the plan per pay period | 0 |
| 16. | 25% of Line 15 | 0 |
| 17. | 1½% of Line 14 * | 59.70 |
| 18. | Firm match (lower of Line 16 or Line 17) | 0 |
| 19. | Firm match for pay periods 19-24 (6 x Line 18) | 0 |
| 20. | Total firm match for year (Line 13 + Line 19) | 1,134.30 |

*i.e., 25% of first 6% of semi-monthly compensation.

Thus, the staff member contributing 13% of compensation would receive a firm matching contribution of $1,398.05 for the year, while the staff member contributing 16% of compensation would receive a firm matching contribution of $1,134.30, although both staff members would make the same pre-tax contribution of $12,000. It is possible for the staff member contributing 16% of compensation to achieve the $1,398.05 firm matching contribution by continuing to contribute to the plan on a post-tax basis of at least 6% of his or her compensation once the $12,000 pre-tax limitation has been reached because the firm also matches post-tax contributions.

The firm's matching contributions are subject to a vesting requirement which is explained in the vesting section of this SPD. In addition, matching contributions for certain higher paid individuals may be limited, as a result of rules under the Internal Revenue Code for the operation of the plan.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00549

**Maximum Annual Pre-Tax Amount**

If you have not yet attained age 50, your pre-tax contributions to the plan are limited to a maximum of $12,000 for 2003 (increasing by $1,000 for each calendar year up to $15,000 for 2006). If you will be age 50 or older, your pre-tax contributions are limited to $14,000 for 2003 (increasing to $16,000 for 2004, $18,000 for 2005 and $20,000 for 2006). If you want to make contributions after having reached the pre-tax limit for a calendar year, you may elect one of three options to apply.

Option 1

You may elect to continue your contributions at the same level (up to 100% of compensation), but contributions in excess of the maximum annual pre-tax limit will be made with post-tax instead of pre-tax dollars. You will continue to receive firm matching contributions on the first 6% of compensation that you save. For example, if you save 10% on a pre-tax basis and 10% on a post-tax basis and reach the $12,000 limit, your contributions will continue at 20% on a post-tax basis.

Option 2

You may elect to continue your contributions in excess of the maximum annual pre-tax limit at 6% of your compensation using post-tax dollars. You will continue to receive firm matching contributions on this amount. For example, if you save 10% on a pre-tax basis and 10% on a post-tax basis and reach the $12,000 limit, your contributions will continue at 6% on a post-tax basis.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

8

J 00550

*Option 3*

You may elect to discontinue your contributions when the maximum annual pre-tax limit is reached. For example, if you save 10% on a pre-tax basis and 10% on a post-tax basis and reach the $12,000 limit, you will be contributing 0% and all contributions will be discontinued.

You must elect one of these options when you enroll in the plan.

Whatever option you elect, your pre-tax and post-tax contributions will begin again (at the same contribution percentages you originally elected) on the first day of the next calendar year. Of course, you can always suspend your contributions so that pre-tax and/or post-tax contributions will not automatically resume on the first day of the next calendar year. You can also elect to change the level of your contributions by visiting Benefits Express Online at https://www2.benefitsweb.com/pwc.html or calling Benefits Express at (877) PwC-BenX (792-2369)*.

*If you are contacting Benefits Express from an international location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Other Limitations**

The Internal Revenue Code requires that savings plans which permit employees to make pre-tax contributions meet a test that assures a mix of contributions from participants at all earnings levels. To maintain the proper balance, a portion of the pre-tax savings of certain higher paid participants might, under certain conditions, have to be returned to them or recharacterized as post-tax savings. It is also possible that those participants may be requested, on a prospective basis, to reduce the level of their pre-tax contributions.

A similar "balancing" test is imposed on the sum of firm matching contributions made on behalf of participants plus their post-tax contributions. Under this test, the post-tax savings of certain higher paid participants might have to be refunded to them. In addition, these participants may be requested to reduce the level of their post-tax contributions on a prospective basis. It is also possible that firm matching contributions for such participants may be suspended. If you should be affected by any of these rules, you will be notified and given an explanation by the plan's Administrative Committee.

**Other Considerations**
*Effect of Savings on Take-Home Pay*

Any amount that you elect to save will reduce your take-home pay. But to the extent you save on a pre-tax basis, the reduction in your take-home pay will be less than your contribution to the plan because your taxable income and related income tax withholdings will also be reduced. Due to the tax savings, your contributions will always exceed the reduction in your take-home pay. This is true even before the

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

9

J 00551

firm's matching contributions are taken into account.

*Example*—Assume that a staff member's gross salary is $3,750 per month. The staff member is single and resides in New York City. The table below compares the staff member's take-home pay on the basis that no contributions are made to the plan and 6% of pay is contributed on a pre-tax basis. The income tax withholding amounts are computed on the basis of 2003 rates and assume two withholding tax exemptions:

|  | No Savings | 6% Pre-tax Savings |
|---|---|---|
| Gross monthly pay | $3,750 | $3,750 |
| Contribution to plan | 0 | (225) |
| Income tax withholding |  |  |
| Federal | (514) | (460) |
| New York State and City | (276) | (253) |
| Social Security and |  |  |
| Medicare taxes | (287) | (287) |
| Take-home pay | $2,673 | $2,525 |

In return for a take-home pay reduction of $148 per month, the staff member is credited with savings of $281.25 per month in the plan trust funds. This consists of the $225 saved by the staff member plus the $56.25 matching contribution by the firm. You should be aware that certain states and/or cities may tax amounts contributed to the plan. Also, the firm's matching contribution, although immediately contributed to the staff member's account under the plan, may require future service by the staff member before it becomes vested. If the firm's contribution does not eventually vest at all, the staff member, in this example, will forfeit the $56.25 plus the related investment earnings.

**Employees of PwC Securities**

In addition to the matching contributions that are made for employees of PwC Securities who make contributions to the plan, PwC Securities also makes contributions of 5% (8% for managing directors) of the compensation of its employees for a payroll period. If you were a Director or a Managing Director on October 31, 2004, you are credited with 7%. Those contributions are known as a profit sharing contribution. Unlike matching contributions, a profit sharing contribution is not dependent upon whether an employee of PwC Securities elects to contribute to the plan. For technical reasons, employees of PwC Securities cannot participate in the Retirement Benefit Accumulation Plan, where employees of the firm receive their credits of 5% (or 8%) of their compensation for a payroll period. This profit sharing contribution for employees of PwC Securities substitutes for a contribution in the same amount that would otherwise be made for them to the Retirement Benefit Accumulation Plan.

10

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00552

**Limitations on Contributions**

Your contributions, matching contributions, and for employees of PwC Securities their profit sharing contributions, may be subject to various limitations as a result of rules under the Internal Revenue Code. These limits can affect the amount of contributions made on your behalf. For example, all contributions made on your behalf to the Plan are limited to the lesser of 100% of your compensation for the calendar year or $40,000. Thus if you earn $30,000, all contributions for you may not exceed $30,000. If you earn $40,000 or more, the limit is $40,000. The additional $2,000 of pre-tax contributions that an employee who is age 50 or older may make for 2003 as contrasted to an employee who will not attain age 50 (i.e., $14,000 v. $12,000), do not count against the $40,000 limit. Likewise, for the additional contributions for 2004 – 2006.

**Maximum Compensation Amount**

The maximum annual compensation amount per plan year that may be considered when determining your firm matching contribution, and for employees of PwC Securities their profit sharing contributions, is $200,000.

