| | | |
|---|---|---|
| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Pension and Welfare Benefits Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | 84042394<br>103.05.0001<br>Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2002**<br>This Form is Open to Public Inspection |

### Part I — Annual Report Identification Information

For the calendar plan year 2002 or fiscal plan year beginning **10/01/2002**, and ending **09/30/2003**,

**A** This return/report is for:
- (1) ☐ a multiemployer plan;
- (2) ☒ a single-employer plan (other than a multiple-employer plan);
- (3) ☐ a multiple-employer plan; or
- (4) ☐ a DFE (specify) _____

**B** This return/report is:
- (1) ☐ the first return/report filed for the plan;
- (2) ☐ an amended return/report;
- (3) ☐ the final return/report filed for the plan;
- (4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ..................................................... ▶ ☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information (see instructions) ..................... ▶ ☒

### Part II — Basic Plan Information — enter all requested information.

**1a** Name of plan
SAVINGS PLAN FOR EMPLOYEES OF
PRICEWATERHOUSECOOPERS, LLP

**1b** Three-digit plan number (PN) ▶ **196**

**1c** Effective date of plan (mo., day, yr.) **10/01/1994**

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)

PRICEWATERHOUSECOOPERS LLP

C/O TAX DEPARTMENT

3109 W. DR. M.L. KING JR. BLVD.

TAMPA                                      FL   33607-6215

**2b** Employer Identification Number (EIN) **13-4008324**

**2c** Sponsor's telephone number **813-351-6919**

**2d** Business code (see instructions) **541211**

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

SIGN HERE  [signature]   **7/9/04**   **Samuel P. Starr**
Signature of plan administrator | Date | Type or print name of individual signing as plan administrator

SIGN HERE  [signature]   **7/9/04**   **Samuel P. Starr**
Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v5.0    Form **5500** (2002)

0 2 0 2 3 0 0 1 0 8

Form 5500 (2002)     Page 2

84042394
103.05.0002
Official Use Only

| | | |
|---|---|---|
| 3a | Plan administrator's name and address (If same as plan sponsor, enter "Same") <br> SAME | 3b Administrator's EIN |
| | | 3c Administrator's telephone number |

4. If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:
   - a Sponsor's name
   - b EIN
   - c PN

5. Preparer information (optional)   a Name (including firm name, if applicable) and address
   - b EIN
   - c Telephone number

| | | |
|---|---|---:|
| 6 | Total number of participants at the beginning of the plan year | 5593 |
| 7 | Number of participants as of the end of the plan year (welfare plans complete only lines 7a, 7b, 7c, and 7d) | |
| a | Active participants | 4434 |
| b | Retired or separated participants receiving benefits | 7 |
| c | Other retired or separated participants entitled to future benefits | 679 |
| d | Subtotal. Add lines 7a, 7b, and 7c | 5120 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | 0 |
| f | Total. Add lines 7d and 7e | 5120 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 4280 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 336 |
| i | If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) | 156 |

8. Benefits provided under the plan (complete 8a and 8b as applicable)
   - a [X] Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes printed in the instructions): 2E  2F  2J  2K  3H
   - b [ ] Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes printed in the instructions):

9a Plan funding arrangement (check all that apply)
   - (1) [ ] Insurance
   - (2) [ ] Code section 412(i) insurance contracts
   - (3) [X] Trust
   - (4) [ ] General assets of the sponsor

9b Plan benefit arrangement (check all that apply)
   - (1) [ ] Insurance
   - (2) [ ] Code section 412(i) insurance contracts
   - (3) [X] Trust
   - (4) [ ] General assets of the sponsor

0 2 0 2 3 0 0 2 0 9