**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TIMOTHY D. LAURENT,                         )
On behalf of himself and on behalf of all   )
others similarly situated,                   )
                                             )
        Plaintiff,   )    Civil Action No. 05-1291 (PLF)
                                             )
   vs.                                   )    Judge Paul L. Friedman
                                             )
PRICEWATERHOUSECOOPERS LLP, et al,           )
                                             )
     Defendants               )
                                             )
_____            )

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants, through undersigned counsel, respectfully move the Court to enter the

schedule the parties have agreed upon for briefing on plaintiff's class certification motion.  In

support of this motion Defendants state:

1.      Plaintiff filed his motion for class certification on October 5, 2005.

2.      Defendants wish to extend the time periods in which to respond to plaintiff's

motion so that they may conduct class discovery and enable them to better prepare their

submissions to the Court.  The parties have agreed upon the following schedule for class

discovery and for briefing on plaintiff's class certification motion:

A.      Defendants' response to plaintiff's class certification motion shall be due

on November 29, 2005.

B.      Plaintiff's reply brief in support of his class certification motion, if any,

shall be due on December 20, 2005.

3.      Plaintiff does not oppose defendants' motion.

WHEREFORE, defendants respectfully request an order from the Court, entering the parties' agreed schedule.

Dated:  October 17, 2005                    Respectfully submitted,


                                            ___/s/ David E. Mendelson_____
                                            David E. Mendelson
                                            KIRKLAND & ELLIS LLP
                                            655 Fifteenth Street, N.W.
                                            Washington, D.C.  20005-5793
                                            (202) 879-5000 (phone)
                                            (202) 879-5200 (fax)
                                            dmendelson@kirkland.com

                                            Robert J. Kopecky
                                            Douglas G. Smith
                                            Lauren O. Casazza
                                            Jason W. Callen
                                            KIRKLAND & ELLIS LLP
                                            200 East Randolph Drive
                                            Chicago, IL  60601
                                            (312) 861-2000 (phone)
                                            (312) 861-2200 (fax)


                                            *Counsel for Defendants PricewaterhouseCoopers
                                            LLP, PricewaterhouseCoopers LLP Board of
                                            Partners and Principals, the Retirement Benefit
                                            Accumulation Plan for Employees of
                                            PricewaterhouseCoopers LLP, the Savings Plan for
                                            Employees and Partners of
                                            PricewaterhouseCoopers LLP, the Savings Plan for
                                            Employees of PricewaterhouseCoopers LLP, the
                                            Administrative Committee to the Retirement Benefit
                                            Accumulation Plan for Employees of
                                            PricewaterhouseCoopers LLP, the Administrative
                                            Committee to the Savings Plan for Employees and
                                            Partners of PricewaterhouseCoopers LLP, the
                                            Administrative Committee to the Savings Plan for
                                            Employees of PricewaterhouseCoopers LLP,
                                            Lawrence H. Anderson, John J. Barry, William L.
                                            Bax, Michael J. Boberschmidt, W. Keith Booth,*

*David J. Breen, Willard W. Brittain, Jay Brodish,*
*J. Frank Brown, Philip J. Clements, Ira Cohen,*
*Marsha R. Cohen, Michael S. Collins, Brian L.*
*Cornell, James E. Daley, G. William Dauphinais,*
*Jonathan J. Davies, Sherry T. Davis, Samuel A.*
*DiPiazza, Robert B. Dubner, John R. Dunleavy,*
*J. Christopher Everett, Iris D. Goldfein, Robert H.*
*Herz, Roger C. Hindman, Stephen D. Higgins,*
*Craig M. Jacobsen, Eugene S. Katz, Scott W.*
*Kaufman, Richard P. Kearns, Peter Kelly,*
*Richard R. Kilgust, Wendy L. Kornreich,*
*James P. Kovacs,Frederic L. Laughlin,*
*D. Leon Leonhardt, Keith D. Levingston,*
*Dennis J. Lubozynski, Ronald T. Maheu,*
*Philip P. Mannino, Anthony F. Martin, James L.*
*McDonald, Donald A. McGovern, James P.*
*McNally, Nicholas G. Moore, Robert C. Morris, Jr.,*
*Dennis M. Nally, Eldon Olson, Shaun F. O'Malley,*
*Matthew O'Rourke, Gary Pell, Lawrence F.*
*Portnoy, Louise A. Root, Denis J. Salamone,*
*Robert M. Sarsany, Frank V. Scalia, James J.*
*Schiro, Christine G. Snyder, Garrett L. Stauffer,*
*George G. Strong Jr., Paul J. Sullivan, Robert P.*
*Sullivan, Ann M. Thornburg, Randell S. Vallen,*
*Francis J. Van Kirk, Peggy M. Vaughn, Gary W.*
*Van Wagnen, Gerald M. Ward, Brett D. Yacker,*
*And George J. Yost III.*

