## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY D. LAURENT,                          )
On behalf of himself and on behalf of all    )
others similarly situated,                    )
                                             )
                    Plaintiff,               )    Civil Action No. 05-1291 (PLF)
                                             )
        vs.                                   )    Judge Paul L. Friedman
                                             )
PRICEWATERHOUSECOOPERS LLP, et al,           )
                                             )
        Defendants                            )
                                             )
_____)

### <u>ORDER</u>

The above matter coming before the Court on Defendants' Unopposed Motion For

Extension Of Time To Respond To Plaintiff's Motion For Class Certification.

IT IS THEREFORE ORDERED that the motion is GRANTED.  Defendants' response to

plaintiff's class certification motion shall be due on November 29, 2005.  Plaintiff's reply brief

in support of its motion for class certification shall be due on December 20, 2005.

**IT IS SO ORDERED.**

DATED  this ____ day of October, 2005.


                                        _____
                                        JUDGE PAUL L. FRIEDMAN