**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TIMOTHY D. LAURENT,** *et al.* | : | |
| | : | |
| **On behalf of himself and on** | : | |
| **behalf of all others similarly situated,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 05-1291 (PLF)** |
| **v.** | : | |
| | : | |
| **PRICEWATERHOUSECOOPERS LLP,** *et al.* | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**[PLAINTIFF'S PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties' Joint Report to the Court pursuant to Fed. R. Civ. P.

26(f) and Local Rules 16.3(d) and 26.2, the Court pursuant to Fed. R. Civ. P. 16(b) and Local

Rule 16.4(a), hereby **ORDERS** as follows:

1.    **Discovery.**

Fact and class discovery will precede expert discovery.  Fact discovery and class

discovery will proceed simultaneously.

The parties have agreed to dispense with Fed. R. Civ. P. 26(a)(1)'s initial disclosure

requirements.  The parties may propound discovery without further delay.  All forms of

discovery are permitted.

No changes to the number or duration of depositions appear to be necessary at this time

and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may

take 10 depositions of seven hours in length, each to be taken and completed the same day.

No changes to the number of interrogatories appear necessary and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may serve upon the other written interrogatories, not exceeding 25 in number including all discrete subparts.

Each side may serve requests for admissions without limitation, as provided under Fed. R. Civ. P. 36.

Fact discovery via document production, interrogatories, requests for admissions and depositions shall be completed in six (6) months following the date of this Order, with additional time added equal to the time that any motion to compel is fully briefed and pending before the Court.

With respect to experts:

(a)     Plaintiff will designate his experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures no later than 30 days after completion of fact discovery;

(b)     Defendants will designate their experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures no later than 30 days after receipt of Plaintiff's designations and required disclosures;

(c)     Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures within 21 days of the receipt of Defendants' designations and required disclosures;

(d)     The parties will make their experts available for deposition within 30 days of the designations and disclosures pertaining to that expert.

**2.     Joinder of Other Parties/Amendment of the Pleadings**

Joinder of other parties shall occur, if at all, as provided under the Rules.

2

The parties may amend their pleadings once without leave of Court up to 30 days following completion of fact discovery.

### 3.    Dispositive Motions.

The Court will rule on the parties' pending dispositive motions as soon as practicable and will convene oral argument on the motions if necessary.

All dispositive motions must be filed within 45 days following the completion of all discovery.  Oppositions are due 30 days from the date that the dispositive motion is filed, with replies, if any, due 21 days from the date the opposition is filed.

### 4.    Motion for Class Certification.

Plaintiff filed his class motion on October 5, 2005.  Defendants shall file their opposition by November 29, 2005.  Plaintiff shall file his reply by December 20, 2005.

### 5.    Protective Order.

The parties may prepare a suitable proposed protective order protecting participants' identities from disclosure.

### 6.    Pretrial Conference.

The pretrial conference, if any, should be held within 30 days after rulings on dispositive motions.

### 7.    Trial.

A date for trial, if any, will be set at the pretrial conference from 30 to 60 days after that conference.

_____
Paul L. Friedman
United States District Judge

Dated: _____ ___, 2005.

3