UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT, <br> On behalf of himself and on behalf of <br> all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PRICEWATERHOUSECOOPERS LLP, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1291 (PLF) <br> ) <br> ) Judge Paul L. Friedman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' PROPOSED SCHEDULING AND DISCOVERY ORDER
## (CLASS ACTION)

Pursuant to Federal Rule of Civil Procedure 26(f), an initial conference of the parties was held on _____, 2005, attorneys _____ participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Defendant(s)' Memorandum in Opposition to Class Certification shall be filed on or before November 29, 2005.

2. Plaintiff(s)' Reply Memorandum in Support of Class Certification, if any, must be filed on or before December 20, 2005.

3. The Class Certification hearing shall be as scheduled by the Court.

4. Fact discovery shall commence following the Court's ruling on defendants' motions to dismiss.

5. All fact discovery shall be completed within seven months from the Court's ruling on defendants' pending motions to dismiss. Any written interrogatories or request for production

shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

6. Expert witnesses for trial, if any, shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

> Plaintiff(s)' expert(s):  30 days after completion of fact discovery
>
> Defendant(s)' expert(s):  45 days after receipt of plaintiff's designations and disclosures.

7. Depositions of trial expert witnesses (and any person not previously deposed upon whom any expert relies for his or her opinion) shall be taken within 30 days of the designations and disclosures pertaining to that expert.

8. All dispositive motions shall be filed within 45 days of the close of the date for completion all discovery. Dispositive motions filed after this date will not be considered by the Court. Responses to such motions shall be filed within 30 days and any replies shall be filed within 21 days.

9. Final Pretrial Conference shall be on a date set by the Court.

10. Trial shall be on a date set by the Court.

11. Any of the provisions of this Order may be altered upon motion of a party for good cause shown.

Dated: _____, 2005                         Respectfully submitted,

                                                 _____s/David E. Mendelson__
                                                 David E. Mendelson (471863)
                                                 KIRKLAND & ELLIS LLP
                                                 655 Fifteenth Street, N.W.
                                                 Washington, D.C.  20005-5793

(202) 879-5000 (phone)
(202) 879-5200 (fax)
dmendelson@kirkland.com

Robert J. Kopecky
Douglas G. Smith
Lauren Casazza
Jason W. Callen
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

Counsel for Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP Board of Partners and Principals, the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Savings Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP, the Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP, Lawrence H. Anderson, John J. Barry, William L. Bax, Michael J. Boberschmidt, W. Keith Booth, David J. Breen, Willard W. Brittain, Jay Brodish, J. Frank Brown, Philip J. Clements, Ira Cohen, Marsha R. Cohen, Michael S. Collins, Brian L. Cornell, James E. Daley, G. William Dauphinais, Jonathan J. Davies, Sherry T. Davis, Samuel A. DiPiazza, Robert B. Dubner, John R. Dunleavy, J. Christopher Everett, Iris D. Goldfein, Robert H. Herz, Roger C. Hindman, Stephen D. Higgins, Craig M. Jacobsen, Eugene S. Katz, Scott W. Kaufman, Richard P. Kearns, Peter Kelly, Richard R. Kilgust, Wendy L. Kornreich, James P. Kovacs, Frederic L. Laughlin, D. Leon Leonhardt, Keith D.

3

Levingston, Dennis J. Lubozynski, Ronald T. Maheu, Philip P. Mannino, Anthony F. Martin, James L. McDonald, Donald A. McGovern, James P. McNally, Nicholas G. Moore, Robert C. Morris, Jr., Dennis M. Nally, Eldon Olson, Shaun F. O'Malley, Matthew O'Rourke, Gary Pell, Lawrence F. Portnoy, Louise A. Root, Denis J. Salamone, Robert M. Sarsany, Frank V. Scalia, James J. Schiro, Christine G. Snyder, Garrett L. Stauffer, George G. Strong Jr., Paul J. Sullivan, Robert P. Sullivan, Ann M. Thornburg, Randell S. Vallen, Francis J. Van Kirk, Peggy M. Vaughn, Gary W. Van Wagnen, Gerald M. Ward, Robert K. Waters, Brett D. Yacker, and George J. Yost III.

_____s/Patrick J. Attridge__
Patrick J. Attridge
KING & ATTRIDGE
39 W. Montgomery Ave
Rockville, Md. 20850
(301)-279-0780 (phone)
(301)-279-2988 (fax)

Counsel for Defendants Donald T. Nicolaisen and Walter G. Ricciardi