# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

212 446-4800

www.kirkland.com

Lauren Oland Casazza
To Call Writer Directly:
212 446-4661
lcasazza@kirkland.com

Facsimile:
212 446-4900

November 10, 2005

<u>VIA EMAIL AND U.S. MAIL</u>

Eli Gottesdiener, Esq.
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, New York 11215

Re:   <u>Laurent v. PricewaterhouseCoopers LLP, et al.</u>

Dear Eli:

I am writing in response to your letter of November 9, 2005 to Bob Kopecky. In particular, let me respond to the four specific topics set forth on page 2 of your letter.

(a)   Please advise upon what authority you contend defendants are required to combine responses to Rule 33 interrogatories, Rule 34 document requests and Rule 36 requests to admit into a single consolidated document with responses to the various forms of discovery interspersed with each other.

(b)   We do not yet know the extent of the documents, if any, PwC will withhold from production solely on the basis of privilege. We will provide a log of any such documents as promptly as practicable, depending on the volume. Please let me know if you are also committing to provide a privilege log for any documents you withhold from production on the basis of privilege in response to PwC's document requests.

(c)   We will certainly make every effort to produce responsive documents as promptly as possible, subject to any objections we make to the scope of your requests and the logistics of locating, gathering and reviewing potentially responsive documents.

(d)   We have received your proposed draft protective order and hope that we can reach agreement on an acceptable final form for an agreed order before November 21, which will moot any concerns raised by this paragraph. In connection with the point you raise, please provide any authority you have for asserting that a party has an obligation to seek a protective order before making objections to requests for discovery.

Chicago        London        Los Angeles        San Francisco        Washington, D.C.

Eli Gottesdiener, Esq.
November 10, 2005
Page 2


        We are prepared to have a conference regarding your requests after we have served our objections and responses.

                                            Sincerely,

                                            Lauren O. Casazza

LOC/bc