# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

212 446-4800

www.kirkland.com

Lauren Oland Casazza
To Call Writer Directly:
212 446-4661
lcasazza@kirkland.com

Facsimile:
212 446-4900

November 10, 2005

<u>VIA EMAIL AND U.S. MAIL</u>

Eli Gottesdiener, Esq.
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, New York 11215

Re:   <u>Pender, et al. v. Bank of America Corp., et al.</u>

Dear Eli:

You have asked that we respond to points 1-3 in your letter of November 8, 2005 to Anne Rea. Points 1 and 3 require no meet and confer discussions because PwC did not withhold from its November 7 production any documents based on either ground for objection.

As for point 2 in your letter, PwC has served responses and objections to your interrogatories, document requests and requests to admit pursuant to Rules 33, 34 and 36 respectively. We have not "rewritten" your requests. To the contrary, in each case, we have first reproduced verbatim the numbered discovery request to which PwC was responding, and then stated PwC's objections and responses to that request. Please provide any authority you have, either in the Federal Rules or any case law, for your demand that PwC commingle its responses to three different forms of discovery into a single document as you did in your requests.

Sincerely,

Lauren O. Casazza

LOC/bc

cc:   Mark W. Merritt
      Peter J. Covington
      F. Lane Williamson
      Anne E. Rea

Chicago        London        Los Angeles        San Francisco        Washington, D.C.