# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

212 446-4800

www.kirkland.com

Lauren Oland Casazza
To Call Writer Directly:
212 446-4661
lcasazza@kirkland.com

Facsimile:
212 446-4900

November 11, 2005

<u>VIA EMAIL AND U.S. MAIL</u>

Eli Gottesdiener, Esq.
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, New York 11215

Re:   <u>Laurent v. PricewaterhouseCoopers LLP, et al.</u>

Dear Eli:

You should not assume anything about the form in which we will respond to your requests. We asked you to provide us with some authority for your view that we are obligated under the Rules to combine responses to all forms of discovery in a single document. If you respond, we will consider whatever authority you wish to share.

As for the remainder of your letter, we do not understand what dispute exists that requires a conference under Local Rule 7(m) at this time, since we have not yet even served our responses and objections to your requests. In particular, we do not understand how any motion to compel regarding your discovery requests can even be ripe until you have seen our responses.

Again, we are willing to meet and confer to discuss any disagreements you may have regarding our responses and objections after we have served them within the time provided by the Federal Rules.

Sincerely,

*Lauren Casazza*

Lauren O. Casazza

LOC/bc

Chicago          London          Los Angeles          San Francisco          Washington, D.C.