# GOTTESDIENER LAW FIRM, PLLC

**ELI GOTTESDIENER**

498 7th Street
Brooklyn, New York 11215
Phone: (718) 788-1500
Fax:    (718) 788-1650

WRITER'S EMAIL ADDRESS                                  Member, District of Columbia,
eli@gottesdienerlaw.com                         New York, Maryland and Pennsylvania Bar

November 9, 2005

Via Email

Anne E. Rea
Sidley Austin Brown & Wood LLP
10 S. Dearborn Street
Chicago, Illinois 60603

   Re:  *Pender, et al. v. Bank of America Corp., et al.,* Civ. No. 05-238-C (W.D.N.C.)

Dear Anne:

  Attached please find our proposed stipulated confidentiality order. We look forward to your comments.

  However, the Bank and PwC's handling of our discovery requests – *i.e.*, where we should be reviewing two documents we would be required to review *six*, as explained in my November 8th letter – does not make it possible to proceed in the manner in which you request in your email of earlier today on the timetable you propose. We would like to know, yes or no, whether or not you (and PwC) are going to serve us with objections and responses to the First Set of Discovery Requests. If not, I think there is little to talk about. Additionally, we would like to see your written responses to our other points: we did the same for you.

  If you cannot comply with these simple requests, then we believe that there is no point to holding additional meet-and confer sessions.

2

Sincerely,

Eli Gottesdiener

Cc: F. Lane Williamson
 Robert J. Kopecky
 Peter J. Covington
 Irving M. Brenner
 Mark W. Merritt

2