# GOTTESDIENER LAW FIRM, PLLC

### ELI GOTTESDIENER

**1025 Connecticut Avenue, N.W., Suite 1000**
**Washington, D.C.  20036**
**Phone:  (202) 243-1000**
**Fax:     (202) 243-1001**

**WRITER'S EMAIL ADDRESS**                              **Member, District of Columbia,**
**eli@gottesdienerlaw.com**                    **New York, Maryland and Pennsylvania Bar**

November 9, 2005

<u>Via Email</u>

Robert J. Kopecky
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

  Re:  *Pender, et al.  v. Bank of America Corp., et al.,* Civ. No. 05-238-C (W.D.N.C.)

Dear Bob:

  You were copied on a letter I sent Anne Rea last night.  Items ##1-3 pertain to PwC equally.  We request a meet-and-confer at your earliest possible convenience.

    Sincerely,

    Eli Gottesdiener

Cc: F. Lane Williamson
  Anne E. Rea
  Peter J. Covington
  Irving M. Brenner
  Mark W. Merritt