# GOTTESDIENER LAW FIRM, PLLC

**ELI GOTTESDIENER**

1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036
Phone:  (202) 243-1000
Fax:      (202) 243-1001

<u>WRITER'S EMAIL ADDRESS</u>                                                               **Member, District of Columbia,**
eli@gottesdienerlaw.com                                                               **New York, Maryland and Pennsylvania Bar**

November 11, 2005

<u>Via Email</u>

Lauren O. Casazza
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York  10022-4611

      Re:  <u>*Laurent  v. PricewaterhouseCoopers LLP, et al.,*</u> Civ. No. 05-1291 PLF (D.D.C.)

Dear Lauren:

      Thank you for your reply to my letter dated November 10th.

      From what you say under "(a)" together with what you say in your November 10th in the *Pender* case, we will assume that you refuse to conform your objections and responses to the discovery requests and their accompanying definitions and instructions as they were served upon you.  You have also refused our request for an immediate meet-and-confer to discuss this matter and the other matters raised in my November 9th letter.  *See* your letter page 2.

      Kindly let me know by the end of the day if you are willing to reconsider.

Sincerely,

Eli Gottesdiener

Cc:   Robert J. Kopecky
      Douglas G. Smith
      Patrick J. Attridge