# GOTTESDIENER LAW FIRM, PLLC

### ELI GOTTESDIENER

1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 243-1000
Fax:    (202) 243-1001

WRITER'S EMAIL ADDRESS                              Member, District of Columbia,
eli@gottesdienerlaw.com                     New York, Maryland and Pennsylvania Bar

November 11, 2005

Via Email

Lauren O. Casazza
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022-4611

      Re:  *Laurent v. PricewaterhouseCoopers LLP, et al.,* Civ. No. 05-1291 PLF (D.D.C.)

Dear Lauren:

    Your last two communications make clear that you refuse to meet-and-confer (and yet you still want a preview of our arguments we will make to the Court) on a matter which is plainly ripe for such a meeting and ripe for a ruling from the Court. My correspondence in the *Pender* matter makes clear the prejudice that Plaintiff in this case will suffer if PwC does in this case what PwC and the Bank did in *Pender*. PwC knows full well why what it did in *Pender* is wrong and why it would be wrong to do here. The matter is ripe because of what you did in that case and the fact that you are unwilling to commit to *not* doing the same thing here. If Defendants do not promptly commit to conforming their objections and responses to our requests in the manner in which those requests are set forth, we will seek relief from the Court.

2

Sincerely,

Eli Gottesdiener

Cc: Robert J. Kopecky
Douglas G. Smith
Patrick J. Attridge