# GOTTESDIENER LAW FIRM, PLLC

**ELI GOTTESDIENER**

498 7th Street
Brooklyn, New York  11215
Phone:  (718) 788-1500
Fax:     (718) 788-1650

WRITER'S EMAIL ADDRESS                                                    Member, District of Columbia,
eli@gottesdienerlaw.com                                              New York, Maryland and Pennsylvania Bar

November 11, 2005

Via Email

Anne E. Rea
Sidley Austin Brown & Wood LLP
10 S. Dearborn Street
Chicago, Illinois 60603

       Re:     *Pender, et al.  v. Bank of America Corp., et al.,* Civ. No. 05-238-C (W.D.N.C.)

Dear Anne:

     Referencing your letter of November 10th, we look forward to receiving your comments on the proposed confidentiality order.  We will save all of our other points, responsive to your letter and otherwise, for our telephonic meet-and-confer which we are ready to hold now, anytime today until 6:30 p.m. except between 1:30-4:30 pm EST, or (at the moment) anytime Monday or Tuesday.

     We request that you propose a time that also is convenient for PwC -- at least for the second part of the call, dealing with the defense responses to Plaintiffs' discovery requests.  We also trust that whenever you forward comments as to the confidentiality order, they will meet with the concurrence of PwC.

     I am copying Lauren Casazza (among others) on this letter and would respond to her letter also dated November 10th in all respects as stated above.

Sincerely,

Eli Gottesdiener

Cc: F. Lane Williamson
Lauren O. Casazza
Robert J. Kopecky
Peter J. Covington
Irving M. Brenner
Mark W. Merritt