IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT** | : |
| On behalf of himself and on behalf of all others similarly situated, | : : : |
| | : Civil Action No. 05-1291 (PLF) |
| **Plaintiff,** | : : |
| v. | : : |
| **PRICEWATERHOUSECOOPERS LLP,** *et al.*, | : : |
| **Defendants** | : : |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for An Order Directing Defendants to Object and Respond to the Combined Discovery Requests Served Upon Them in Conforming Fashion, and the entire record herein, it is hereby ORDERED that Plaintiff's Motion is GRANTED and

Defendants are directed to object and respond to combined discovery requests served upon them in this case in a fashion that conforms to such combined format Plaintiff elects to employ, absent further order from the Court.

 

_____
Paul L. Friedman
United States District Judge