IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT**  :  <br> : <br>   Plaintiff,   : <br> v.   : <br>   : <br> **PRICEWATERHOUSECOOPERS LLP,** *et al.*   : <br> : <br>   : <br>   Defendants.   : <br> : | Civil Action No. 05-1291 (PLF) |

REQUEST FOR CLARIFICATION OF
NOVEMBER 17, 2005 NOTICE OF HEARING

The Court has scheduled a meet and confer status conference for December 15, 2005. It is unclear from the Notice of Hearing whether the conference is intended to address one or more of the following pending matters:

1. The October 18, 2005 "Meet and Confer Statement" filed by Plaintiff's Counsel. Though docketed as a "Meet and Confer Statement", this filing is actually a Local Civil Rule 16.3(d) report to the Court.

2. The Plaintiff's October 5, 2005 Motion for Class Certification. This is a non-dispositive motion which is governed by the conference requirement of LCvR 7(m). The motion does not include the mandatory LCvR 7(m) statement and it does not appear from the motion that counsel discussed the motion in person or by phone.

3. The Plaintiff's November 16, 2005 Motion for an Order Directing Defendants to Object. This is also a non-dispositive motion; and while correspondence has been exchanged, it does not appear from the motion that counsel discussed the motion in person or by phone.

It is unclear from the Notice of Hearing whether the Court intends to hold a Rule 16 conference on December 15 or to address the meet and confer element of one or both of the non-dispositive motions. In order that counsel may properly prepare for the December 15 conference, it is respectfully requested that the Court clarify the November 17 Notice of Hearing to specify the matters that will be addressed at the conference.

                Respectfully submitted,

                KING & ATTRIDGE

                */s/ Patrick James Attridge*_____
                Patrick James Attridge Bar No 357973
                The Anderson House
                39 W. Montgomery Ave
                Rockville, Md. 20850
                (301)-279-0780 (phone)
                (301)-279-2988 (fax)
                pjattridge@kingattridge.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Court in this case on November 18, 2005, for distribution to all persons on the Clerk's electronic mailing list

                */s/ Patrick James Attridge*
                Patrick James Attridge