IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT** : <br> : <br> **On behalf of himself and on** : <br> **behalf of all others similarly situated,** : <br> : <br>         **Plaintiff,** : <br>   **v.** : <br> : <br> **PRICEWATERHOUSECOOPERS LLP,** *et al.* : <br> : <br> : <br>         **Defendants.** : <br> : | Civil Action No. 05-1291 (PLF) |

**PLAINTIFF'S EVIDENTIARY SUPPLEMENT
TO HIS PENDING MOTION FOR CLASS CERTIFICATION
<u>AND APPOINTMENT OF CLASS COUNSEL</u>**

   Plaintiff Timothy D. Laurent, through undersigned counsel, pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 23.1, hereby respectfully supplements his pending motion for class certification and for appointment of class counsel (Doc. 32, October 5, 2005) with a copy of the transcript of the deposition Defendants took of him on November 3, 2005.  *See* Ex. 1 (read and signed by Mr. Laurent); *see also* Ex. 2 (notice of videotaped deposition of Mr. Laurent).

   Plaintiff also supplements his pending motion with a copy of his sworn Responses to Defendants' First Set of Interrogatories to Plaintiff Pertaining to Class Certification, which he separately forwarded to Defendants today.  *See* Ex. 3.

2

November 18, 2005                    Respectfully submitted,


                                     _____/s/ Eli Gottesdiener_____
                                     Eli Gottesdiener

                                     **GOTTESDIENER LAW FIRM, PLLC**

                                     1025 Connecticut Avenue, N.W., Suite 1000
                                     Washington, D.C.  20036
                                     Phone: (202) 243-1000
                                     Fax:    (202) 243-1001


                                     Attorney for Plaintiff and the proposed Class