IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT** :<br><br>**On behalf of himself and on behalf of all others similarly situated,** :<br><br>Plaintiff, :<br>v. :<br><br>**PRICEWATERHOUSECOOPERS LLP,** *et al.* :<br><br>Defendants. : | Civil Action No. 05-1291 (PLF) |

## ERRATA

Attached hereto is a corrected page 203 to Exhibit 1 to Plaintiff's Evidentiary Supplement, Doc. 39, filed November 18, 2005.

November 19, 2005          Respectfully submitted,


      /s/ Eli Gottesdiener
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036
Phone: (202) 243-1000
Fax:    (202) 243-1001


Attorney for Plaintiff and the proposed Class

TIMOTHY D. LAURENT

Page 203

```
 1         Witness my official signature and seal as
 2   Notary Public in and for Cook County Illinois on this
 3   ___8th___ day of __Nov_____, A.D. 2005.
 4
 5
              _____Nadine J. Watts_____
              NADINE J. WATTS, CSR, RPR
 6            Notary Public
              License No. 084-002736
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```