# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-1291 (PLF) |
| PRICEWATERHOUSECOOPERS LLP, et al., | ) Judge Paul L. Friedman |
| Defendants. | ) |

## [Proposed] O R D E R

Upon consideration of Plaintiff's Motion For Class Certification and Appointment of Class Counsel and Defendants' Opposition thereto, it is hereby

ORDERED

That Plaintiff's Motion For Class Certification and Appointment of Class Counsel is DENIED.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 200__.

_____
Paul L. Friedman
United States District Court Judge