**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY D. LAURENT ) | Civil Action No.: 05-1291 (PLF) |
| ) | |
| Plaintiff, ) | Judge Paul L. Friedman |
| ) | |
| v. ) | Next Scheduled Court Appearance: |
| ) | December 15, 2005 |
| ) | |
| PRICEWATERHOUSECOOPERS LLP, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit the attached supplemental authority, *Register v. PNC Financial Services Group, Inc*., No. 04-CV-6097, 2005 WL 3120268 (E.D. Pa. Nov. 21, 2005), in support of their pending Motion To Dismiss The First Amended Class Action Complaint (Dkt. No. 9). The defendants filed their motion to dismiss on July 29, 2005, and plaintiff filed his opposition on August 29, 2005. Defendants filed their reply brief in support of the motion on September 16, 2005.

On November 21, 2005, the United States District Court for the Eastern District Pennsylvania issued its opinion in *Register*, which considered an age discrimination theory like that which plaintiff advances under ERISA § 204(b)(1)(H) in Count III of the First Amended Complaint. *See* 2005 WL 3120268, at *4-*8. The *Register* Court joined the courts in *Tootle v. ARINC, Inc.*, 222 F.R.D. 88 (D. Md. 2004), and *Eaton v. Onan Corp.*, 117 F. Supp. 2d 812 (S.D. Ind. 2000) — both discussed on page 19 of defendants' memorandum of points and authorities in support of their motion to dismiss — in rejecting this theory of age discrimination. Thus, the

*Register* decision provides further support for the arguments made in Section II. C. of defendants' brief.

Date:   December 7, 2005                              Respectfully submitted,


                                                     /s David E. Mendelson
                                                     _____
                                                     David E. Mendelson (471863)
                                                     KIRKLAND & ELLIS LLP
                                                     655 Fifteenth Street, N.W.
                                                     Washington, D.C.  20005-5793
                                                     (202) 879-5000 (phone)
                                                     (202) 879-5200 (fax)
                                                     demendelson@kirkland.com

                                                     Robert J. Kopecky
                                                     Douglas G. Smith
                                                     Lauren O. Casazza
                                                     Jason W. Callen
                                                     KIRKLAND & ELLIS LLP
                                                     200 East Randolph Drive
                                                     Chicago, IL  60601
                                                     (312) 861 2000 (phone)
                                                     (312) 861-2200 (fax)

                                                     *Counsel for all defendants except Donald T.*
                                                     *Nicolaisen and Walter G. Ricciardi*


                                                     /s Patrick James Attridge
                                                     _____
                                                     Patrick James Attridge (357973)
                                                     KING & ATTRIDGE
                                                     39 West Montgomery Avenue
                                                     Rockville, MD  20850
                                                     (301) 279-0780 (phone)
                                                     (301) 279-2988 (fax)

                                                     *Counsel for defendants Nicolaisen and*
                                                     *Ricciardi*