UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1291 (PLF) |
| PRICEWATERHOUSECOOPERS LLP, et al., | ) |
| Defendants. | ) |

ORDER

The parties appeared for a meet and confer status conference on December 15, 2005. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby

ORDERED that all discovery in this case is STAYED. If, however, plaintiff has a narrowly tailored request for discovery relevant to the merits of his case, he may file a brief motion seeking an exception to the stay and an Order directing defendants to produce the requested discovery. If defendants do not consent to the request, opposition and reply briefs may be filed in accordance with the Local Civil Rules.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 15, 2005