Actuary's Report

# Retirement Benefit Accumulation Plan
# For Employees Of
# PRICEWATERHOUSECOOPERS LLP

July 1, 2003
Actuarial Valuation

PWC-L001994

# PricewaterhouseCoopers

PricewaterhouseCoopers LLP
1301 Avenue of the Americas
New York NY 10019-6013
Telephone (646) 471 4000
Direct phone (646) 394-3070
Direct fax (813) 329-0831

Director – Retirement Plans
National Benefits Administration
PricewaterhouseCoopers LLP
1301 Avenue of the Americas
New York, New York 10019

## Retirement Benefit Accumulation Plan
### For Employees Of PricewaterhouseCoopers LLP

This report presents the results of the actuarial valuation of the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers ("the Plan") as of July 1, 2003. PricewaterhouseCoopers LLP (PwC) has retained GHRS to perform a valuation of the Plan for the purpose of determining as of July 1, 2003 the contribution limits prescribed by the Internal Revenue Code for the Plan Year ended June 30, 2004 and tax year ended September 30, 2003. This valuation has been conducted in accordance with generally accepted actuarial principles and practices.

The actuaries involved in this engagement are members of the Society of Actuaries and other professional actuarial organizations, and meet the American Academy of Actuaries' "Qualification Standard for Public Statements of Actuarial Opinion" relating to pension plans.

In preparing the results presented in this report, we have relied upon information provided to us regarding Plan provisions, Plan participants, Plan assets, and benefit payments. While the scope of our engagement did not call for us to perform an audit or independent verification of this information, we have reviewed this information for reasonableness. The accuracy of the results presented in this report is dependent upon the accuracy and completeness of the underlying information.

Please note that for the purpose of determining contribution limits, the Internal Revenue Code and ERISA require that the assumptions and methods selected must be reasonable and, in addition, offer the actuary's best estimate of anticipated experience under the Plan. In our opinion, these assumptions are reasonable and represent our best estimate of anticipated experience under the Plan.

PWC-L001995

# PricewaterhouseCoopers

Director – Retirement Plans
National Benefits Administration
Page 2

The information contained in this report was prepared for the internal use of PwC and its auditors in connection with our actuarial valuation of the Plan. It is not intended, nor necessarily suitable, for other purposes.

Respectfully submitted,

PricewaterhouseCoopers LLP

*Martin A. Pepper*
Martin A. Pepper
Fellow of the Society of Actuaries
Enrolled Actuary (Number 02-01593)

*James T. McHale*
James T. McHale
Associate of the Society of Actuaries
Enrolled Actuary (Number 02-04666)

September 2004

MAP/san
M:\TLS\RET\03\DB\CLIENT\PWC\2004\07012003RBAPVAL.DOC

PWC-L001996

## SECTION 6 - ACTUARIAL BASIS & METHODOLOGY

The actuarial basis underlying the determination of costs and liabilities as of July 1, 2003, as well as the methodology used in their development, are described below.

I.  Actuarial Assumptions

Investment Return | The funding interest rate was changed to 6.50% for cash balance liabilities and 8.50% for career average liabilities. An entry age normal accrued liability-weighted rate of 7.10% is used for the Funding Standard Account. Prior to July 1, 2003, the funding interest rate was 7.50%.

Interest Rate (for Development of Current Liability) | In determination of RPA '94 and OBRA '87 current liability, a 4.81% rate, compounded annually, was used which is within the range of acceptable rates for this purpose (4.81% to 6.41%). "Gateway" current liability was determined using 6.41%.

Discount Rate (for Development of Funding Policy Contribution) | As of July 1, 2003, 6% was used.

Turnover | Prior to the completion of five years of employment, the following rates of turnover (including mortality) have been used for employees:

| Employee Classification | Years of Employment | Total Annual Rate of Turnover |
|---|---|---|
| Client Service Staff | 0 – 5 | 20% |
| Support Staff | 0 – 5 | 30 |

Rates of total turnover (including mortality) used for employees after the completion of five years of employment are as follows:

| | Annual Rate of Turnover | |
| Attained Age | Client Service Staff | Support Staff |
|---|---|---|
| 20-29 | 20% | 18.1% |
| 30-33 | 10 | 8.5 |
| 34-39 | 33 | 8.4 |
| 40-49 | 5 | 6.6 |
| 50-54 | 3 | 3.9 |
| 55-64 | 3 | 2.4 |

No turnover (other than mortality) is assumed for partners and principals.

## SECTION 6 - ACTUARIAL BASIS & METHODOLOGY
(continued)

| | |
|---|---|
| Mortality | The 1994 Group Annuity Reserving mortality table (94 GAR), blended 50% males/ 50% females projected to 2002, was used. (Prior to July 1, 2003, the 1983 Group Annuity Mortality Table, blended 50% males/50% females, was used, except for calculating lump sum cash-outs of career average benefits at termination/retirement, the 94 GAR mortality table was used.) |
| Retirement | For active partners and principals, age 60 or immediately if over age 60; for active employees, age 65 or immediately if over age 65. |
| Salary Scale | 6% per year, compounded annually. |
| Cash Balance Accumulation Rate | Accumulation rate was based on the investment mix of cash balance assets. 6.50% was assumed as of July 1, 2003. (Prior to July 1, 2003, 6.15% was used.) |
| Annuity Conversion Rate | The assumed conversion rate of 6.15% was based on expected long-term interest rates under IRC Section 417(e). This rate was used for conversion of projected career average benefits to lump-sums at termination/retirement (for entry age funding calculations) and for conversion of projected cash balances to annuities at termination/retirement (for current liability calculations). |
| Spouse's Age | Female spouses are assumed to be three years younger than males. |
| Form of Payment | It is assumed that members will elect lump sum benefits upon withdrawal or retirement, except current terminated vested partners who left before July 1, 1999 and are not eligible for lump sums are assumed to elect life annuity at age 65 (or immediately if over age 65). |
| Loading for Expenses | None. |
| Maximum Compensation Limitation under IRC Section 401(a)(17) | Compensation was limited to $200,000 for purposes of calculating benefits. |
| Maximum Benefit Limitation under IRC Section 415(b) | $160,000 at age 65 for 2003. |

PWC-L002027