UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY LAURENT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1291 (JR) |
| PRICEWATERHOUSE COOPERS, LLP, *et al.*, | : |
| Defendants. | : |

**ORDER**

Oral argument on defendant's motion to dismiss [#9] is set for **March 7, 2006, at 2:00 p.m.**  After reviewing the memoranda submitted by the parties, the Court is inclined to dismiss Counts One through Nine on statute of limitations grounds but is concerned about the effect of such a ruling upon members of the putative plaintiff class.  The transcript of proceedings held on May 2, 2005, in <u>Laurent v. Pricewaterhousecoopers, LLP</u> (Dkt. #66, cv 04-0809, S.D. Ill.), may reveal the reason for the decision of Judge Murphy to dismiss rather than transfer and should be made part of the record.  The Court is also particularly interested in hearing argument about plaintiff's standing to assert the claims set forth in Counts Ten and Eleven.


                                        JAMES ROBERTSON
                                   United States District Judge