## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT** : | |
| : | |
| **On behalf of himself and all** : | |
| **others similarly situated,** : | |
| : | |
| : | |
| **Plaintiff,** : | **Civil Action No.  05-1291 (JR)** |
| **v.** : | |
| : | |
| **PRICEWATERHOUSECOOPERS LLP,** *et al.,* : | |
| : | |
| **Defendants.** : | |
| : | |

### NOTICE OF FILING

Pursuant to the Court's Order dated February 14, 2005 (Doc. 49), Plaintiff respectfully submits the attached transcript of the hearing held in *Laurent v. PricewaterhouseCoopers LLP, et al,* Civ. Action No. 04-809 (S.D. Ill.), on May 2, 2005 before the Honorable Patrick G. Murphy, Chief Judge.

February 15, 2006                    Respectfully submitted,


__/s/ Eli Gottesdiener_____
Eli Gottesdiener
**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20036
Phone: (202) 243-1000
Fax:    (202) 243-1001

Attorney for the Plaintiff and the proposed Class