IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT<br><br>    On behalf of himself and all<br>    others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br><br>                    Defendants. | Civil Action No.  05-1291 (JR) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF COUNTS AND DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Timothy D. Laurent, through undersigned counsel, notices the dismissal without prejudice of Counts Six through Eleven of the First Amended Class Action Complaint.  Plaintiff also dismisses without prejudice all Defendants other than PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, and The Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.[1]

Plaintiff dismisses these Counts and Defendants to simplify the case generally and to limit his claims to those that are most clearly supported by Plaintiff's statute of limitations arguments set forth in his summary judgment reply brief (Doc. 34 at 1-5).

---

[1] The Defendants hereby dismissed are listed in Attachment A.

2

Dated:  February 16, 2005                    Respectfully submitted,


      /s/ Eli Gottesdiener\_\_\_
Eli Gottesdiener

**GOTTESDIENER LAW FIRM, PLLC**
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20036
Phone:        (202) 243-1000
Fax:            (202) 243-1001

Attorney for Plaintiff and the proposed Class