IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT<br><br>   On behalf of himself and all<br>   others similarly situated,<br><br>                         Plaintiff,<br>   v.<br><br>PRICEWATERHOUSECOOPERS LLP, *et al.*,<br><br>                         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No.  05-1291 (PLF)<br>:<br>:<br>:<br>:<br>:<br>: |

ATTACHMENT A
TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF COUNTS AND DEFENDANTS

      The following Defendants are for all purposes dismissed without prejudice from this action:

PricewaterhouseCoopers LLP Board of Partners and Principals

The Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP

The Savings Plan for Employees of PricewaterhouseCoopers LLP

The Administrative Committee to the Savings Plan for Employees and Partners of PricewaterhouseCoopers LLP

The Administrative Committee to the Savings Plan for Employees of PricewaterhouseCoopers LLP

Lawrence H. Anderson

John J. Barry

William L. Bax

Michael J. Boberschmidt

W. Keith Booth

David J. Breen

Willard W. Brittain

Jay Brodish

J. Frank Brown

Philip J. Clements

Ira Cohen

Marsha R. Cohen

Michael S. Collins

Brian L. Cornell

James E. Daley

G. William Dauphinais

Jonathan J. Davies

Sherry T. Davis

Samuel A. DiPiazza

Robert B. Dubner

John R. Dunleavy

 J. Christopher Everett

Iris D. Goldfein

Robert H. Herz

Roger C. Hindman

Stephen D. Higgins

Craig M. Jacobsen

Eugene S. Katz

Scott W. Kaufman

Richard P. Kearns

Peter Kelly

Richard R. Kilgust

Wendy L. Kornreich

James P. Kovacs

Frederic L. Laughlin

D. Leon Leonhardt

Keith D. Levingston

Dennis J. Lubozynski

Ronald T. Maheu

Philip P. Mannino

Anthony F. Martin

James L. McDonald

Donald A. McGovern

James P. McNally

Nicholas G. Moore

Robert C. Morris, Jr.

Dennis M. Nally

Donald T. Nicolaisen

Eldon Olson

Shaun F. O'Malley

Matthew O'Rourke

Gary Pell

Lawrence F. Portnoy

Walter G. Ricciardi

Louise A. Root

Denis J. Salamone

Robert M. Sarsany

Frank V. Scalia

James J. Schiro

Christine G. Snyder

Garrett L. Stauffer

George G. Strong Jr.

Paul J. Sullivan

Robert P. Sullivan

Ann M. Thornburg

Randell S. Vallen

Francis J. Van Kirk

Peggy M. Vaughn

Gary W. Van Wagnen

Gerald M. Ward

Robert K. Waters

Brett D. Yacker, and

George J. Yost III.