**From:** Robert Kopecky [mailto:rkopecky@kirkland.com]
**Sent:** Wednesday, March 01, 2006 12:40 PM
**To:** Eli Gottesdiener
**Subject:** Laurent v. PwC, et al.

I am writing in response to your request that we agree to additional briefing on the statute of limitations issue raised by our motion to dismiss. During our call, you did not state that the reason for your request was to bring some newly-decided authority to the court's attention, but rather it appears you simply want to make additional arguments on this point. The statute of limitations was the first argument raised in our motion to dismiss, and you had a full opportunity to respond to that argument. Indeed, after we filed our reply brief on the motion, you submitted a surreply argument on the point in your reply in support of plaintiff's motion for partial summary judgment. And your recently filed Notice of Voluntary Dismissal specifically referred the court to this brief. Under these circumstances, you have had ample opportunity to present your arguments to the court. The court's order setting this motion for argument did not request any additional briefing. Accordingly, we do not agree with your request to file yet another brief on this issue.

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************