

498 7th Street
Brooklyn, New York 11215
Phone: (718) 788-1500 | Fax: (718) 788-1650

1025 Connecticut Avenue, N.W., Suite 1000
Washington, DC 20036
Phone: (202) 243-1000 | Fax: (202) 243-1C

Email Us \ Site Map