# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY D. LAURENT<br><br>On behalf of himself and on<br>behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>**PRICEWATERHOUSECOOPERS LLP**, *et al.*<br><br>                Defendants. | Civil Action No. 05-1291 (JR) |

## [Proposed] ORDER

Upon consideration of Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss on Statute of Limitations Grounds, and the entire record herein,

It is therefore hereby ORDERED, that Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED.**

DATED this \_\_\_\_ day of _____, 2006.

_____
James Robertson
United States District Court Judge