**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TIMOTHY LAURENT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | Civil Action No. 05-1291 (JR) |
| : | |
| PRICEWATERHOUSE COOPERS, LLP, *et* : | |
| *al.*, : | |
| : | |
| Defendants. : | |

### ORDER

Plaintiff's motion for leave to file supplemental memorandum [52] is **granted**, but it is by the Court *sua sponte* **ORDERED** that several of the documents attached to the motion -- an e-mail from opposing counsel, a newspaper article, a letter from opposing counsel, and a cartoon (52-3, 52-4, 52-6, 52-7] are **stricken**. The filing of correspondence between counsel is an uncivil tactic that is particularly inappropriate.


                                    JAMES ROBERTSON
                              United States District Judge