**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

TIMOTHY D. LAURENT                          :
:
    On behalf of himself and all            :
    others similarly situated,               :
:
                  Plaintiff,    :   Civil Action No.  05-1291 (JR)
      v.                                      :
:
PRICEWATERHOUSECOOPERS LLP, *et al.*,       :
:
              Defendants.    :

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Timothy D. Laurent, through undersigned counsel, notices the voluntary dismissal of this action without prejudice.  Plaintiff thus voluntarily dismisses without prejudice Counts One through Five of the First Amended Class Action Complaint against Defendants PricewaterhouseCoopers LLP, The Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP, and The Administrative Committee to the Retirement Benefit Accumulation Plan for Employees of PricewaterhouseCoopers LLP.

Dated:  March 14, 2006                     Respectfully submitted,


                                           _____/s/ Eli Gottesdiener____
                                           Eli Gottesdiener

                                           **GOTTESDIENER LAW FIRM, PLLC**
                                           1025 Connecticut Avenue, N.W.
                                           Suite 1000
                                           Washington, D.C.  20036
                                           Phone:          (202) 243-1000
                                           Fax:            (202) 243-1001

                                           Attorney for Plaintiff and the proposed Class