UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY LAURENT,                :
                                :
        Plaintiff,               :
                                :
    v.                           : Civil Action No. 05-1291 (JR)
                                :
PRICEWATERHOUSE COOPERS, LLP, *et* :
*al.*,                           :
                                :
        Defendants.              :

**ORDER**

Plaintiff's Rule 41(a)(1) dismissal will be deemed a request for approval to dismiss a class action pursuant to Rules 41(a)(1) and 23(e).  See 8 James Wm. Moore *et al.*, Moore's Federal Practice, § 41.32[1](3d ed. 2005).  Counsel shall within ten days of the date of this order file a statement setting forth the actions he has taken, if any, to provide notice to putative absent class members, or, if none, the reasons why the ability of such absent class members to bring independent actions on their claims will not be unduly prejudiced by approving the dismissal of this case.

                                     JAMES ROBERTSON
                              United States District Judge