IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY D. LAURENT**<br><br>On behalf of himself and on<br>behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>**PRICEWATERHOUSECOOPERS LLP,** *et al.*<br><br>  Defendants. | Civil Action No. 05-1291 (JR) |

**[Proposed] ORDER**

Upon consideration of Plaintiff's Motion for Reconsideration of the Court's March 16, 2006 Order, and the entire record herein,

It is therefore hereby ORDERED, that Plaintiff's Motion is GRANTED and the Court's March 16, 2006 Order is VACATED.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2006.

                                                   _____
                                                   James Robertson
                                                   United States District Court Judge