**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TIMOTHY LAURENT,                :
                                :
        Plaintiff,               :
                                :
    v.                          :  Civil Action No. 05-1291 (JR)
                                :
PRICEWATERHOUSE COOPERS, LLP, *et* :
*al.*,                          :
                                :
        Defendants.             :

### ORDER

Plaintiff's motion to vacate [58] is **denied**. The representations called for by the Court's order of March 16, 2006 [57] may be filed under seal and ex parte. It is **SO ORDERED**.


                                   JAMES ROBERTSON
                              United States District Judge