**Plan Investment Elections**

The amounts contributed to the plan on your behalf are invested for future growth. There are, at present, 17 professionally managed investment funds in diverse asset classes to which you can direct the contributions made for you to be invested in increments of 1%. Visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html for detailed fund descriptions.

The Plan's trustees may, from time to time, replace any or all of the investment funds with other funds that meet the plan's investment criteria or add additional funds to the list.

Each of the investment alternatives involves its own set of potential risks and rewards. You should carefully evaluate all of them prior to making your investment elections, as the plan is what is known as a self-directed account plan in that it complies with ERISA Section 404(c) and Title 29 of the Code of Federal Regulations Section 2550.404c-1. This means that the fiduciaries of the plan may be relieved of liability for any losses that result from your investment elections.

Before deciding upon your investments, you should read the highlight for that fund which is available through Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)*. Or, you may request fund information directly from the individual investment company.

You can invest in as many or as few of the 17 available investment funds as you wish. Your investment elections for

each fund must be in a whole percentage of the total contributions made for you to the plan (i.e., you can invest 1%, 5%, 12%, 28%, etc. of the total contribution made for you in any one fund). Any election made by employees of PwC Securities applies to the profit sharing contributions made for them, as well as to their own savings and matching contributions.

You must make your investment elections among the funds at the time you enroll. You may change your investment allocations through Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)*. PwC attempts to make Benefits Express available to you 24 hours each day. Occasionally it may not be available, or for other reasons it may not be possible to execute your investment choices or other directions. PwC and its representatives are not responsible for investment choices or other directions that cannot be given or executed on those occasions. If you fail to direct the investment of your account under the plan, it will be invested for you in the money market fund as a default option. Your account is valued daily. Any interest, dividends, and investment earnings are automatically reinvested in the fund(s) from which they were derived.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Example of Investment Growth**

Here is an example of the effect that investment growth can have on your savings.

Suppose you save and invest $2,000 each year. Here is how that money, plus the firm's 25% matching contribution ($500 a year), can grow over 40 years at annual growth rates of 6%, 8%, and 10%.

| Year in Plan | Value of Account at a Growth Rate of: | | |
|---|---|---|---|
| | 6% | 8% | 10% |
| 1 | $2,500 | $2,500 | $2,500 |
| 2 | 5,150 | 5,200 | 5,250 |
| 3 | 7,959 | 8,116 | 8,275 |
| 4 | 10,937 | 11,265 | 11,603 |
| 5 | 14,093 | 14,667 | 15,263 |
| 6 | 17,438 | 18,340 | 19,289 |
| 7 | 20,985 | 22,307 | 23,718 |
| 8 | 24,744 | 26,592 | 28,590 |
| 9 | 28,728 | 31,219 | 33,949 |
| 10 | 32,952 | 36,216 | 39,844 |
| 20 | 91,964 | 114,405 | 143,187 |
| 30 | 197,645 | 283,208 | 411,235 |
| 40 | 386,905 | 647,641 | 1,106,481 |

12

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

In addition, what the table does not show is the immediate and significant income-tax deferral you derive during each of the years of your plan participation.

**Information About Your Account**

Information about your account is provided in three ways:

- The firm distributes a semi-annual statement, sent to your mailing address on file, showing the value of your plan investments.

- More current information about your account, including your account balance, is available on a daily basis by visiting Benefits Express Online at https://www2.benefitsweb.com/pwc.html or by calling Benefits Express at (877) PwC-BenX (792-2369)*.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Changing Your Plan Elections**

Visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html, or call Benefits Express at (877) PwC-BenX (792-2369)* for information about changes to and the timing of your plan elections.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Changing Your Savings Rate and/or Type of Savings**

Effective the first day of any subsequent pay period, you can *change the percentage of your eligible compensation that* you are saving and/or *change the type* of savings (from post-tax to pre-tax, or from pre-tax to post-tax). For plan participants other than partners, this means that you may submit your request up to 4 p.m. Eastern time on the last day of a payroll period for the change to take place in the next pay period. Thus, for a change to be effective in the paycheck you receive on the 15th of a month, your change must be made and accepted by Benefits Express by 4 p.m. Eastern time on the last day of the preceding calendar month; and, in order for a change to be effective in the paycheck you receive on the last business day of a month, your change must be made and accepted by Benefits Express by 4 p.m. Eastern time on the 15th day of that month.

**Changing Your Investment Elections**

You may elect to *change your investment choices for future contributions* to the plan's investment funds at any time to take effect with the contribution withheld from your next paycheck, and for employees of PwC Securities their next profit sharing contribution. Investment election changes can be in any whole percentage.

13

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00555

**Transferring and Reallocating the Value of Plan Investments**

You may elect to *transfer or reallocate the value of your existing account* between the plan's investment funds by visiting Benefits Express Online at https://www2.benefitsweb.com/pwc.html or by calling Benefits Express at (877) PwC-BenX (792-2369)*.

Transfers from one fund to another can be made in dollars or in any whole percentage of your account balance. Reallocations can be done in any whole percentage of your account balance. You have two fund reallocation options: a daily reallocation or an automatic quarterly reallocation. If you choose a daily fund reallocation, you can elect to reallocate existing balances in 1% increments. If you elect an automatic quarterly reallocation, it will be processed as of the last business day of each calendar quarter. Quarterly reallocation elections can be made anytime, however, your account will be reallocated automatically each quarter, based on your existing election until you change or cancel it.

You can direct all or a portion of your account balances among the various investment funds at any time. Transfer and reallocation requests made on any business day by the earlier of 4 p.m. Eastern time or the stock market closing, will be processed based upon that day's closing prices. Any requests made over a weekend, or on a day that the stock market or Benefits Express is closed, will take effect at the close of the stock market on its next open day.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Changing Your Beneficiary Designation**

When you enroll in the plan, you should name a beneficiary to receive the value of your plan account if you die. If you are married and you wish to designate—or later change your beneficiary designation to—someone other than your spouse, you will need your spouse's written consent, witnessed by a notary public. You can *change your beneficiary designation* at any time by completing the appropriate form and submitting it to Benefits Express. If you do not select a beneficiary, the plan rules for distribution of your account in the event of your death are as follows:

- first, your spouse, if living;

- second, your natural or adopted children, if living; and

- third, your estate.

If payable to more than one person in a class, all persons in the class shall share equally.

**Vesting**

Vesting refers to your right to receive benefits from the plan.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

14

J 00556

You are always 100% vested in—that is, you have non-forfeitable rights to—the current value of your own savings and any rollover contributions.

Your vested rights to the current value of the matching contributions in your account, and profit sharing contributions if you are an employee of PwC Securities, is based on your *years of service*. For vesting purposes, a year of service is defined as any computation period (October 1 - September 30) during which you are credited with at least 1,000 hours of service and are at least age 18. Vesting credit is based on your total years of completed service, even if you were not enrolled in the plan the entire time. You will vest in the value of the matching contributions made on your behalf according to the following schedule:

| Completed Years of Service | Vested Percentage |
|---|---|
| Less than 2 | 0% |
| 2 | 20% |
| 3 | 40% |
| 4 | 60% |
| 5 or more | 100% |

Employees of PwC Securities vest in the value of profit sharing contributions made on their behalf after they have completed five years of service, with no partial vesting for fewer years.

An hour of service means each hour for which you are paid or entitled to payment for time worked, as well as during paid absences for vacations, holidays, illness, disability, jury duty, or certain other approved absences, including certain periods of unpaid leave.