_____/s/ Patrick James Attridge_____
Patrick James Attridge (357973)
KING & ATTRIDGE
39 West Montgomery Avenue
Rockville, MD 20850
(301)-279-0780 (phone)
(301)-279-2988 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2005, I electronically filed DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION with the Clerk using the CM/ECF system which will send notification of such filings to the following:

Mr. Eli Gottesdiener
Gottesdiener Law Firm
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
eli@gottesdienerlaw.com
**Attorney for Plaintiffs**

Dated:  October 17, 2005                    Respectfully submitted,


                                    _____/s/ David E. Mendelson_____
                                    David E. Mendelson
                                    KIRKLAND & ELLIS LLP
                                    655 Fifteenth Street, N.W.
                                    Washington, D.C.  20005-5793
                                    (202) 879-5000 (phone)
                                    (202) 879-5200 (fax)
                                    dmendelson@kirkland.com

                                    Robert J. Kopecky
                                    Douglas G. Smith
                                    Lauren O. Casazza
                                    Jason W. Callen
                                    KIRKLAND & ELLIS LLP
                                    200 East Randolph Drive
                                    Chicago, IL  60601
                                    (312) 861-2000 (phone)
                                    (312) 861-2200 (fax)


                                    *Counsel for Defendants PricewaterhouseCoopers*
                                    *LLP, PricewaterhouseCoopers LLP Board of*
                                    *Partners and Principals, the Retirement Benefit*
                                    *Accumulation Plan for Employees of*
                                    *PricewaterhouseCoopers LLP, the Savings Plan for*
                                    *Employees and Partners of*
                                    *PricewaterhouseCoopers LLP, the Savings Plan for*
                                    *Employees of PricewaterhouseCoopers LLP, the*
                                    *Administrative Committee to the Retirement Benefit*

*Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP, Lawrence H. Anderson, John J. Barry, William L. Bax, Michael J. Boberschmidt, W. Keith Booth, David J. Breen, Willard W. Brittain, Jay Brodish, J. Frank Brown, Philip J. Clements, Ira Cohen, Marsha R. Cohen, Michael S. Collins, Brian L. Cornell, James E. Daley, G. William Dauphinais, Jonathan J. Davies, Sherry T. Davis, Samuel A. DiPiazza, Robert B. Dubner, John R. Dunleavy, J. Christopher Everett, Iris D. Goldfein, Robert H. Herz, Roger C. Hindman, Stephen D. Higgins, Craig M. Jacobsen, Eugene S. Katz, Scott W. Kaufman, Richard P. Kearns, Peter Kelly, Richard R. Kilgust, Wendy L. Kornreich, James P. Kovacs,Frederic L. Laughlin, D. Leon Leonhardt, Keith D. Levingston, Dennis J. Lubozynski, Ronald T. Maheu, Philip P. Mannino, Anthony F. Martin, James L. McDonald, Donald A. McGovern, James P. McNally, Nicholas G. Moore, Robert C. Morris, Jr., Dennis M. Nally, Eldon Olson, Shaun F. O'Malley, Matthew O'Rourke, Gary Pell, Lawrence F. Portnoy, Louise A. Root, Denis J. Salamone, Robert M. Sarsany, Frank V. Scalia, James J. Schiro, Christine G. Snyder, Garrett L. Stauffer, George G. Strong Jr., Paul J. Sullivan, Robert P. Sullivan, Ann M. Thornburg, Randell S. Vallen, Francis J. Van Kirk, Peggy M. Vaughn, Gary W. Van Wagnen, Gerald M. Ward, Brett D. Yacker, And George J. Yost III.*

_____/s/ Patrick James Attridge_____

Patrick James Attridge (357973)
KING & ATTRIDGE
39 West Montgomery Avenue
Rockville, MD  20850
(301)-279-0780 (phone)
(301)-279-2988 (fax)