Employment since July 1, 1998 with any PricewaterhouseCoopers office worldwide is credited for vesting. Please notify Benefits Express if you are joining the plan with prior employment with PricewaterhouseCoopers (including outside the United States), or commencing employment outside the United States to ensure that your service is credited. Additionally, service with legacy PW and legacy C&L is also credited through June 30, 1998. Please notify Benefits Express if you are joining the plan with prior employment with any of those legacy firms. As described above, under the plan you earn one year of service for each vesting computation period (October 1 - September 30) during which you are credited with at least 1,000 hours of service. That method of crediting hours of service was used by legacy PW, and is used by PricewaterhouseCoopers. However, legacy C&L had credited service according to months of employment aggregating to a year, with any work during a month resulting in credit for the entire month (e.g.,

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

15

J 00557

an individual who was hired on August 15, 1994 and terminated on July 1, 1995 earned one year). The two methods were harmonized on April 1, 1999, with a transition rule for the computation period from October 1, 1998 - September 30, 1999. The whole years of service, as of April 1, 1999, of a legacy C&L employee were added to his or her hours of service during the computation period from October 1, 1998 - September 30, 1999. For that computation period, 95 hours of service were credited for each semi-monthly period. For example, if a legacy C&L employee was hired on August 15, 1994, he or she would have five years of vesting service on April 1, 1999, as follows. At April 1, 1999, the employee would have had four whole years of service (August 15, 1994 - July 31, 1998). In lieu of the fractional year (9 months from August 1998 - April 1, 1999), he or she would have been credited with one additional year of service (95 hours of service for each semi-monthly period from October 1, 1998 - April 1, 1999, or 95 hours x 13 semi-monthly periods = 1,235 hours).

The firm has also credited employment prior to July 1, 1998 with either legacy C&L or legacy PW for benefits earned prior to that date under a legacy retirement plan. Thus, if you were credited with one year of service with legacy PW during 1996, and went to work for legacy C&L during 1997, the service with legacy PW would be credited for vesting in benefits earned with C&L prior to July 1, 1998.

You also become 100% vested in the value of the matching contributions made on your behalf when you:

- reach age 65 (62 for employees of legacy C&L) and are still employed by the firm;

- become totally disabled as determined under the firm's long-term disability plan before age 65 (62 for employees of legacy C&L) and remain disabled for one year; or

- die while in active service.

Similarly, employees of PwC Securities become 100% vested in the value of profit sharing contributions made on their behalf when they reach age 65, become totally disabled before age 65 and remain disabled for one year, or die while in active service.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

16

**Loans**

You may want to apply for a loan from the "vested value" of your plan accounts to help you meet periodic financial needs. Vested value means the current value of your contributions (including any rollover contributions that you may have made to the plan) plus the current value of the matching contributions in which you are vested but not including the value of profit sharing contributions if you are an employee of PwC Securities. You may have up to two loans outstanding at one time, subject to the limitations set forth below.

**Loan Amount**

The minimum amount you may borrow at one time is $500. The maximum amount you may borrow at one time is 50% of the vested value of your plan account. However, the loan may be no more than $50,000 reduced by the sum of the highest balances of all loans you had outstanding from the plan during the one-year period ending on the day before the loan is made over the current loan balance on the date of the loan. Loans are available to participants who are actively employed by the firm or PwC Securities at the time the loan is applied for.

**Loan Interest Rates**

The interest rate remains fixed throughout the period of the loan. Interest rates for new loans are established on a quarterly basis.

- General Purpose Loans—the interest rate is the Monthly Short Term Applicable Federal Rate as of the second month preceding the calendar quarter during which the loan is made.

- Residential Loans—the interest rate is the Monthly Long-Term Applicable Federal Rate as of the second month preceding the calendar quarter during which the loan is made.

**Loan Repayment**

Your loan—if used for any reason other than the purchase of a home as your primary residence—is repayable over a 60-month period, unless your employment terminates. (For information on your loan when employment terminates see "Effect of Unpaid Loan on Plan Distribution to You".) Prepayment of the loan by lump sum is permitted at any time. The repayment period for a home purchase loan can extend from 61 to 360 months.

Repayment in equal, monthly amounts, inclusive of interest, is made with post-tax dollars through payroll deductions.

**Loan Payments During Unpaid Leaves**

If you are on an approved unpaid leave of absence or you are sent on an approved international tour of duty, you must continue to repay your loan. Send your loan repayment check made payable to "PwC 401(k) Savings Plan" to:

17

J 00559

**PricewaterhouseCoopers LLP**
Benefits Express
P.O. Box 452
Little Falls, NJ 07424-0452

*Effect of Loan on Your Plan Investments*

When you are granted a loan, it is deducted pro rata from the various investment funds in which your plan account is invested at the time.

As you repay the loan, the loan payments (including interest) are credited to the same investment fund or funds to which the contributions currently being made on your behalf are being directed. The loan account is reduced by the principal portion of the loan repayments.

*Effect of Unpaid Loan on Plan Distribution to You*

If you terminate employment with the firm at a time when you have an outstanding loan balance, it becomes due and payable upon termination of employment. If you choose not to repay the loan, it will be canceled by reducing your vested plan account balance by the outstanding loan balance, and it will be treated for tax purposes as a distribution in and of itself, or it will be deducted from your plan payment if you receive an actual distribution. In either case, it will become subject to income taxes.

**Withdrawals During Employment**

You can make certain withdrawals from the value of your own savings and vested matching contributions during your active career. If you are an employee of PwC Securities, you can also make withdrawals from the value of your own savings and vested matching contributions, but may not receive the vested value of your profit sharing contributions until you terminate employment. There are, however, restrictions on withdrawals of your pre-tax contributions prior to age 59½. Additionally, any withdrawal of amounts other than post-tax contributions is subject to income tax. All withdrawals made prior to age 59½ are subject to an excise tax, other than for limited exceptions such as a qualifying disability or qualifying medical expenses. Please see the Special Tax Notice Regarding Plan Payments at the back of this SPD for details.

To make a withdrawal, you must visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)*.

Withdrawals are made in a specified order: regular withdrawals, age 59½ withdrawals, and hardship withdrawals.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

J 00560

*Regular Withdrawals—Withdrawals of Post-tax Savings, Rollover Amounts And Vested Matching Contributions*

All or part of the value of your post-tax savings, rollover amounts and vested matching contributions may be withdrawn for any reason and debited in that order. Any withdrawal of post-tax savings contributed after 1986 must be treated, in part, as a taxable return of earnings on pre-1987 and post-1986 post-tax contributions. Additionally, certain participants may be required to withdraw "qualified voluntary employee contributions" that were made under the Coopers & Lybrand Multi-investment Accumulation Plan prior to withdrawing vested firm matching contributions.

If you have been a participant in the plan for fewer than five plan years, you may only withdraw the current value of vested matching contributions that have been in the plan for at least 24 months, determined as of the date the withdrawal is made. After attaining age 59½, you may withdraw the current value of vested matching contributions regardless of how long they have been in the plan.

If you withdraw a portion of the value of the matching contributions in your plan account at the time when you are only partially vested under the vesting schedule, the vested portion of the value of the matching contributions in your plan account after the withdrawal is determined under a special rule. Under that rule, the amount of the withdrawal is first added back to the value of your plan account and your vested percentage is applied to the total of the two. The amount of the withdrawal is then subtracted to determine the vested amount in your account.

**Example** — At a time when the value of the matching contributions in your plan account is $1,000 and you are 40% vested, you withdraw your vested amount, which is $250. You have $750 left in your plan account. One year later, your plan account has increased to $850 and you are 60% vested. The amount in which you are vested is $410, determined as follows:

$$60\% \text{ of } (\$850 + \$250) = \$660$$
$$\$660 - \$250 = \$410$$

*Age 59½ Withdrawal—Withdrawals of Pre-Tax Savings At or After Age 59½*

When you reach age 59½, you may withdraw part or all of the value of your pre-tax savings, provided you have already withdrawn the full value of your post-tax savings, rollover contributions, qualified voluntary employee contributions, if applicable, and vested matching contributions.

*Hardship Withdrawal—Withdrawal of Pre-tax Savings Before Age 59½*

Before you reach age 59½, you may request a withdrawal of all or part of the value of your pre-tax savings only if you can certify "financial hardship" to the plan's Administrative Committee. Any earnings credited to your account after December 31, 1988 that are related to pre-tax contributions

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

19

J 00561

are not available for financial hardship withdrawals.

Financial hardship withdrawals will be granted at the Committee's discretion, pursuant to Internal Revenue Service regulations, which provide guidance on the definition of financial hardship—a technical term subject to interpretation. In keeping with the regulations, financial hardship withdrawals are not limited only to sudden and unforeseen financial hardship situations. The Committee will consider requests for financial hardship withdrawals concerning such situations as uncovered or unreimbursable medical expenses, postsecondary education tuition costs, and primary home purchases that meet certain conditions and that pose extreme immediate financial needs.

As a condition of obtaining a financial hardship withdrawal, you may not make any pre-tax or post-tax contributions to the plan for 6 months following receipt of the withdrawal. Following this 6-month period, you will receive a letter notifying you that the suspension period is over and you may resume contributions to the plan. To do so, you must visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)* and confirm your elections. In addition, if you do not already have a loan outstanding, you must take a loan for the maximum amount available from the plan before you can make a hardship withdrawal. If the hardship withdrawal is for the purchase of a primary residence and the mortgagor will not allow you to borrow your down payment, IRS regulations allow this loan requirement to be waived in granting the hardship withdrawal.

To request a financial hardship withdrawal, please go to the Change Your Account Information section of the plan on Benefits Express Online and select the Hardship Withdrawal Form in the navigation bar.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

---

**Disability Withdrawal**

You may make a withdrawal from the value of your plan account if you are "totally disabled" before attaining age 65, as determined under the firm's long-term disability plan, and remain disabled for one year or more.

---

**Special Note on Withdrawals**

In addition to 20% (10% for hardship withdrawals from your pre-tax savings) income tax withholding on taxable withdrawals at any age, you may also be subject to a 10% excise tax on early distributions if you withdraw amounts from the plan prior to attaining age 59½. Although ordinary income taxes do not apply to an early distribution of your post-tax savings, ordinary income taxes do apply to other

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00562

withdrawals at any age and excise taxes can apply to withdrawals prior to age 59½ of:

- earnings on post-tax savings;

- rollover contributions and earnings thereon;

- vested matching contributions and earnings thereon; and

- pre-tax contributions withdrawn on account of financial hardship.

Because these taxes are significant, you should carefully consider whether a withdrawal of plan savings is the most efficient way to respond to your financial needs. For more information about the taxation of distributions, see the Special Tax Notice Regarding Plan Payments at the back of this SPD.

**Plan Payments Upon Termination Of Employment**

Upon termination of your employment, the value of your vested plan accounts is payable to you or, in the event of your death, to your beneficiary. Please refer to the Special Tax Notice Regarding Plan Payments at the back of this SPD for information about the tax consequences of plan distributions. A transfer of employment from one PricewaterhouseCoopers office worldwide to another PricewaterhouseCoopers office worldwide is not a termination of employment for which benefits are payable.

If the vested portion of your account exceeds $5,000 (excluding any rollover contributions and earnings thereon), you may elect to receive a lump sum upon your termination of employment or monthly installment payments for up to 10 years or defer payment until not later than age 70½. If you elect to receive installment payments, the unpaid installments continue to be invested in accordance with your fund elections, subject to any changes that you make for the future investment of your account. If your account is invested in more than one fund, the installment payments will be taken pro rata from each fund. After you begin receiving installments, you may elect to cease the installments and have your entire remaining account paid to you in a lump sum. If you elect to defer receipt of any payments until some future time, your account will remain invested in accordance with your fund elections. Payment will be made to you as a lump sum or installment at such future time as you elect. Additionally, if you were previously an employee of BP Amoco Corporation and an account was transferred for you from the 401(k) plan of BP Amoco to our plan, or if an account was transferred for you from the Kwasha Lipton Savings Plan, you have certain additional options for distribution of your benefits, about which you should contact Benefits Express by calling (877) PwC-BenX (792-2369)*.

J 00563

To receive a distribution, you must visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)*. The value of your account will be determined on the last business day of the month in which you request a distribution from the plan. However, if request a distribution during the month that you terminate employment, your account will be valued on the last business day of the next month. If on the day of valuation, shares are not traded on national stock exchanges, your benefit will be determined on the preceding day on which shares are traded. Your distribution will be made as soon thereafter as practicable.

Regardless of the payment methods described in this section, if the value of your vested account does not exceed $5,000 (excluding any roll over contributions and earnings thereon), a lump sum payment will be made to you upon your termination of employment. Your account will be valued on the last business day of the second month following the month during which your termination of employment occurs. Your distribution will be made as soon thereafter as practicable.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**At Age 70½**

If you are no longer employed by PwC when you attain age 70½, you must take either a lump sum or begin monthly installment payments for up to 10 years by no later than April 1 of the calendar year following your attainment of age 70½. If you do not commence distributions by April 1, you may be subject to a 50% excise tax on the amount of the distribution that should have been made but was not. Solely for purposes of determining the portion of any distribution that is not eligible to be rolled over to an IRA or another employer's retirement plan, your life expectancy will be determined in accordance with the Uniform Lifetime life expectancy table set forth in Section 1.401(a)(9)-9, Q&A 2 of the Income Tax Regulations or any successor table. If you are employed when you attain age 70½, you need not commence distributions until you terminate employment.

**Plan Payments At Death**

If you die, your vested plan account is payable to your beneficiary. If you die while employed, the value of all of the matching contributions, and profit sharing contributions if you are an employee of PwC Securities, made on your behalf become fully vested. Your vested account would be distributed in a lump sum to your beneficiary as soon as practicable unless your beneficiary elects to defer payment (for an account that exceeds $5,000). Your non-spouse

22

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00564

beneficiary can defer a lump sum payment until December 31 of the year which contains the fifth anniversary of your death. Your spouse/beneficiary can defer a lump sum payment until the later of December 31 of the year which contains the fifth anniversary of your death or December 31 of the year in which you would have reached age 70½.  Installment distributions may also be available.

**Legacy C&L Employees**

Special annuity payout options apply to employees who made after-tax, rollover or qualified voluntary employee contributions to the Coopers & Lybrand Multi-investment Accumulation Plan (MAP) or the Coopers & Lybrand Retirement Plan prior to 1993. If you are a legacy C&L employee who made any of these contributions, a withdrawal or distribution from any of your vested plan accounts must be paid in the form of a qualified joint and survivor annuity, unless your spouse consents to an alternative form of distribution.  Further, if you request a loan from the plan, the consent of your spouse will be required.  If you die while married prior to commencing annuity or installment payments and have not designated someone other than your spouse as beneficiary, your remaining account shall be paid in the form of an annuity for the life of your surviving spouse.

Your spouse may elect an alternate form of payment.  If you are single, any withdrawal or distribution will be paid in the form of a single life annuity, unless you elect an alternative form of distribution.

**Information About
Forfeitures
When Forfeitures Occur**

If your employment terminates for any reason other than retirement, death or total and permanent disability, the non-vested portion of your plan accounts is forfeited.  The forfeiture occurs on whichever of the following dates comes first:

- the date on which you receive a lump sum payment of your vested account balances; or

- the date on which you incur five consecutive "one-year breaks in service." A one-year break in service is a vesting computation period (October 1 to September 30) during which you do not complete at least 501 hours of service.

**Example**
You resigned on August 1, 1998, at a time when your total account balances were $10,000.  At that time $7,500 was vested and $2,500 was not vested.  You consented to receive a lump sum distribution of the $7,500 immediately.  The $2,500 was forfeited when the payment was made.

If you did not consent to receive your vested account

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

balances immediately and had not done so by September 30, 2003, the non-vested portion of your account balances would be forfeited on that date, since you would have had less than 501 hours of service for five consecutive vesting computation periods. Assume that the value of the forfeitable portion of the account has increased to $2,900 on September 30, 2003. Your account balance would be decreased by $2,900 as of that date.

**Restoration of Forfeitures**

If you are rehired at a future time, forfeitures that you incurred when you left can be restored under certain circumstances. If you meet the eligibility rules for restoration of forfeitures stated below, you must redeposit any withdrawn plan funds in order to be eligible for the restoration of the forfeited contributions. The eligibility rules are as follows:

- If you are rehired before you have incurred a one-year break in service, the amount of the forfeiture will be restored to your account as of the plan valuation date occurring on the last business day of the month in which you are rehired.

- If you are rehired after you have incurred at least five consecutive one-year breaks in service, the amount which you forfeited can never be restored.

- If, upon your rehire, neither of the two rules stated above applies, the amount of the forfeiture will be restored to your account on the plan valuation date occurring on the last business day of the month after you have completed a year of service, which is a plan year during which you work at least 1,000 hours, provided you redeposit the withdrawn funds.

**Example (continued)**
If the $7,500 vested balance was distributed to you immediately after your resignation in August 1998, the $2,500 would be forfeited at the same time. If you were rehired on December 1, 1998, the $2,500 would be restored to your account after your rehire, since you would not have incurred a one-year break in service, provided you redeposit the withdrawn funds. If you were rehired on December 1, 1999, the $2,500 would be restored to your account after you completed a year of service, if you redeposited the withdrawn funds ($7,500).

| | |
|---|---|
| *Vesting of Restored Forfeitures* | Restoration of a previous forfeiture to your plan account after you are rehired does not mean that you are immediately vested in the restored amount. You must earn vested rights through future service. |
| *Disposition of Forfeitures* | Any account balances forfeited by terminated participants are used to reduce the amounts that the firm, or a related entity, contributes to the plan. Forfeitures are not reallocated to the accounts of other participants. |
| | Conversely, the firm, or a related entity, will contribute any forfeitures which are restored to the accounts of reengaged participants. |
| **Special Rules for International Tours of Duty** | If you continue employment with the U.S. firm, or a related entity, and transfer to another PricewaterhouseCoopers firm outside the U.S. for a tour of duty on one of the international tour programs, you will not be eligible to make savings contributions to the plan while you are on tour. There are, however, a number of special rules which preserve your rights under the plan for the duration of your tour. |

- Your tour-of-duty time counts as hours of service for plan purposes. If you were a plan participant before your tour began, this means that you continue to accrue vesting credit with respect to matching contributions, and profit sharing contributions of PwC Securities, previously made on your behalf and for any contributions made after your tour-of-duty ends. Also, you will be eligible to resume savings contributions with the first payroll period following return from the tour.

- The plan's withdrawal rules would continue to apply to you in the same manner as if you were still working in the U.S.

| | |
|---|---|
| **Pension Benefit Guaranty Corporation** | As a defined contribution plan, the plan is not covered by the termination insurance of the Pension Benefit Guaranty Corporation—a government corporation established under ERISA. |
| **Assignment or Alienation of Benefits** | The assignment or alienation of any benefits provided by the plan will not be permitted, except as otherwise required by applicable law. This means that—except as required by applicable law—benefits provided under the plan are not subject to sale, assignment, anticipation, alienation, attachment, garnishment, pledge, or any other form of transfer. In the event of a "qualified domestic relations order," however, plan benefits may be payable to someone other than your designated beneficiary, even while you are still working. A *qualified domestic relations order* is a court |

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

25

**J 00567**

order for providing child support, alimony, or marital property rights to a spouse, former spouse, child, or other dependent, according to a state domestic relations order.  Another exception to the rule permits the plan to offset a participant's account where the participant has been involved in a breach of fiduciary duty or a crime involving the plan.

**Important Information**

This SPD summarizes the key features of the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP and Savings Plan for Employees of PricewaterhouseCoopers LLP.  It does not attempt to cover all details.  These are provided in the official plan documents which govern the operation of the plans.  In the event of a conflict or discrepancy between the plan documents and this SPD, the plan documents control.

PwC reserves the right to interpret plan provisions and make determinations related to plan administration, to the maximum extent permitted by law.

PwC and PwC Securities intend to continue to provide the benefits described in this SPD, but reserve the right to amend, modify or terminate these benefits, in whole or in part, at any time.  This SPD is not an employment contract or guarantee.  Nothing contained in this SPD conveys any rights to employment with PwC or PwC Securities.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00568

## Administrative Information

**Introduction**

The following information is provided in accordance with the disclosure requirements of the Employee Retirement Income Security Act of 1974 (ERISA).

**Plan Names**

Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP and Savings Plan for Employees of PricewaterhouseCoopers LLP.

**Plan Type**

The Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP and Savings Plan for Employees of PricewaterhouseCoopers LLP are defined contribution profit sharing retirement plans.

**Employer Identification Number**

The employer identification number assigned to PricewaterhouseCoopers LLP by the Internal Revenue Service is 13-4008324. The sponsor of the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP and Savings Plan for Employees of PricewaterhouseCoopers LLP is:

> **PricewaterhouseCoopers LLP**
> 1301 Avenue of the Americas
> New York, NY 10019

**Plan Numbers**

The plan number assigned to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP is 004. The plan number assigned to the Savings Plan for Employees of PricewaterhouseCoopers LLP is 196.

**Plan Years**

The plan year of the Plans is October 1 through September 30.

**Source of Plan Funds**

Employee and employer contributions.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00569

**Trustee, Funding and Payment of Plan Benefits**

The assets of the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP are held in a trust fund by its Trustees, from which benefits are paid. The assets of the Savings Plan for Employees of PricewaterhouseCoopers LLP are held in a trust fund by its Trustees, from which benefits are paid.

The Trustees of the Plans are:

Marsha R. Cohen; Sherry T. Davis; Roger C. Hindman; Richard R. Kilgust; Wendy L. Kornreich; Robert C. Morris Jr; Robert P. Sullivan; Randal S. Vallen and Brett D. Yacker.

To contact a Trustee, write to the Trustee at:

Attn: Benefits Department
3109 West Dr. ML King Jr. Blvd.
Tampa, Florida 33607-6215

**Plan Administrators**

**Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP**
Attn: Benefits Department
3109 West Dr. ML King Jr. Blvd.
Tampa, Florida 33607-6215
1 (800) 297-2383

**Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP**
Attn: Benefits Department
3109 West Dr. ML King Jr. Blvd.
Tampa, Florida 33607-6215
1 (800) 297-2383

**Plan Documents**

This SPD summarizes the key features of the Plans. It does not attempt to cover all details of the Plans. Complete details can be found in the official plan documents which govern the operation of the Plans. In the event of a conflict or discrepancy between the plan documents and the SPD, the plan documents control.

**Forms and Procedures to Obtain Benefits**

You or your beneficiary must visit Benefits Express Online at https://www2.benefitsweb.com/pwc.html or call Benefits Express at (877) PwC-BenX (792-2369)* to receive any benefits or to take any other action under the plans.

*If you are contacting Benefits Express from an International location call (201) 363-3541. Hearing-impaired callers can contact Benefits Express by calling (800) TDD-TDD4 (833-8334).

**Claim Appeals**

If an application for benefits is denied in whole or in part, you

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

28

or your beneficiary will receive written notification from the administrative committee within 90 days—or 180 days under special circumstances (in which case you will be told of the special circumstances prior to the expiration of the initial 90 days and the date by which a decision is expected). The notice will include the specific reasons for the denial with reference to the specific plan provisions on which the denial is based, a description of any additional material or information needed to process the claim and why it is necessary, an explanation of the claim review procedure and the time limits applicable to such procedures. This will include a statement of your right to bring a civil action under Section 502 of ERISA following a denial of your claim on review. Within 60 days after receiving a denial, you or your beneficiary may submit a written request for reconsideration of the claim to the administrative committee at the address listed below:

**Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP**
Attn: Benefits Department
3109 West Dr. ML King Jr. Blvd.
Tampa, Florida 33607-6215

**Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP.**
Attn: Benefits Department
3109 West Dr. ML King Jr. Blvd.
Tampa, Florida 33607-6215

Any such requests should be accompanied by documents or records in support of the appeal. You or your beneficiary may review pertinent documents and submit issues and comments in writing.

The administrative committee will respond within 60 days—or 120 days under special circumstances (in which case you will be told of the special circumstances prior to the expiration of the initial 60 days)—after receipt of the appeal, explaining the reasons for the decision, again with reference to the specific plan provisions on which that decision is based. The administrative committee has the right to interpret the provisions of the plan, and its decision is final, conclusive and binding on all persons, to the maximum extent allowed by law.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

**J 00571**

**Legal Process**

Any legal process relating to the plans should be directed to the Agent for Service of Legal Process:

> **Managing Director of Benefits**
> **PricewaterhouseCoopers LLP**
> National Administrative Center
> PO Box 30004
> Tampa, Florida 33630; or

- Plan Trustee; or

- Plan Administrator.

**Plan Termination Provisions**

The firm expects and intends to continue these plans in your benefits program indefinitely, but reserves its right to terminate each of the plans. The firm also reserves its right to amend or modify, in whole or in part, each of the plans at any time.

The firm's decision to terminate, amend or modify a plan may be due to changes in federal or state laws governing pension benefits, the requirements of the Internal Revenue Code or ERISA, or any other reason.

**Your Rights Under ERISA**

As a participant in the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP or the Savings Plan for Employees of PricewaterhouseCoopers LLP you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all documents governing the Plan, including insurance contracts and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00572

participant with a copy of this summary annual report.

Obtain a statement telling you whether you have a right to receive a pension at normal retirement age (age 65) and if so, what your benefits would be at normal retirement age if you stop working under the Plan now. If you do not have a right to a pension, the statement will tell you how many more years you have to work to get a right to a pension. This statement must be requested in writing and is not required to be given more than once every twelve (12) months. The Plan must provide the statement free of charge.

Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA.

Enforce Your Rights

If your claim for a pension benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

31

lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Special Tax Notice Regarding Plan Payments from the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP and Savings Plan for Employees of PricewaterhouseCoopers LLP**

This notice explains how you can continue to defer federal income tax on your retirement savings in the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP or Savings Plan for Employees of PricewaterhouseCoopers LLP (the "Plan") and contains important information you will need before you decide how to receive your Plan benefits.

This notice is provided to you by the Administrative Committees for the Plans (your "Plan Administrator") because all or part of the payment that you will soon receive from the Plan may be eligible for rollover by you or your Plan Administrator to a traditional IRA or an eligible employer plan. A rollover is a payment by you or the Plan Administrator of all or part of your benefit to another plan or IRA that allows you to continue to postpone taxation of that benefit until it is paid to you. Your payment cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account (formerly known as an education IRA). An "eligible employer plan" includes a plan qualified under section 401(a) of the Internal Revenue Code, including a 401(k) plan, profit-sharing plan, defined benefit plan, stock bonus plan, and money purchase plan; a section 403(a) annuity plan; a section 403(b) tax-sheltered annuity; and an eligible section 457(b) plan maintained by a governmental employer (governmental 457 plan).

An eligible employer plan is not legally required to accept a rollover. Before you decide to roll over your payment to another employer plan, you should find out whether the plan accepts rollovers and, if so, the types of distributions it

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

32

J 00574

accepts as a rollover. You should also find out about any documents that are required to be completed before the receiving plan will accept a rollover. Even if a plan accepts rollovers, it might not accept rollovers of certain types of distributions, such as after-tax amounts. If this is the case, and your distribution includes after-tax amounts, you may wish instead to roll your distribution over to a traditional IRA or split your rollover amount between the employer plan in which you will participate and a traditional IRA. If an employer plan accepts your rollover, the plan may restrict subsequent distributions of the rollover amount or may require your spouse's consent for any subsequent distribution. A subsequent distribution from the plan that accepts your rollover may also be subject to different tax treatment than distributions from this Plan. Check with the administrator of the plan that is to receive your rollover prior to making the rollover.

If you have additional questions after reading this notice, you can contact your plan administrator at Benefits Express at 877-792-2369.

**Summary**

There are two ways you may be able to receive a Plan payment that is eligible for rollover:

(1) Certain payments can be made directly to a traditional IRA that you establish or to an eligible employer plan that will accept it and hold it for your benefit ("DIRECT ROLLOVER"); or

(2) The payment can be PAID TO YOU.

If you choose a DIRECT ROLLOVER:

- Your payment will not be taxed in the current year and no income tax will be withheld.

- You choose whether your payment will be made directly to your traditional IRA or to an eligible employer plan that accepts your rollover. Your payment cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account because these are not traditional IRAs.

- The taxable portion of your payment will be taxed later when you take it out of the traditional IRA or the eligible employer plan. Depending on the type of plan, the later distribution may be subject to different tax treatment than it would be if you received a taxable distribution from this Plan.

33

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

If you choose to have a Plan payment that is eligible for rollover PAID TO YOU:

- You will receive only 80% of the taxable amount of the payment, because the Plan Administrator is required to withhold 20% of that amount and send it to the IRS as income tax withholding to be credited against your taxes.

- The taxable amount of your payment will be taxed in the current year unless you roll it over. Under limited circumstances, you may be able to use special tax rules that could reduce the tax you owe. However, if you receive the payment before age 59½, you may have to pay an additional 10% tax.

- You can roll over all or part of the payment by paying it to your traditional IRA or to an eligible employer plan that accepts your rollover within 60 days after you receive the payment. The amount rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

- If you want to roll over 100% of the payment to a traditional IRA or an eligible employer plan, you must find other money to replace the 20% of the taxable portion that was withheld. If you roll over only the 80% that you received, you will be taxed on the 20% that was withheld and that is not rolled over.

Your Right to Waive the 30-Day Notice Period. Generally, neither a direct rollover nor a payment can be made from the plan until at least 30 days after your receipt of this notice. Thus, after receiving this notice, you have at least 30 days to consider whether or not to have your withdrawal directly rolled over. If you do not wish to wait until this 30-day notice period ends before your election is processed, you may waive the notice period by making an affirmative election indicating whether or not you wish to make a direct rollover. Your withdrawal will then be processed in accordance with your election as soon as practical after it is received by the Plan Administrator.

**More Information**
Part I: Payments that can and cannot be rolled over

Payments from the Plan may be "eligible rollover distributions." This means that they can be rolled over to a traditional IRA or to an eligible employer plan that accepts rollovers. Payments from a plan cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account. Your Plan administrator should be able to tell you what portion of your payment is an eligible rollover distribution.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

34

After-tax Contributions. If you made after-tax contributions to the Plan, these contributions may be rolled into either a traditional IRA or to certain employer plans that accept rollovers of the after-tax contributions. The following rules apply:

a)  Rollover into a Traditional IRA. You can roll over your after-tax contributions to a traditional IRA either directly or indirectly. Your plan administrator should be able to tell you how much of your payment is the taxable portion and how much is the after-tax portion.

If you roll over after-tax contributions to a traditional IRA, it is your responsibility to keep track of, and report to the Service on the applicable forms, the amount of these after-tax contributions. This will enable the nontaxable amount of any future distributions from the traditional IRA to be determined.

Once you roll over your after-tax contributions to a traditional IRA, those amounts CANNOT later be rolled over to an employer plan.

b)  Rollover into an Employer Plan. You can roll over after-tax contributions from an employer plan that is qualified under Code section 401(a) or a section 403(a) annuity plan to another such plan using a direct rollover if the other plan provides separate accounting for amounts rolled over, including separate accounting for the after-tax employee contributions and earnings on those contributions. You can also roll over after-tax contributions from a section 403(b) tax-sheltered annuity to another section 403(b) tax-sheltered annuity using a direct rollover if the other tax-sheltered annuity provides separate accounting for amounts rolled over, including separate accounting for the after-tax employee contributions and earnings on those contributions. You CANNOT roll over after-tax contributions to a governmental 457 plan. If you want to roll over your after-tax contributions to an employer plan that accepts these rollovers, you cannot have the after-tax contributions paid to you first. You must instruct the Plan Administrator of this Plan to make a direct rollover on your behalf. Also, you cannot first roll over after-tax contributions to a traditional IRA and then roll over that amount into an employer plan.

The following types of payments cannot be rolled over:

Payments Spread over Long Periods. You cannot roll over a payment if it is part of a series of equal (or almost equal)

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00577

payments that are made at least once a year and that will last for:

- your lifetime (or a period measured by your life expectancy), or

- your lifetime and your beneficiary's lifetime (or a period measured by your joint life expectancies), or

- a period of 10 years or more.

Required Minimum Payments. Beginning when you reach age 70½ or retire, whichever is later, a certain portion of your payment cannot be rolled over because it is a "required minimum payment" that must be paid to you. Special rules apply if you own 5% or more of your employer.

Hardship Distributions. A hardship distribution cannot be rolled over.

Corrective Distributions. A distribution that is made to correct a failed nondiscrimination test or because legal limits on certain contributions were exceeded cannot be rolled over.

Loans Treated as Distributions. The amount of a plan loan that becomes a taxable deemed distribution because of a default cannot be rolled over. However, a loan offset amount is eligible for rollover, as discussed in Part III below. Ask the Plan Administrator of this Plan if distribution of your loan qualifies for rollover treatment.

The Plan Administrator of this Plan should be able to tell you if your payment includes amounts which cannot be rolled over.

**Part II: Direct Rollover**

A DIRECT ROLLOVER is a direct payment of the amount of your Plan benefits to a traditional IRA or an eligible employer plan that will accept it. You can choose a DIRECT ROLLOVER of all or any portion of your payment that is an eligible rollover distribution, as described in Part I above. You are not taxed on any taxable portion of your payment for which you choose a DIRECT ROLLOVER until you later take it out of the traditional IRA or eligible employer plan. In addition, no income tax withholding is required for any taxable portion of your Plan benefits for which you choose a DIRECT ROLLOVER. This Plan might not let you choose a DIRECT ROLLOVER if your distributions for the year are less than $ 200.

DIRECT ROLLOVER to a Traditional IRA. You can open a traditional IRA to receive the direct rollover. If you choose to have your payment made directly to a traditional IRA, contact

36

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00578

an IRA sponsor (usually a financial institution) to find out how to have your payment made in a direct rollover to a traditional IRA at that institution. If you are unsure of how to invest your money, you can temporarily establish a traditional IRA to receive the payment. However, in choosing a traditional IRA, you may wish to make sure that the traditional IRA you choose will allow you to move all or a part of your payment to another traditional IRA at a later date, without penalties or other limitations. See IRS Publication 590, Individual Retirement Arrangements, for more information on traditional IRAs (including limits on how often you can roll over between IRAs).

DIRECT ROLLOVER to a Plan. If you are employed by a new employer that has an eligible employer plan, and you want a direct rollover to that plan, ask the plan administrator of that plan whether it will accept your rollover. An eligible employer plan is not legally required to accept a rollover. Even if your new employer's plan does not accept a rollover, you can choose a DIRECT ROLLOVER to a traditional IRA. If the employer plan accepts your rollover, the plan may provide restrictions on the circumstances under which you may later receive a distribution of the rollover amount or may require spousal consent to any subsequent distribution. Check with the plan administrator of that plan before making your decision.

DIRECT ROLLOVER of a Series of Payments. If you receive a payment that can be rolled over to a traditional IRA or an eligible employer plan that will accept it, and it is paid in a series of payments for less than 10 years, your choice to make or not make a DIRECT ROLLOVER for a payment will apply to all later payments in the series until you change your election. You are free to change your election for any later payment in the series.

Change in Tax Treatment Resulting from a DIRECT ROLLOVER. The tax treatment of any payment from the eligible employer plan or traditional IRA receiving your DIRECT ROLLOVER might be different than if you received your benefit in a taxable distribution directly from the Plan. For example, if you were born before January 1, 1936, you might be entitled to ten-year averaging or capital gain treatment, as explained below. However, if you have your benefit rolled over to a section 403(b) tax-sheltered annuity, a governmental 457 plan, or a traditional IRA in a DIRECT ROLLOVER, your benefit will no longer be eligible for that special treatment. See the sections below entitled "Additional 10% Tax if You Are under Age 59½" and "Special Tax Treatment if You Were Born before January 1, 1936."

37

J 00579

Part III: Payment Paid To You

If your payment can be rolled over (see Part I above) and the payment is made to you in cash, it is subject to 20% federal income tax withholding on the taxable portion (state tax withholding may also apply). The payment is taxed in the year you receive it unless, within 60 days, you roll it over to a traditional IRA or an eligible employer plan that accepts rollovers. If you do not roll it over, special tax rules may apply.

Income Tax Withholding:
Mandatory Withholding

Mandatory Withholding. If any portion of your payment can be rolled over under Part I above and you do not elect to make a DIRECT ROLLOVER, the Plan is required by law to withhold 20% of the taxable amount. This amount is sent to the IRS as federal income tax withholding. For example, if you can roll over a taxable payment of $ 10,000, only $ 8,000 will be paid to you because the Plan must withhold $ 2,000 as income tax. However, when you prepare your income tax return for the year, unless you make a rollover within 60 days (see "Sixty-Day Rollover Option" below), you must report the full $ 10,000 as a taxable payment from the Plan. You must report the $ 2,000 as tax withheld, and it will be credited against any income tax you owe for the year. There will be no income tax withholding if your payments for the year are less than $ 200.

Voluntary Withholding

If any portion of your payment is taxable but cannot be rolled over under Part I above, the mandatory withholding rules described above do not apply. In this case, you may elect not to have withholding apply to that portion of your payment. If you do nothing, 10% will be taken out of this portion of your payment for federal income tax withholding. To elect out of withholding, ask the Plan Administrator for the election form and related information.

Sixty-Day Rollover Option

If you receive a payment that can be rolled over under Part I above, you can still decide to roll over all or part of it to a traditional IRA or to an eligible employer plan that accepts rollovers. If you decide to roll over, you must contribute the amount of the payment you received to a traditional IRA or eligible employer plan within 60 days after you receive the payment. The portion of your payment that is rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

You can roll over up to 100% of your payment that can be rolled over under Part I above, including an amount equal to the 20% of the taxable portion that was withheld. If you choose to roll over 100%, you must find other money within

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

the 60-day period to contribute to the traditional IRA or the eligible employer plan, to replace the 20% that was withheld. On the other hand, if you roll over only the 80% of the taxable portion that you received, you will be taxed on the 20% that was withheld.

Example: The taxable portion of your payment that can be rolled over under Part I above is $10,000, and you choose to have it paid to you. You will receive $8,000, and $2,000 will be sent to the IRS as income tax withholding. Within 60 days after receiving the $8,000, you may roll over the entire $10,000 to a traditional IRA or an eligible employer plan. To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (your savings, a loan, etc.). In this case, the entire $10,000 is not taxed until you take it out of the traditional IRA or an eligible employer plan. If you roll over the entire $10,000, when you file your income tax return you may get a refund of part or all of the $2,000 withheld.

If, on the other hand, you roll over only $8,000, the $2,000 you did not roll over is taxed in the year it was withheld. When you file your income tax return, you may get a refund of part of the $2,000 withheld. (However, any refund is likely to be larger if you roll over the entire $10,000.)

Additional 10% Tax If You Are under Age 59½. If you receive a payment before you reach age 59½ and you do not roll it over, then, in addition to the regular income tax, you may have to pay an extra tax equal to 10% of the taxable portion of the payment. The additional 10% tax generally does not apply to (1) payments that are paid after you separate from service with your employer during or after the year you reach age 55, (2) payments that are paid because you retire due to disability, (3) payments that are paid as equal (or almost equal) payments over your life or life expectancy (or your and your beneficiary's lives or life expectancies), (4) dividends paid with respect to stock by an employee stock ownership plan (ESOP) as described in Code section 404(k), (5) payments that are paid directly to the government to satisfy a federal tax levy, (6) payments that are paid to an alternate payee under a qualified domestic relations order, or (7) payments that do not exceed the amount of your deductible medical expenses. See IRS Form 5329 for more information on the additional 10% tax.

The additional 10% tax will not apply to distributions from a governmental 457 plan, except to the extent the distribution is attributable to an amount you rolled over to that plan (adjusted for investment returns) from another type of eligible employer plan or IRA. Any amount rolled over from a governmental 457 plan to another type of eligible employer

39

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00581

plan or to a traditional IRA will become subject to the additional 10% tax if it is distributed to you before you reach age 59½, unless one of the exceptions applies.

Special Tax Treatment If You Were Born before January 1, 1936. If you receive a payment from a plan qualified under section 401(a) or a section 403(a) annuity plan that can be rolled over under Part I and you do not roll it over to a traditional IRA or an eligible employer plan, the payment will be taxed in the year you receive it. However, if the payment qualifies as a "lump sum distribution," it may be eligible for special tax treatment. A lump sum distribution is a payment, within one year, of your entire balance under the Plan (and certain other similar plans of the employer) that is payable to you after you have reached age 59½ or because you have separated from service with your employer (or, in the case of a self-employed individual, after you have reached age 59½ or have become disabled). For a payment to be treated as a lump sum distribution, you must have been a participant in the plan for at least five years before the year in which you received the distribution. The special tax treatment for lump sum distributions that may be available to you is described below.

Ten-Year Averaging

If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to figure the tax on the payment by using "10-year averaging" (using 1986 tax rates). Ten-year averaging often reduces the tax you owe.

Capital Gain Treatment. If you receive a lump sum distribution and you were born before January 1, 1936, and you were a participant in the Plan before 1974, you may elect to have the part of your payment that is attributable to your pre-1974 participation in the Plan taxed as long-term capital gain at a rate of 20%.

There are other limits on the special tax treatment for lump sum distributions. For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year. You may not elect this special tax treatment if you rolled amounts into this Plan from a 403(b) tax-sheltered annuity contract or from an IRA not originally attributable to a qualified employer plan. If you have previously rolled over a distribution from this Plan (or certain other similar plans of the employer), you cannot use this special averaging treatment for later payments from the Plan. If you roll over your payment to a traditional IRA, governmental 457 plan, or 403(b) tax-sheltered annuity, you will not be able to use special tax treatment for later

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

40

J 00582

payments from that IRA, plan, or annuity. Also, if you roll over only a portion of your payment to a traditional IRA, governmental 457 plan, or 403(b) tax-sheltered annuity, this special tax treatment is not available for the rest of the payment. See IRS Form 4972 for additional information on lump sum distributions and how you elect the special tax treatment.

Repayment of Plan Loans. If your employment ends and you have an outstanding loan from your Plan, your employer may reduce (or "offset") your balance in the Plan by the amount of the loan you have not repaid. The amount of your loan offset is treated as a distribution to you at the time of the offset and will be taxed unless you roll over an amount equal to the amount of your loan offset to another eligible employer plan or a traditional IRA within 60 days of the date of the offset. If the amount of your loan offset is the only amount you receive or are treated as having received, no amount will be withheld from it. If you receive other payments of cash or property from the Plan, the 20% withholding amount will be based on the entire amount paid to you, including the amount of the loan offset. The amount withheld will be limited to the amount of other cash or property paid to you (other than any employer securities). The amount of a defaulted plan loan that is a taxable deemed distribution cannot be rolled over.

**Part IV: Surviving Spouses, Alternate Payees and Other Beneficiaries**

In general, the rules summarized above that apply to payments to employees also apply to payments to surviving spouses of employees and to spouses or former spouses who are "alternate payees." You are an alternate payee if your interest in the Plan results from a "qualified domestic relations order," which is an order issued by a court, usually in connection with a divorce or legal separation.

If you are a surviving spouse or an alternate payee, you may choose to have a payment that can be rolled over, as described in Part I above, paid in a DIRECT ROLLOVER to a traditional IRA or to an eligible employer plan or paid to you. If you have the payment paid to you, you can keep it or roll it over yourself to a traditional IRA or to an eligible employer plan. Thus, you have the same choices as the employee.

If you are a beneficiary other than a surviving spouse or an alternate payee, you cannot choose a direct rollover, and you cannot roll over the payment yourself.

If you are a surviving spouse, an alternate payee, or another beneficiary, your payment is generally not subject to the additional 10% tax described in Part III above, even if you are younger than age 59½.

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00583

If you are a surviving spouse, an alternate payee, or another beneficiary, you may be able to use the special tax treatment for lump sum distributions as described in Part III above. If you receive a payment because of the employee's death, you may be able to treat the payment as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had 5 years of participation in the Plan.

**How To Obtain Additional Information**

This notice summarizes only the federal (not state or local) tax rules that might apply to your payment. The rules described above are complex and contain many conditions and exceptions that are not included in this notice. Therefore, you may want to consult with the Plan Administrator or a professional tax advisor before you take a payment of your benefits from your Plan. Also, you can find more specific information on the tax treatment of payments from qualified employer plans in IRS Publication 575, Pension and Annuity Income, and IRS Publication 590, Individual Retirement Arrangements. These publications are available from your local IRS office, on the IRS's Internet Web Site at www.irs.gov, or by calling 1-800-TAX-FORMS.

C:\winword\401K SPD 8-2004

42

Last Revised: 07/28/04
This information is for internal use only
Copyright © 2004 PricewaterhouseCoopers LLP

J 00584